# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| *ROBERT G. KIEFER,*<br>         **PLANTIFF** | : | CASE NO.:  3:12-CV-00756-JCH |
| | : | |
| | : | |
| **V.** | : | |
| | : | |
| *MORAN FOODS, INC. d/b/a SAVE A LOT LTD.;* | : | *MAY 24, 2012* |
| | : | |
|          **DEFENDANT** | : | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is appearing as counsel of record in the above-captioned case for Plaintiff, **Robert Kiefer**.

                         PLAINTIFF,

            By:     __/s/__ Richard E. Hayber_____
                         Richard E. Hayber
                         Fed. Bar No.: ct11629
                         The Hayber Law Firm, LLC
                         221 Main Street, Suite 502
                         Hartford, CT 06106
                         (860) 522-8888
                         (860) 218-9555 (facsimile)
                         rhayber@hayberlawfirm.com

2

**CERTIFICATION OF SERVICE**

      I hereby certify that on **May 24, 2012**, a copy of the **Notice of Appearance** dated **May 24, 2012** was filed electronically [and service made by mail to anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Courts system.

                                                                   /s/Richard E. Hayber
                                                                  Richard E. Hayber