**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| *ROBERT G. KIEFER,*<br>         *PLANTIFF* | : <br> : <br> : | **CASE NO.:  3:12-CV-00756-JCH** |
| **V.** | : <br> : <br> : | |
| *MORAN FOODS, INC. d/b/a SAVE A LOT LTD.;*<br>         *DEFENDANT* | : <br> : <br> : | *MAY 24, 2012* |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is appearing as counsel of record in the above-captioned case for Plaintiff, **Robert Kiefer**.

                      PLAINTIFF,

                      By:    __/s/__ Margaret B. Ferron____
                               Margaret B. Ferron
                               Fed. Bar No.: ct28469
                               The Hayber Law Firm, LLC
                               221 Main Street, Suite 502
                               Hartford, CT 06106
                               (860) 522-8888
                               (860) 218-9555 (facsimile)
                               mferron@hayberlawfirm.com

**CERTIFICATION OF SERVICE**

       I hereby certify that on **May 24, 2012**, a copy of the **Notice of Appearance** dated **May 24, 2012** was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Courts system.

                                                        /s/ Margaret B. Ferron
                                                        Margaret B. Ferron