# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on Behalf of all others similarly situated, | : : | CIVIL ACTION NO. 3:12-CV-00756-JCH |
| Plaintiff, | : : | |
| v. | : : | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; | : : | |
| Defendant. | : | JUNE 6, 2012 |

## **APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter my Appearance as counsel in this case for the Defendant, **Moran Foods, Inc., d/b/a Save A Lot Ltd**.

                                              **THE DEFENDANT –
MORAN FOODS, d/b/a
SAVE A LOT LTD.**

                                            By        /s/
                                                 Benjamin M. Wattenmaker, Esq.
                                                 Fed. Bar No. ct26923
                                                 FEINER WOLFSON LLC
                                                 One Constitution Plaza
                                                 Suite 900
                                                 Hartford, CT 06103
                                                 Tel. (860) 713-8900
                                                 Fax. (860) 713-8905
                                                 bwattenmaker@feinerwolfson.com

## CERTIFICATION

I hereby certify that on this **6th d**ay of **June, 2012**, a copy of this Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

_____/s/_____
Benjamin M. Wattenmaker, Esquire

\\server\shareddocs\data\worddocs\litigation\moran foods, inc\kiefer v. moran foods (federal)\pleadings\appearance of bmw.doc