**UNITED STATES DISTRICT COURT**
**District of Connecticut**

**RETURN OF SERVICE**



*141743*

Index no : **3:12-CV-00756-JCH**

Robert G. Kiefer

       Plaintiff(s),

vs.

**Moran Foods, Inc.**

       Defendant(s).

_____/

STATE OF CONNECTICUT
                      ss: East Hartford
HARTFORD COUNTY

On **06/06/2012** at **2:10 PM**, I served the within **Summons In a Civil Case; Civil Cover Sheet; Class and Collective Action Complaint** on **Moran Foods, Inc. (hereinafter known as Recipient)** at **c/o Connecticut Corporation Systems, One Corporate Center, Floor 14, Hartford, CT 06103** in the manner indicated below:

By delivering to and leaving personally with **Mary Foran, Information Specialist** authorized to accept service.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Female | White | Brown | 42 | 5'5" | 150 |

Other Features:

I declare under penalty of perjury that the forgoing is true and correct.

| | |
|---|---|
| Service of Process - Routine | $50.00 |
| **TOTAL:** | **$50.00** |

X_____
Christine Foran
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920