**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on Behalf of all others similarly situated, | : | CIVIL ACTION NO. 3:12-CV-00756-JCH |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; | : | |
| Defendant. | : | JUNE 18, 2012 |

## **APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter my Appearance as counsel in this case for the Defendant, **Moran Foods, Inc., d/b/a Save A Lot Ltd.**

        **THE DEFENDANT –**
        **MORAN FOODS, d/b/a**
        **SAVE A LOT LTD.**

        By   /s/ *Evangelos Michailidis*
        Evangelos Michailidis, Esq.
        Fed. Bar No. EM3383
        Eve I. Klein, Esq.
        Fed. Bar No. EK6747
        DUANE MORRIS LLP
        1540 Broadway
        New York, NY 10036
        Tel. (212) 692-1000
        Fax. (212) 214-0650
        emichailidis@duanemorris.com
        eiklein@duanemorris.com

## **CERTIFICATION**

I hereby certify that on this **18th** day of **June, 2012**, a copy of this Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

/s/     *Evangelos Michailidis*
Evangelos Michailidis, Esquire