**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on Behalf of all others similarly situated, | : : | CIVIL ACTION NO. 3:12-CV-00756-JCH |
| Plaintiff, | : : | |
| v. | : : | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; | : : | |
| Defendant. | : | JUNE 18, 2012 |

## **APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter my Appearance as counsel in this case for the Defendant, **Moran Foods, Inc., d/b/a Save A Lot Ltd.**

                                **THE DEFENDANT –**
                                **MORAN FOODS, d/b/a**
                                **SAVE A LOT LTD.**

By    /s/   *Eve Klein*
     Eve I. Klein, Esq.
     Fed. Bar No. EK6747
     Evangelos Michailidis, Esq.
     Fed. Bar No. EM3383
     DUANE MORRIS LLP
     1540 Broadway
     New York, NY 10036
     Tel. (212) 692-1000
     Fax. (212) 202-7559
     eiklein@duanemorris.com
     emichailidis@duanemorris.com

**CERTIFICATION**

I hereby certify that on this **18th** day of **June, 2012**, a copy of this Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

/s/     *Eve I. Klein*
Eve I. Klein, Esquire