## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| *ROBERT G. KIEFER,*<br>        **PLANTIFF**<br><br>**V.**<br><br>*MORAN FOODS, INC. d/b/a SAVE A LOT LTD.;*<br>        **DEFENDANT** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CASE NO.:  3:12-CV-00756-JCH**<br><br><br><br>*JUNE 20, 2012* |

### NOTICE OF APPEARANCE

Please take notice that the undersigned is appearing as counsel of record in the above-

captioned case for Plaintiff, **Robert Kiefer**, in addition to those appearances already on file.


PLAINTIFF,


By:     __/s/__ Anthony J. Pantuso, III____
Anthony J. Pantuso, III
Fed. Bar No.: ct11638
The Quinn Law Firm, LLC
204 South Broad Street
Milford, CT 06460
(203) 877-5400
(203) 877-5416 (facsimile)
apantuso@quinn-lawfirm.com

2

## CERTIFICATION OF SERVICE

        I hereby certify that on **June 20, 2012**, a copy of the **Notice of Appearance** dated **June 20, 2012** was filed electronically [and service made by mail to anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Courts system.


                                          _____/s/Anthony J. Pantuso, III_____
                                              Anthony J. Pantuso, III

2