UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROBERT G. KIEFER, individually and on Behalf of all others similarly situated** | : | **CIVIL ACTION NO.** |
| | : | **3:12-CV-00756-JCH** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;** | : | |
| | : | |
| Defendant. | : | **JUNE 21, 2012** |

### MOTION FOR EXTENSION OF TIME TO
### PLEAD OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Local Rule 7(b), Defendant Moran Foods, Inc., d/b/a Save A Lot Ltd. respectfully moves for an extension of time within which to Answer and/or otherwise plead or respond to Plaintiff's Complaint, dated May 18, 2012, which was served upon the Defendant on June 6, 2012. Specifically, Defendant requests that the deadline to respond to the Complaint be extended for an additional Thirty (30) days, from June 27, 2012 through and including July 27, 2012.

In support of this motion, Defendant states the following:

1.  This case involves complex legal and factual issues and alleges millions of dollars in damages to a putative nationwide class.

2.  This matter is further complicated by the fact that Plaintiff's allegation that the fluctuating work week ("FWW") was an impermissible means of paying overtime in Connecticut (Count II of the Complaint) is also being

litigated by another plaintiff in the Connecticut state court, who commenced the state court action on behalf of the same putative class involved in this matter and is represented by the same attorneys representing Plaintiff here.  The state court plaintiff has even opted to join this lawsuit.  In a lengthy decision, dated March 16, 2012, the state court determined that the FWW was permitted in Connecticut.  State court plaintiff has indicated through his counsel that he will be promptly appealing said decision.

      3.     An extension of time is necessary to obtain the information required to file a comprehensive and accurate pleading and to determine what additional responses are available to Defendant to assure that it is not litigating the same issues in multiple forums, including moving to dismiss the Complaint.

      4.     On June 20, 2012, Plaintiff's counsel has consented to the brief adjournment contemplated by this Motion.

      5.     This is Defendant's first motion for an extension of time to answer and/or otherwise plead or respond to the Complaint.

      *WHEREFORE*, Defendant, Moran Foods, Inc., d/b/a Save A Lot Ltd. respectfully requests a Thirty (30) day extension of time, through and including July 27, 2012, to Answer and/or otherwise plead or respond to the Complaint.

**THE DEFENDANT –
MORAN FOODS, INC.  d/b/a
SAVE A LOT LTD.**


**By           /s/          **
   **John M. Wolfson
   Fed. Bar No. ct03538
   FEINER WOLFSON LLC
   One Constitution Plaza
   Suite 900
   Hartford, CT 06103
   Tel. (860) 713-8900
   Fax. (860) 713-8905
   jwolfson@feinerwolfson.com**

## CERTIFICATION

I hereby certify that on this 21st day of June, 2012, a copy of this Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

                                                            /s/
                                     John M. Wolfson

s:\data\worddocs\litigation\moran foods, inc\kiefer v. moran foods (federal)\pleadings\motion for extension of time to plead.doc