# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on Behalf of all others similarly situated, | : : : | CIVIL ACTION NO. 3:12-CV-00756-JCH |
| Plaintiff, | : : | |
| v. | : : | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; | : : | |
| Defendant. | : | JUNE 27, 2012 |

## DISCLOSURE STATEMENT

Pursuant to the United States District Court for the District of Connecticut's Order Re: Disclosure Statement and F. R. Civ. P. 7.1, Defendant, Moran Foods, d/b/a Save A Lot Ltd., by its undersigned counsel, hereby states that it is a wholly owned subsidiary of SUPERVALU, Inc., a publicly-held company.

                **THE DEFENDANT –**
                **MORAN FOODS, d/b/a**
                **SAVE A LOT LTD.**

By_____/s/_____
    John M. Wolfson, Esq.
    Fed. Bar No. ct03538
    FEINER WOLFSON LLC
    One Constitution Plaza
    Suite 900
    Hartford, CT 06103
    Tel. (860) 713-8900
    Fax. (860) 713-8905
    jwolfson@feinerwolfson.com

By    /s/ *Evangelos Michailidis*
    Eve I. Klein, Esq.
    Fed. Bar No. EK6747
    Evangelos Michailidis, Esq.
    Fed. Bar No. EM3383
    DUANE MORRIS LLP
    1540 Broadway
    New York, NY 10036
    Tel. (212) 692-1000
    Fax. (212) 214-0650
    eiklein@duanemorris.com
    emichailidis@duanemorris.com

## **CERTIFICATION**

I hereby certify that on this **27th** day of **June, 2012**, a copy of this Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

/s/     *John M. Wolfson*
John M. Wolfson