# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROBERT G. KIEFER, individually and on behalf of all others similarly situated,**<br>**Plaintiff,**<br><br>**V.**<br><br>**MORAN FOODS, INC., d/b/a SAVE A LOT LTD.,**<br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION NO.:**<br><br><br>**3:12-CV-00756 (JCH)** |

## CONSENT TO JOIN ACTION AND AUTHORIZATION TO REPRESENT

I, _DENNIS W. ROBINSON_, consent to be a party plaintiff in the above action pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"). By signing and returning this consent form, I designate the Hayber Law Firm, LLC, of Hartford, Connecticut ("HLF"), and Outten & Golden LLP of N.Y., New York ("O&G"), to represent me. I also authorize HLF and O&G to act on my behalf in all matters relating to this action, including adjudicating or settling my claims for overtime compensation and any other benefits including liquidated damages available under the FLSA. I agree and understand that said attorneys shall file this Consent with the Court in support of my claims.

I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I also agree that HLF and O&G will petition the Court for attorney's fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying hourly rates by the number of hours worked, or (2) one third ("1/3") of the gross settlement or judgment amount.

_____          _07 - 10 - 2012_
Signature                                 Date

*Please note that email address and telephone numbers will be redacted (blacked out) before this form is filed in Court.

**CERTIFICATION OF SERVICE**

I hereby certify that on **July 10, 2012** a copy of **Notice of Consent to Join Action by Dennis W. Robinson** was filed electronically [and service made by mail to anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Courts system.


_____*/s/Richard E. Hayber*_____ ____
Richard E. Hayber