# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROBERT G. KIEFER, individually and on behalf of all others similarly situated,**<br>　　　　**Plaintiff,**<br><br>V.<br><br>**MORAN FOODS, INC., d/b/a SAVE A LOT LTD.,**<br>　　　　**Defendant.** | : : : : : : : : : : : : | **CIVIL ACTION NO.:**<br><br><br>**3:12-CV-00756 (JCH)** |

## PLAINTIFF'S CORRECTED MOTION ON CONSENT FOR EXTENSION OF TIME

　　　　The Plaintiff, Robert G. Keifer, hereby files this corrected motion on consent for extension of time to request: (i) a two-week extension of time, up to and including August 31, 2012, for Plaintiff to file his opposition to Defendant's July 27, 2012 Motion to Dismiss (Doc. No. 47), and (ii) a one-week extension, up to and including on September 21, 2012, for Defendant to submit its reply to Plaintiff's opposition to the motion to dismiss.  Plaintiff hereby corrects its prior motion for extension of time (Doc. No. 50) because it inadvertently neglected to indicate on the prior motion that Defendant consented to the two-week extension for Plaintiff to oppose the motion to dismiss on the condition that Plaintiff would reciprocate with his consent to Defendant having a one-week extension to submit its reply to the opposition to the motion to dismiss.

Plaintiff's opposition to Defendant's motion to dismiss is presently due on August 17, 2012. There is good cause for this extension because Plaintiff will not be able to reasonably meet the current deadline despite his due diligence for several reasons. First, Defendant's motion to dismiss raises several legal theories which will necessitate extensive legal research. Second, Plaintiff requests this extension because his lead attorney, Attorney Justin Swartz, will be going on vacation, and is otherwise busy currently with other pressing work. *See* Swartz Aff., attached hereto as Exh. A. Third, there is good cause for this extension because Plaintiff's local counsel, Attorney Richard Hayber, will be taking some time off and his law firm is busy at this time taking depositions for other cases. *See* Hayber Aff., attached hereto as Exh. B. Defendant consents to this extension of time. *See* Jul. 31, 2012 Email from Attorney Eve I. Klein, attached to Exh. B. This is the first motion for an extension of time regarding the deadline to respond to Defendant's motion to dismiss.

For the reasons discussed above, Plaintiff respectfully requests that the Court grants this corrected motion on consent for extension of time for: (i) Plaintiff filing his opposition to Defendant's July 27, 2012 Motion to Dismiss up to and including August 31, 2012, and (ii) a corresponding one-week extension, up to and including on September 21, 2012, for Defendant to submit its reply to Plaintiff's opposition to the motion to dismiss.

    Plaintiff, Robert G. Keifer, individually and on behalf of all others similarly situated,

    By: **/s/ Erick I. Diaz Vazquez**
    Erick I. Diaz Vazquez, Esq.
    The Hayber Law Firm, LLC
    Fed No.: ct27023
    221 Main Street, Suite 502
    Hartford, CT 06106
    (860) 522-8888
    ediaz@hayberlawfirm.com
    Attorney for the Plaintiff

**CERTIFICATION OF SERVICE**

      I hereby certify that on August 1, 2012, a copy of Plaintiff's Corrected Motion for Extension of Time was forwarded electronically to the Court's clerk to be included as an attachment to the original motion for extension of time and that said Corrected Motion was forwarded via email to counsel of record.

                                                                              */s/ Erick I. Diaz Vazquez*