# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.,<br>*Defendant* | )<br>)<br>)<br>) Case No. 3:12-CV-00756-JCH<br>)<br>) |

**NOTICE OF APPEARANCE**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: Aug 08, 2012

/s/ Elizabeth Wagoner
*Attorney's signature*

Elizabeth Wagoner (phv05548)
*Printed name and bar number*

Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
*Address*

ewagoner@outtengolden.com
*E-mail address*

(212) 245-1000
*Telephone number*

(212) 977-4005
*FAX number*

Rev. 5/4/2011

## CERTIFICATE OF SERVICE

I hereby certify that on **Aug 08, 2012**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ Elizabeth Wagoner**
*Attorney's signature*