UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated, | : : | CIVIL ACTION NO. 3:12-CV-00756-JCH |
| Plaintiff, | : : | |
| v. | : : | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD., | : : | |
| Defendant. | : | August 14, 2012 |

**MOTION TO STAY ALL DISCOVERY PENDING
DETERMINATION OF DEFENDANT'S DISPOSITIVE MOTION**

Defendant, Moran Foods, LLC, f/k/a as Moran Foods, Inc., d/b/a Save A Lot Ltd.,[1] by and through its counsel, Duane Morris LLP and Feiner Wolfson LLC, respectfully moves this Court, pursuant to Fed. R. Civ. P. 26(c), for a protective order to stay all discovery, including Defendant's Fed. R. Civ. P. 26(a) disclosures, pending this Court's determination of Defendant's contemporaneously filed motion, pursuant to Fed. R. Civ. P. 12(b)(1), seeking dismissal or a stay of this action on the grounds that a substantially similar prior filed action is currently pending in the Connecticut state court.  As Defendant argues in its motion, this action is a blatant exercise, by Plaintiff Robert G. Kiefer and his attorneys, in forum shopping and duplicative litigation and the Court should dismiss or stay this action under the abstention principles set forth in the *Rooker-Feldman* and *Colorado River Doctrines*.

The legal basis for Defendant's motion to stay all discovery is set forth more fully in Defendant's memorandum of law in support of this motion.

---

[1] On June 15, 2012, Defendant Moran Foods, Inc. statutorily converted from a "C" corporation to a limited liability corporation and is now known as Moran Foods, LLC.  The caption should be amended accordingly.

**THE DEFENDANT –**
**MORAN FOODS, LLC, f/k/a MORAN**
**FOODS, Inc., d/b/a**
**SAVE A LOT LTD.**

By:  /s/*Eve I. Klein*
Eve I. Klein, Esq.
Fed. Bar No. EK6747
Evangelos Michailidis, Esq.
Fed. Bar No. EM3383
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Tel. (212) 692-1000
Fax. (212) 214-0650
emichailidis@duanemorris.com
eiklein@duanemorris.com

and

By: /s/John M. Wolfson
John M. Wolfson, Esq.
Fed. Bar No. ct03538
Benjamin M. Wattenmaker, Esq.
Fed. Bar No. ct26923
FEINER WOLFSON LLC
One Constitution Plaza
Suite 900
Hartford, CT 06103
Tel. (860) 713-8900
Fax. (860) 713-8905
jwolfson@feinerwolfson.com
bwattenmaker@feinerwolfson.com

**CERTIFICATION**

I hereby certify that on this **14th** day of **August, 2012**, a copy of this motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

      /s/ John M. Wolfson
      John M. Wolfson, Esquire