UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROBERT G. KIEFER, individually and on behalf of all others similarly situated,**<br>　　　　　**Plaintiff,**<br><br>V.<br><br>**MORAN FOODS, INC., d/b/a SAVE A LOT LTD.,**<br>　　　　　**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION NO.:**<br><br><br>**3:12-CV-00756 (JCH)**<br><br><br><br>**AUGUST 14, 2012** |

**PLAINTIFF'S MOTION ON CONSENT FOR EXTENSION OF TIME REGARDING DEFENDANT'S MOTION FOR STAY OF DISCOVERY**

　　　　The Plaintiff, Robert G. Keifer, hereby files this motion on consent for extension of time to request: (i) a two-week extension of time, up to and including August 31, 2012, for Plaintiff to file his opposition to Defendant's July 27, 2012 Motion to Stay All Discovery Pending Determination of Defendant's Dispositive Motion (Doc. No. 48), and (ii) a one-week extension, up to and including on September 21, 2012, for Defendant to submit its reply to Plaintiff's opposition to the motion to stay. Plaintiff's opposition to Defendant's motion to stay is presently due on August 17, 2012. For the same reasons discussed in detail in Plaintiff's Corrected Motion on Consent for Extension of Time (Doc. No. 50-3) there is good cause for this extension because Plaintiff will not be able to reasonably meet the current deadline despite his due diligence.  The Parties had intended that the prior motion for extension of time (Doc. 50-3), which the Court approved (Doc. 55), also extend the deadlines regarding Defendant's motion to stay, but inadvertently it was not included in the prior motion for extension of time.

In sum, Plaintiff respectfully requests that the Court grants this motion on consent for extension of time for: (i) Plaintiff filing his opposition to Defendant's July 27, 2012 Motion to Stay up to and including August 31, 2012, and (ii) a corresponding one-week extension, up to and including on September 21, 2012, for Defendant to submit its reply to Plaintiff's opposition to the motion to stay.

> Plaintiff, Robert G. Keifer, individually and on behalf of all others similarly situated,
>
> By: */s/ Erick I. Diaz Vazquez*
> Erick I. Diaz Vazquez, Esq.
> The Hayber Law Firm, LLC
> Fed No.: ct27023
> 221 Main Street, Suite 502
> Hartford, CT 06106
> (860) 522-8888
> ediaz@hayberlawfirm.com
> Attorney for the Plaintiff

## CERTIFICATION OF SERVICE

I hereby certify that on August 14, 2012, a copy of Plaintiff's Motion for Extension of Time was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Courts system.

*/s/ Erick I. Diaz Vazquez* _____
Erick I. Diaz Vazquez