**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| ROBERT G. KIEFER,<br>         PLANTIFF<br><br>V.<br><br>MORAN FOODS, INC. d/b/a SAVE A LOT LTD.;<br>         DEFENDANT | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.:  3:12-CV-00756-JCH<br><br><br><br><br>August 28, 2012 |
|---|---|---|

**PLAINTIFF'S MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS AND MOTION TO STAY**

Plaintiff, through his undersigned counsel, hereby moves, pursuant to Local Rule 7(b), for an extension of time to file a response to Defendant's Motion to Dismiss (Document No.: 62) and to Defendant's Motion for Stay (Document No.: 63).

These motions were filed on August 14, 2012.  They are quite complex and important. Ordinarily, oppositions to motions are due within 24 days in this district.  Local Rule 6; Fed.R.Civ.P. 6(d).  That date ordinarily would be September 7, 2012.  The current deadline is September 4, 2012, i.e., the day after Labor Day.  Plaintiff seeks an extension of time until September 12, 2012.

There is good cause for this extension.  These motions are quite complex and require detailed research and writing to respond competently.  Defendant's motion also discusses the interplay of this lawsuit with another which is currently pending in Connecticut state court. Counsel for Plaintiff have been working diligently on the opposition to these two motions, but need additional time to complete the necessary research and writing, especially in light of the upcoming holiday weekend, vacation schedules, and the press of other work, including several other briefs.

Plaintiff hereby requests that he be given an extension of time from the current deadline of September 4, 2012 until September 12, 2012. This deadline would give Plaintiff sufficient time to thoroughly research and respond to these two important and complex motions.

Counsel for Plaintiff has inquired of opposing counsel, who consents to this motion as long as its reply deadline is extended 10 days, from September 26, 2012 to October 6, 2012.

                    PLAINTIFF, Robert G. Kiefer

By: **/s/  Richard E. Hayber**
     Richard E. Hayber
     Fed. Bar No.: ct11629
     The Hayber Law Firm, LLC
     221 Main Street, Suite 502
     Hartford, CT 06106
     (860) 522-8888
     (860) 218-9555 (facsimile)
     rhayber@hayberlawfirm.com

## CERTIFICATION OF SERVICE

I hereby certify that on **August 28, 2012**, a copy of the **Plaintiff's Motion on Consent for Extension of Time to File Response to Defendant's Motion to Dismiss and Motion to Stay** dated **August 28, 2012** was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Courts system.

          */s/Richard E. Hayber*
                Richard E. Hayber