IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>      Defendant. | ECF NO.:<br><br>3:12-CV-00756 (JCH) |

## CERTIFICATION OF SERVICE

Pursuant to Local Rule 5(c), I hereby certify that on **September 12, 2012** a copy of the **Declaration of Elizabeth Wagoner in Opposition to Defendant's Motion to Dismiss and Defendant's Motion to Stay Discovery and Exhibits A through I** were filed electronically. Notice of this filing will be sent by email to all parties by operation of the Courts Electronic filing system. Parties may access this filing through ECF.

Dated:  New York, New York
     September 13, 2012

                   /s/Elizabeth Wagoner
                 Elizabeth Wagoner
                 **OUTTEN & GOLDEN LLP**
                 3 Park Avenue, 29th Floor
                 New York, New York 10016
                 Telephone: (212) 245-1000
                 Facsimile: (212) 977-4005
                 ewagoner@outtengolden.com