

# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Cyrus Edward Dugger

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of July, 2008**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **17th day of September, 2012.**



*Robert D. Mayberger*
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>      Defendant. | ECF NO.:<br><br>3:12-CV-00756 (JCH) |

## CERTIFICATION OF SERVICE

Pursuant to Local Rule 5(c), I hereby certify that on **September 27, 2012** a copy of the **Certificate of Good Standing of Cyrus E. Dugger** was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Courts Electronic filing system. Parties may access this filing through ECF.

Dated:  New York, New York
     September 27, 2012

                 /s/ Cyrus E. Dugger
                 Cyrus E. Dugger
                 **OUTTEN & GOLDEN LLP**
                 3 Park Avenue, 29th Floor
                 New York, New York 10016
                 Telephone: (212) 245-1000
                 Facsimile: (212) 977-4005
                 cdugger@outtengolden.com