UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on Behalf of all others similarly situated<br>           Plaintiff, | : : : : | CIVIL ACTION NO.<br>3:12-CV-00756-JCH |
| v. | : : | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>           Defendant. | : : : : | OCTOBER 3, 2012 |

**MOTION FOR EXTENSION OF TIME ON CONSENT TO REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR STAY PLAINTIFF'S COMPLAINT AND PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO STAY DISCOVERY**

Pursuant to Local Rule 7(b), Defendant Moran Foods, Inc., d/b/a Save A Lot Ltd. respectfully moves for an extension of time within which to Reply to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss or Stay Plaintiff's Complaint (Document Number 76) and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Stay Discovery (Document Number 73), dated September 12, 2012. Specifically, Defendant requests that the deadline to Reply to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss or Stay Plaintiff's Complaint (Document Number 76) and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Stay Discovery (Document Number 73) be extended for an additional Ten (10) days, from October 9, 2012 to, through, and including October 19, 2012.

In support of this motion, Defendant states the following:

1. This case involves complex legal and factual issues and alleges millions of dollars in damages to a putative nationwide class.

2. There is good cause for this extension of time. Counsel for the Defendant has been working diligently on the Replies to these Memoranda of Law, but needs additional time in light of both a work scheduling issue and a family medical matter.

3. On September 27, 2012, Eve Klein, Esq. contacted Justin M. Swartz, Esq. of Outten & Golden, LLP, the Plaintiff's counsel, who has consented to the extension of time referenced in this Motion.

4. This is the Defendant's First (1st) Motion for an extension of time to Reply to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss or Stay Plaintiff's Complaint (Document Number 76) and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Stay Discovery (Document Number 73)[1].

**WHEREFORE,** for all of the foregoing reasons, Defendant, Moran Foods, Inc., d/b/a Save A Lot Ltd. respectfully requests a Ten (10) day extension of time from October 9, 2012 to, through, and including October 19, 2012, within which to Reply to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss or Stay Plaintiff's Complaint (Document Number 76) and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Stay Discovery (Document Number 73).

---

[1] The original deadline of September 26, 2012 was changed to October 6, 2012 as a result of the Plaintiff's August 28, 2012 Motion for Extension of Time.

THE DEFENDANT –
MORAN FOODS, INC. d/b/a
SAVE A LOT LTD.


By: _____/s/_____
    John M. Wolfson
    jwolfson@feinerwolfson.com
    Fed. Bar No. 03538
    Benjamin M. Wattenmaker
    bwattenmaker@feinerwolfson.com
    Fed. Bar No. 26923
    Feiner Wolfson LLC
    One Constitution Plaza - Ste 900
    Hartford, CT 06103
    Tel. (860) 713-8900
    Fax (860) 713-8905

    and

    Eve I. Klein, Esq.
    Fed. Bar No. EK6747
    Evangelos Michailidis, Esq.
    Fed. Bar No. EM3383
    DUANE MORRIS LLP
    1540 Broadway
    New York, NY 10036
    Tel. (212) 692-1000
    Fax. (212) 214-0650
    emichailidis@duanemorris.com
    eiklein@duanemorris.com

## CERTIFICATION

I hereby certify that on this *3rd* day of **October, 2012,** a copy of this Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

_____/s/_____
John M. Wolfson

\\server\shareddocs\data\worddocs\litigation\moran foods, inc\kiefer v. moran foods (federal)\pleadings\motion for extension of time to reply to plaintiff's memorandum of law in opposition to defendant's motion to dismiss or stay plaintiff's complaint.doc