IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>   v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>                     Defendant. | ECF NO.:<br><br>3:12-CV-00756 (JCH)<br><br>October 3, 2012 |

**PLAINTIFF'S UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO FILE MOTIONS FOR CONDITIONAL CERTIFICATION AND CLASS CERTIFICATION**

Plaintiff, through his undersigned counsel, hereby moves, pursuant to Local Rule 7(b), for an extension of time to file a motion for conditional certification of his Fair Labor Standards Act claims under 29 U.S.C. § 216(b) ("216(b) Motion") and a motion for class certification of his Connecticut state law claims under Fed R. Civ. P. 23 ("Rule 23 Motion").

On July 20, 2011, the parties submitted their Joint Fed. R. Civ. P. 26(f) Report ("Rule 26(f) Report"). ECF No. 46. The Rule 26(f) Report jointly requested a deadline of October 19, 2012 for Plaintiff to file his 216(b) Motion. *Id.* ¶ 6(d). On July 30, 2012, the Court entered a Scheduling Order that was silent on this deadline. ECF No. 49.

On July 27, 2012, Defendant filed a motion to dismiss or stay the complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim, or alternatively, under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction under the *Rooker-Feldman* or *Colorado River* abstention doctrines. ECF Nos. 47, 52. Defendant also filed a motion to stay discovery pending the Court's ruling on the Motion to Dismiss. ECF No. 48. On July 31, 2012, Plaintiff filed a First Amended

1

Complaint mooting Defendant's motions.  ECF No. 66.  Defendant then filed another motion to dismiss under the *Rooker-Feldman* and *Colorado River* abstention doctrines, ECF No. 62, along with another motion to stay.  ECF No. 63.

Plaintiff served his initial document requests and interrogatories on September 11, 2012.  Defendant's responses and objection are currently due October 11, 2012.  Plaintiff has consented to Defendant's request for a reasonable extension of time to produce responsive documents.  The parties have scheduled a meet and confer conference on October 5, 2012, during which they will attempt to agree on Defendant's deadline to produce responsive documents and discuss Defendant's objections to Plaintiff's requests.

Because of the pending motions and because Plaintiff has not yet taken the limited discovery he seeks to support his forthcoming 216(b) Motion, he seeks an extension to file it on or before January 31, 2013.  Plaintiff also seeks an extension of the deadline under paragraph 2(b) of the Standing Order On Scheduling In Civil Cases to file his Rule 23 Class Certification Motion on or before January 31, 2013.

Defendant does not object to this motion.


Dated:        New York, New York
              October 3, 2012

                                      Respectfully submitted,

                                      **OUTTEN & GOLDEN LLP**
                                      By:

                                      /s/ *Justin M. Swartz*
                                      Justin M. Swartz (PHV03853)
                                      Cyrus E. Dugger (PHV05016)
                                      Elizabeth Wagoner (PHV05548)
                                      3 Park Avenue, 29th Floor
                                      New York, New York 10016
                                      Telephone:  (212) 245-1000
                                      Facsimile: (212) 977-4005

jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber (CT11629)
Erick I. Díaz Vázquez (CT27023)
221 Main Street, Suite 502
Hartford, CT  06106
Telephone:  (203) 522-8888
Facsimile:  (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

**CERTIFICATION OF SERVICE**

Pursuant to Local Rule 5(c), I hereby certify that on **October 3, 2012** a copy of the **Plaintiff's Uncontested Motion for an Extension of Time to File Motions for Conditional Certification and Class Certification** was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Courts Electronic filing system. Parties may access this filing through ECF.

      */s/Justin Swartz*
      Justin Swartz