UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated, | : | CIVIL ACTION NO. 3:12-CV-00756-JCH |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD., | : | |
| Defendant. | : | October 12, 2012 |

MOTION FOR LEAVE TO EXCEED THE
PAGE LIMIT IMPOSED BY LOCAL CIVIL RULE 7(d)

NOW COMES Defendant Moran Foods, LLC, by and through its counsel, Duane Morris LLP and Feiner Wolfson LLP, and states the following in support of its motion for leave to exceed the page limit imposed by Local Civil Rule 7(d).

1. Plaintiff filed the present lawsuit on May 18, 2012, alleging violations of the Fair Labor Standards Act and the Connecticut Minimum Wage Act for utilizing the fluctuating workweek to pay assistant store managers overtime in Connecticut and nationwide.  Plaintiff filed an Amended Complaint on July 31, 2012.

2. Defendant filed a Motion to Dismiss or a Stay of the Amended Complaint ("Defendant's Motion") on August 14, 2012 on the basis of the *Rooker Feldman* and

*Colorado River Doctrines*.  Defendant's Motion was 29 pages in length, approximately 11 pages less than the limit provided by Local Civil Rule 7(a)(2).

3. Plaintiff filed an opposition to the Defendant's Motion ("Plaintiff's Opposition") on September 12, 2012.  Plaintiff's Opposition was 27 pages in length.

4. The parties entered into a stipulation extending Defendant's time to reply to Plaintiff's Opposition to October 19, 2012.  Said stipulation was Granted by the Court on October 4, 2012.

5. Due to the complexity of the legal issues raised by Plaintiff, Defendant anticipates that its Reply brief will exceed the 10 page limit imposed by Local Civil Rule 7(d), but will not exceed 15 pages, including case captions and certificate of service.  The additional pages are largely attributable to legal issues raised in Plaintiff's Opposition.

6. Defendant has contacted Plaintiff's counsel, Justin Swartz, Esq., to discuss this Motion.  Plaintiff's counsel does not consent to same.

7. Based upon the foregoing, the Defendant respectfully requests that the Court enter the attached Order allowing the Defendant's Reply to exceed the page limit imposed by Local Civil Rule 7(d) by no more than 5 pages.

This the 12th of October, 2012.

                                                Respectfully submitted,

                                                _____//s//_____
                                                John M. Wolfson, Esq.
                                                Fed. Bar No, ct03538
                                                FEINER WOLFSON LLC
                                                One Constitution Plaza
                                                Suite 900
                                                Hartford, CT 06103
                                                Tel: (860) 713-8900

                                                and

                                                Eve I. Klein, Esq.
                                                Fed. Bar No. EK6747
                                                Evangelos Michailidis, Esq.
                                                Fed. Bar No. EM3383
                                                DUANE MORRIS LLP
                                                1540 Broadway
                                                New York, NY 10036
                                                Tel. (212) 692-1000

## CERTIFICATION

I hereby certify that on this 12th day of October, 2012, a copy of this Motion to Exceed Page Limits was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

/s/
John M. Wolfson

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated, | : | CIVIL ACTION NO. 3:12-CV-00756-JCH |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD., | : | |
| Defendant. | : | October 12, 2012 |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IMPOSED BY LOCAL CIVIL RULE 7(d)

Upon Motion and for good cause shown, it is hereby ordered that:

Defendant Moran Foods, Inc.'s (now known as Moran Foods LLC) Motion For Leave to Exceed the Page Limit Imposed by Local Civil Rule 7(d) is hereby granted and the page limit for Defendant's Reply is extended to 15 pages.

It is SO ORDERED, the ___day of October, 2012.

Hon. _____