## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>                      Defendant. | ECF NO.:<br><br>3:12-CV-00756 (JCH)<br><br>November 5, 2012 |

### JOINT STATUS REPORT OF COUNSEL

Plaintiff Robert Kiefer and Defendant Moran Foods, Inc. hereby submit their Joint Status Report of Counsel per the Court's July 30, 2012 Scheduling Order. ECF No. 49. The Court's July 30, 2012 Scheduling Order required this report to be filed on October 29, 2012. The parties file it today due to disruptions caused by Hurricane Sandy, including power outages and the loss of Plaintiffs' counsel's telephone systems, email, and document management systems through November 3, 2012, and apologize to the Court for any inconvenience.

### I. PROCEDURAL HISTORY

Plaintiff Robert Kiefer ("Plaintiff") filed his original Complaint on May 18, 2012, ECF No. 1, and a First Amended Complaint ("FAC") on July 31, 2012, ECF No. 51, 53. The FAC asserts claims on behalf of a nationwide collective of Assistant Store Managers ("ASMs") and alleges that Defendant failed to pay them proper overtime compensation under the Fair Labor Standards Act ("FLSA"). Specifically, Plaintiff alleges that Defendant violated the prerequisites an employer must follow in order to pay half-time-for-overtime under the Fluctuating Work Week ("FWW") method of computing overtime pay. FAC ¶¶ 40-43; *see also* 29 C.F.R. 778.114.

In addition to his FLSA claims, Plaintiff brings similar state-law claims on behalf of ASMs from Connecticut under the Connecticut Minimum Wage Act ("CMWA") as a Fed. R. Civ. P. 23 ("Rule 23") class action. In addition, he alleges that Defendant violated the CMWA because the FWW method is not authorized by the CMWA. FAC ¶ 30, 79. Since the filing of the action, 37 individuals from several different states have opted in to it.

On June 29, 2012 and July 12, 2012, the parties conferred pursuant to Fed. R. Civ. P. 26(f) and filed a Joint Rule 26(f) Report on July 20, 2012, ECF No. 46, pursuant to the Standing Order on Pretrial Deadlines, ECF No. 2. On July 30, 2012, the Court issued a Scheduling Order Regarding Case Management Plan based on the parties' Joint Rule 26(f) Report. ECF No. 49.

On July 27, 2012, Defendant moved to dismiss Plaintiff's original Complaint on the following grounds: (a) pursuant to Rule 12(b)(6) for failure to state a claim and (b) pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction under the *Rooker-Feldman* and *Colorado River* abstention doctrines. ECF Nos. 47, 52. Defendant also filed a motion to stay discovery pending the Court's ruling on its motion to dismiss. ECF No. 48.

On July 31, 2012, in response to Defendant's first motion to dismiss, Plaintiff filed a First Amended Complaint which remedied Plaintiff's purported Rule 12(b)(6) pleading deficiencies. However, Defendant's still contend that this action seeks to appeal a state court judgment rendered in violation of the *Rooker-Feldman Doctrine* and seeks to litigate in this court an action that is substantially similar to a prior filed state action in violation of the *Colorado River Doctrine*. Consequently, Defendant has again moved to dismiss this action pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction, ECF No. 62, and to stay discovery pending the determination of Defendant's motion to dismiss, ECF No. 63. Plaintiff filed briefs in opposition to Defendant's motions on September 12, 2012. Defendant filed its Reply briefs on October 19,

2012.  These motions are now fully briefed.

## II. Anticipated Motions

Plaintiff anticipates filing a motion for Court-authorized FLSA notice under 29 U.S.C. 216(b) on or before December 15, 2012.  Plaintiff also anticipates moving for class certification of the CMWA claims under Rule 23.  This case is not yet scheduled for trial.

## III. Discovery

The parties have exchanged Rule 26 disclosures.  Plaintiff propounded written discovery on September 12, 2012.  After a meet and confer telephone conference on October 5, 2012, Plaintiff agreed to extend the time for Defendant to serve responses and objections to October 25, 2012 and to produce documents to November 11, 2012.  Defendant served its responses and objections to Plaintiff's requests on October 25, 2012.  The parties had scheduled a second meet and confer to discuss Defendant's objections for October 29, 2012 but were forced to postpone it due to the Hurricane Sandy.  Conditions permitting, they plan to reschedule it this week.

## IV. Upcoming Deadlines

Plaintiff's motion to compel disclosure or discovery pursuant to Fed. R. Civ. P. 37(a), if any, is due on November 26, 2012.  Plaintiff's motions for conditional certification and class certification are due on December 15, 2012.  Damages analyses are due on or before January 30, 2013.  Expert witness reports are due on February 22, 2013.  Currently, all discovery must be completed by March 22, 2013.  The parties' joint trial memorandum must be filed on or before April 30, 2013.

p

Dated:     New York, New York
           November 5, 2012

Respectfully submitted,

| | |
|---|---|
| /s/ *Justin M. Swartz* | /s/ *Eve I. Klein* |
| **OUTTEN & GOLDEN LLP** | **DUANE MORRIS LLP** |
| Justin M. Swartz (*pro hac vice*) | Eve I. Klein |
| Cyrus E. Dugger (*pro hac vice*) | Evangelos Michailidis |
| Elizabeth Wagoner (*pro hac vice*) | 1540 Broadway |
| 3 Park Avenue, 29th Floor | New York, NY 10036 |
| New York, New York 10016 | Telephone: (212) 692-1065 |
| Telephone: (212) 245-1000 | Facsimile: (212) 202-7559 |
| Facsimile: (212) 977-4005 | eiklein@duanemorris.com |
| jms@outtengolden.com | emichailidis@duanemorris.com |
| cdugger@outtengolden.com | |
| ewagoner@outtengolden.com | **FEINER WOLFSON LLC** |
| | John M. Wolfson, Esq. |
| **THE HAYBER LAW FIRM, LLC** | One Constitution Plaza, Suite 900 |
| Richard Hayber | Hartford, CT 06103 |
| Erick I. Díaz Vázquez | Telephone: (860) 713-8900 |
| 221 Main Street, Suite 502 | Facsimile: (860) 713-8905 |
| Hartford, CT 06106 | jwolfson@feinerwolfson.com |
| Telephone: (203) 522-8888 | |
| Facsimile: (203) 915-9555 | |
| rhayber@hayberlawfirm.com | |
| ediaz@hayberlawfirm.com | |

## CERTIFICATION OF SERVICE

Pursuant to Local Rule 5(c), I hereby certify that on **November 5, 2012** a copy of the **Joint Status Report of Counsel** was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Courts Electronic filing system.  Parties may access this filing through ECF.

        */s/Justin M. Swartz*
        Justin M. Swartz