## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>          Defendant. | ECF NO.:<br><br>3:12-CV-00756 (JCH)<br><br>November 20, 2012 |

## CONSENT MOTION FOR ADJOURNMENT OF DEADLINE
## TO COMPEL DISCOVERY

Plaintiff Robert Kiefer, by and through his undersigned counsel, hereby moves for a two-week adjournment of the date by which Plaintiff must file a motion to compel discovery from Defendant.  Pursuant to the Court's Individual Practices, Plaintiff must move to compel discovery from Defendant within 30 days of receipt of Defendant's objections and responses to Plaintiff's discovery requests.  An adjournment is necessary because Defendant requested, and Plaintiff agreed to, additional time to consider Plaintiff's proposals to narrow his discovery requests and to produce documents.

Plaintiff propounded written discovery on September 12, 2012.  Responses and production of documents were originally due on October 15, 2012.  After a meet and confer telephone conference on October 5, 2012, Plaintiff agreed to extend the time for Defendant to serve responses and objections to October 25, 2012 and to produce documents to November 11, 2012.  Defendant served its responses and objections to Plaintiff's document requests on October 25, 2012.  The current date by which Plaintiff must move to compel Defendant to produce responsive documents is November 26, 2012.

1

The parties met and conferred to discuss Defendant's objections a second time on November 9, 2012.  Although the parties were able to resolve several disputes during that meet and confer session, several outstanding disputes remain.  Plaintiffs made proposals to narrow certain discovery requests during the November 9, 2012 meet and confer conference, and Defendants have advised Plaintiffs that they will provide a response to these proposals by November 30, 2012.  Accordingly, if the parties are unable to resolve their disputes, Plaintiffs respectfully seek a ten-day adjournment of the date by which they must move to compel discovery from Defendant to December 6, 2012.

This is the parties' first request for an adjournment of this deadline.  This adjournment will affect will not affect any dates other than the ones set forth herein.

Dated: November 20, 2012
        New York, New York

Respectfully submitted,

**OUTTEN & GOLDEN LLP**

/s/ *Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz (*pro hac vice*)
Cyrus E. Dugger (*pro hac vice*)
Elizabeth Wagoner (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber
Erick I. Díaz Vázquez
221 Main Street, Suite 502
Hartford, CT  06106
Telephone:  (203) 522-8888

2

Facsimile:  (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

***Attorneys for Plaintiffs, the Collective, and Class***

## CERTIFICATION OF SERVICE

I hereby certify that on November 20, 2012, a copy of Plaintiffs' **Consent Motion for Adjournment of Deadline to Compel Discovery** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin M. Swartz*