UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>Defendant. | ECF NO.:<br><br>3:12-CV-00756 (JCH)<br><br>December 6, 2012 |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Please take notice that Plaintiff Robert G. Kiefer ("Plaintiff"), by and through his counsel, Outten & Golden, LLP and the Hayber Law Firm, LLC, respectfully requests an order under Fed. R. Civ. P. 26 requiring Defendant to produce discovery as detailed in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Compel, the Declaration of Elizabeth Wagoner in Support of Plaintiff's Motion to Compel, and the attached exhibits.

Dated:   New York, New York
         December 6, 2012

/s/ *Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz (*pro hac vice*)
Cyrus E. Dugger (*pro hac vice*)
Elizabeth Wagoner (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber
Erick I. Díaz Vázquez

1

221 Main Street, Suite 502
Hartford, CT  06106
Telephone:  (203) 522-8888
Facsimile:  (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

***Attorneys for Plaintiffs, the Collective, and Class***

**CERTIFICATION OF SERVICE**

I hereby certify that on December 6, 2012, a copy of **Plaintiffs' Motion to Compel Discovery** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                /s/ Justin M. Swartz
                                                                Justin M. Swartz