# Exhibit A

## OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

Allegra L. Fishel
Lewis M. Steel
Paul W. Mollica

Nantiya Ruan

Deirdre A. Aaron
Sally Abrahamson
*Not admitted in New York
Reena Arora
Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cyrus Dugger
Cara E. Greene
Jennifer Liu
Ossai Miazad
Carmel Mushin
Melissa Pierre-Louis
Sandra Pullman
Michael Scimone
Dana Sussman
Amber Trzinski
Juno Turner
Elizabeth Wagoner

November 13, 2012

**By Email**
Eve I. Klein
Duane Morris, LLP
1540 Broadway
New York NY 10036-4086

      Re:    *Kiefer v. Moran Foods, Inc.*, No. 12 Civ. 00756 (JCH)

Dear Eve:

      We write to follow up on our meet and confer conference on Friday, November 9, 2012. Plaintiff's deadline under Judge Hall's individual rules to move to compel responses to his Document Requests and Interrogatories is November 26, 2012. Accordingly, please provide Defendant's final position on the issues outlined below by Friday, November 16, 2012.

      **Request No. 1** seeks all compensation policies and procedures that applied to ASMs at Moran Foods, Inc. You told us that the only responsive documents are those identified by Bates numbers in Defendant's response to this Request, and that these materials apply to all ASMs nationwide. You also told us that Defendant is searching for additional responsive documents. Please confirm whether Defendant has completed its search and whether it has located any additional documents.

      **Request Nos. 2 and 3** seek payroll, time and attendance records and personnel files for members of the putative classes. We offered to narrow these requests to documents for Plaintiff, opt-in Plaintiffs, and a representative sample of FLSA collective members. You initially refused to consider this proposal, but later said you would discuss it with your client and advise us of its position afterwards.

      Plaintiffs will move to compel Defendant's response to **Request No. 4**, which seeks information about Defendant's efforts to comply with overtime laws.

      **Request No. 8** seeks documents related to Defendant's use of the Shared Services payroll systems, including any instructions from Defendant Shared Services follows with respect to


3 Park Avenue, 29th Floor, New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
6 Landmark Square, Suite 400, Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
203 North LaSalle Street, Suite 2100, Chicago, IL 60601   Tel 312-924-4888   Fax 646-509-2075
og@outtengolden.com   www.outtengolden.com


Eve I. Klein
November 13, 2012
Page 2 of 2

payroll for ASMs, documents regarding the programming of the system to calculate ASM pay, or other documents related to the application of Defendant's overtime policy for ASMs. You said you would discuss this with your client and advise us of its position afterwards.

**Request No. 12** seeks documents that refer to any policies or procedures instituted or followed by Defendant to pay overtime wages to ASMs. We explained that this request seeks policy documents related to Defendant's half-time overtime policy, as well as documents discussing Defendant's policy change to pay time-and-a-half overtime to ASMs. You said you would consider producing documents related to the policy change. Please confirm Defendant's position.

**Request No. 15** seeks all attendance policies similar to the New England Attendance Policy. You said you would confirm whether Defendant has responsive documents.

**Request No. 16** seeks Defendant's document retention or electronic recordkeeping policy. You agreed to discuss this with your client and provide a response.

**Request No. 17** seeks the documents Defendant made available to ASMs on My Information Online (MIO). During the call, we asked you to provide us a list of the documents that Defendant makes available to ASMs on MIO so that we can narrow this request. You told us you would confirm whether Defendant will agree to do this.

Plaintiffs will move to compel Defendant's response to **Request No. 18**, which seeks Michael Draper's notes from interviews with class and collective members.

Lastly, Defendant's deadline to respond to Plaintiff's First Interrogatories passed on October 25, 2012. As you know, this means Defendant has waived its objections. Please produce the responses by the end of the week.

Sincerely,

Elizabeth Wagoner

cc: Evangelos Michailidis, Esq. (by email)
John M. Wolfson, Esq. (by email)
Rick Hayber, Esq. (by email)
Cyrus E. Dugger, Esq. (by email)
Elizabeth Wagoner, Esq. (by email)