# Exhibit D

```
                                                    1
     CBLAGLAAps
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------x
 2
 3   ERIC GLATT
 3   on behalf of himself and all others
 4   similarly situated, et al.,
 4
 5
 5                    Plaintiffs,
 6
 6            v.                           11 CV 6784 (WHP)(AJP)
 7
 7   FOX SEARCHLIGHT PICTURES INC.,
 8   et al.,
 8
 9                    Defendants.
 9
10   ------------------------------------x
10
11                                      New York, N.Y.
11                                      November 21, 2012
12                                      9:30 a.m.
12
13
13   Before:
14
14                      HON. ANDREW J. PECK
15
15                                      Magistrate Judge
16
16
17
17                      APPEARANCES
18
18   OUTTEN & GOLDEN LLP
19        Attorneys for Plaintiffs
19   BY:  ELIZABETH WAGONER, ESQ.
20        ADAM T. KLEIN, ESQ.
20
21   PROSKAUER ROSE LLP
21        Attorneys for Defendants
22   BY:  ELISE M. BLOOM, ESQ.
22        AMY F. MELICAN, ESQ.
23
23
24   Also Present:  NICHOLAS BUNIN
24                  Vice President
25                  Legal Operations & Technology
25                  Fox Entertainment Group, Inc.
                     SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300
```

16
CBLAGLAAps
1   then by going somewhat longer than the changeover, you'll get
2   the reasoning behind the changeover, but -- and I forget which
3   bullet point it is in this, there's some argument about whether
4   it goes to November 1, 2012 or even goes beyond that or cuts
5   off earlier.  I guess it depends on what document requests
6   you're dealing with.  So are we both in agreement that you cut
7   it off within -- when did you say the decision to pay was made?
8           MS. BLOOM:  It was made sometime in 2010, I think the
9   fall of 2010.
10          THE COURT:  All right.  So why don't you run through
11  December 31, 2010.
12          MS. WAGONER:  That's fine with us.
13          MS. BLOOM:  Again we're talking about with the Amy
14  Hoffman overlay on that.
15          THE COURT:  Yes, with the Amy Hoffman overlay on
16  everything.
17          MS. BLOOM:  OK.
18          THE COURT:  OK.  So I think we're now at V.
19          MS. BLOOM:  I would think that, other than the
20  question about whether interns were to be paid going forward,
21  that your rulings up to this point have clarified and should
22  have resolved all of the issues with those.  But we still would
23  like to discuss whether or not information about why interns
24  became paid is relevant to whether or not the interns that were
25  unpaid were properly classified.

                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

```
                                                      17
        CBLAGLAAps
 1              THE COURT:  All right.  It's relevant because if
 2      there's a smoking gun that's not a lawyer document that's not
 3      privileged that says now that we realize we've violated the law
 4      for the last ten years in not paying them we're going to start
 5      paying them, you know, that sort of goes under the thought
 6      principle.  Other than what, I'm not sure what else would be
 7      relevant in terms of the changeover of the policy.  If you all
 8      want to tell me what particular interrogatory or document
 9      requests we're now fighting over -- because mostly we've been
10      working off of the letter, but I know I do have the
11      interrogatories and responses here, both of them here.
12              MS. WAGONER:  Your Honor, I'm looking at bullet point
13      2 of the letter of interrogatory no. 8, might be a place to
14      start.
15              MS. BLOOM:  And document request 15.
16              THE COURT:  All right.  Let's limit it to who at FEG
17      was involved in this decision.  That's the named defendant,
18      FEG, Inc.  Whether it's all individuals and whether you want to
19      convert this to a 30(b)(6) type issue, I leave it up to all of
20      you.  "All" could be, you know, everybody including the
21      accounting department who let it create new PeopleSoft codes or
22      whatever.  I'm sure we're talking about the policy decision,
23      how many people were involved in that.
24              MS. BLOOM:  For the Amy Hoffman employees.
25              THE COURT:  Well, on this, somebody at -- look, the
                     SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```

18

CBLAGLAAps
```
 1   issue on Amy Hoffman was, you don't know where to go with the
 2   other 500 subsidiaries.  On this one, if there is such a thing
 3   as FEG personnel besides Ms. Hoffman, who made a decision to
 4   start paying interns, that's what we're looking for.
 5             MS. BLOOM:  OK.
 6             THE COURT:  OK?  So that's the Court's ruling on
 7   interrogatory no. 8.
 8             MS. WAGONER:  And your Honor, just to clarify the
 9   point about the Amy Hoffman subsidiaries, depending on who the
10   individuals identified are, if we depose that person, if this
11   ruling about Amy Hoffman doesn't mean that we can't have that
12   person --
13             THE COURT:  Anyone being deposed, you can ask them
14   almost anything you want.  If they don't know the answer they
15   don't know the answer.  If they do know the answer that's fine.
16   I'm assuming the answer is going to be either, we made a
17   corporate policy to start paying interns at any and every
18   subsidiary, prior to that individual subsidiaries made their
19   own decisions -- that's one possible answer, and if I had to
20   guess the most likely one.  Or it could be, you know, we made
21   this decision only as to FEG subsidiary 1, 2, and 3 and don't
22   have a clue as to what other people did or any other variation
23   on all of this.  We'll see.  But you're running out of time
24   prior to December 14.  So let's just get this done.
25             What else from this area do you need me to rule on?
```
SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300