## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated, | ECF NO.: |
| Plaintiff, | 3:12-CV-00756 (JCH) |
| v. | December 7, 2012 |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; Defendant. | |

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO MOVE FOR CLASS CERTIFICATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 23

Plaintiff, through his undersigned counsel, hereby moves, pursuant to Local Rule 7(b), for an extension of time to file a motion for class certification of his Connecticut state law claims under Fed. R. Civ. P. 23. Due to SAL's belated and deficient document production, as detailed in Plaintiff's Motion to Compel Discovery, ECF No. 103,[1] Plaintiff is not yet in a position to depose a SAL corporate witness, much less move for class certification. It is well settled that a class certification ruling should be made on a well-developed record and that a plaintiff is entitled to sufficient discovery to present such a record. *In re Initial Pub. Offering Sec. Litig*., 471 F.3d 24, 41 (2d Cir. 2006). Therefore, Plaintiff respectfully requests an extension of time to move for class certification from December 15, 2012 through February 15, 2013. This will allow Plaintiff to review the documents that SAL recently produced, review any documents that the Court orders SAL to produce, hire an expert or consultant to analyze SAL's payroll and time records, if necessary, and use these documents to depose SAL witnesses.

---

[1] Plaintiff expressly incorporates his Motion to Compel Discovery, ECF No. 103, and the supporting Memorandum of Law by reference herein.

Plaintiff asked SAL on December 3, 2012 and again on December 5, 2012 whether it consented to this motion.  SAL did not respond.


Dated:          New York, New York
                December 7, 2012

                                        /s/ *Justin M. Swartz*
                                        **OUTTEN & GOLDEN LLP**
                                        Justin M. Swartz (*pro hac vice*)
                                        Cyrus E. Dugger (*pro hac vice*)
                                        Elizabeth Wagoner (*pro hac vice*)
                                        3 Park Avenue, 29th Floor
                                        New York, New York 10016
                                        Telephone:  (212) 245-1000
                                        Facsimile: (212) 977-4005
                                        jms@outtengolden.com
                                        cdugger@outtengolden.com
                                        ewagoner@outtengolden.com

                                        **THE HAYBER LAW FIRM, LLC**
                                        Richard Hayber
                                        Erick I. Díaz Vázquez
                                        221 Main Street, Suite 502
                                        Hartford, CT  06106
                                        Telephone:  (203) 522-8888
                                        Facsimile:  (203) 915-9555
                                        rhayber@hayberlawfirm.com
                                        ediaz@hayberlawfirm.com

                                        *Attorneys for Plaintiffs, the Collective, and Class*

## CERTIFICATION OF SERVICE

I hereby certify that on December 7, 2012, a copy of **Plaintiff's Motion for an Extension of Time to Move for Class Certification Under Federal Rule of Civil Procedure 23** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_/s/ Justin M. Swartz_____

Justin M. Swartz