# Exhibit 1

## Michailidis, Evangelos

| | |
|---|---|
| **From:** | Klein, Eve I. |
| **Sent:** | Thursday, October 18, 2012 1:16 PM |
| **To:** | Swartz, Justin |
| **Cc:** | Michailidis, Evangelos |
| **Subject:** | SAL/Kiefer and Roach / Discovery |

Hi Justin: In connection with the failed mediation in the Roach matter, we produced to Rick payroll and time records for the entire putative Connecticut class. At that time, the records were marked confidential and were to be used only for the purposes of the mediation. Please be advised that Defendant has authorized us to withdraw that restriction, so that the records can be considered produced and fully usable by Kiefer and Roach for purposes of the pending FWW actions, provided you agree to maintain their confidentiality for litigation purposes only as per the terms of the Roach confidentiality stipulation. Thanks. Eve


www.duanemorris.com


**Eve I. Klein**
Partner


Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

P: 212.692.1065
F: 212.202.7559


Attachments:

1