# Exhibit 3

KIEFER and ROACH CLASS ACTIONS
INDEX OF DOCUMENTS

| DOCUMENT NAME | DESCRIPTION | EMPLOYEE NAME | DATE | BATES NUMBERS |
|---|---|---|---|---|
| Personnel File | Personnel File | | | ROACH000067-ROACH000070 |
| Disciplinary Memos (Roach Production) | Personnel File | | | ROACH000054-ROACH000066 |
| New Hire Docs (Roach Production) | New Hire Docs | | | ROACH000099-ROACH000129 |
| SAL Handbook (Roach Production) | Save-A-Lot Associate Handbook | | | ROACH000078-ROACH000099 |
| SAL Dispute Resolution Packet (Roach Production) | Save-A-Lot Applicant Packet | | | ROACH000071-ROACH000077 |
| Roach Performance Review (Roach Production) | Performance Review | | | ROACH000001-ROACH000053 |
| Roach Pay Stubs (Roach Production) | Pay Stubs | | | |
| (PERSONNEL FILES) MOR-ROA 000491 to MOR-ROA 000917 | Personnel Files | | | MOR-ROA 000491-MOR-ROA 000523 |
| | | | | MOR-ROA 000524-MOR-ROA 000613 |
| | | | | MOR-ROA 000614-MOR-ROA 000652 |
| | | | | MOR-ROA 000653-MOR-ROA 000736 |
| | | | | MOR-ROA 000737-MOR-ROA 000822 |
| | | | | MOR-ROA 000823-MOR-ROA 000898 |
| | | | | MOR-ROA 000899-MOR-ROA 000917 |
| MOR-ROA 0000001 - MOR-ROA 000090 | Personnel File | | | MOR-ROA 000001-MOR-ROA 000090 |
| MOR-ROA 001404 - MOR-ROA 001424 | Timecards | | 08/07/11 - 10/01/11 | MOR-ROA 001404-MOR-ROA 001424 |
| MOR-ROA 001425 - MOR-ROA 001428 | "Labor Hour Transfers - Retail" and Timecards | | 01/01/11 - 10/01/11 | MOR-ROA 001425-MOR-ROA 001428 |
| MOR-ROA 001429 | Earnings Statement | | 03/20/11 - 6/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001429 |
| MEDIATION MOR-ROA 001430 to MOR-ROA 1435 | Timecards | | 03/01/09 - 06/07/09 | MOR-ROA 001430-MOR-ROA 001435 |
| (MEDIATION) MOR-ROA 000918-949 | Employee #24 - Timecards | | | MOR-ROA 000918-000919 |
| | Employee #5 - Timecards | | 12/20/09 - 08/14/10 | MOR-ROA 000920-000923 |

KIEFER and ROACH CLASS ACTIONS
INDEX OF DOCUMENTS

| | | | |
|---|---|---|---|
| | Employee #6 - Timecards | 03/21/10 - 03/23/11 | MOR-ROA 000925-000932 |
| | Employee #50 - Timecards | 12/13/09 - 03/23/11 | MOR-ROA 000933-000941 |
| | Employee #7 - Timecards | 01/17/10 - 09/17/10 | MOR-ROA 000942-000946 |
| | Employee #34 - Timecards (1 of 2) | 03/01/09 - 10/18/09 | MOR-ROA 000947-000949 |
| (MEDIATION) MOR-ROA 000950-988 | Employee #34 - Timecards (2 of 2) | 03/01/09 - 10/18/09 | MOR-ROA 000950-000951 |
| | Employee #47 - Timecards | 12/12/10 - 3/23/11 | MOR-ROA 000952-000953 |
| | Employee #18 - Timecards | 02/13/11 - 03/05/11 | MOR-ROA 000954 |
| | Employee #40 - Timecards | 04/01/10 - 02/05/11 | MOR-ROA 000955-000960 |
| | Employee #29 - Timecards | 03/01/09 - 04/14/09 | MOR-ROA 000961 |
| | Employee #11 - Timecards | 03/01/09 - 07/17/09 | MOR-ROA 000962-000965 |
| | Employee #32 - Timecards | 08/23/09 - 03/23/11 | MOR-ROA 000966-000976 |
| | Employee #10 - Timecards (1 of 2) | 03/01/09 - 03/23/11 | MOR-ROA 000977-000988 |
| (MEDIATION) MOR-ROA 000989-1015 | Employee #10 - Timecards (2 of 2) | 03/01/09 - 03/23/11 | MOR-ROA 000989-000991 |
| | Employee #52 - Timecards | 11/01/09 - 11/14/09 | MOR-ROA 000992 |
| | Employee #9 - Timecards | 04/26/09 - 06/06/09 | MOR-ROA 000993-000994 |
| | Employee #31 - Timecards | 10/18/09 - 02/27/10 | MOR-ROA 000995-000997 |
| | Employee #14 - Timecards | 11/01/09 - 05/25/10 | MOR-ROA 000998-001001 |
| | Employee #65 - Timecards | 03/01/09 - 01/03/10 | MOR-ROA 001002-001007 |
| | Employee #58 - Timecards | 08/09/09 - 11/14/09 | MOR-ROA 001008-001009 |
| | Employee #4 - Timecards (1 of 2) | 03/01/09 - 03/13/11 | MOR-ROA 001010-001015 |
| (MEDIATION) MOR-ROA 001016-1044 | Employee #4 - Timecards (2 of 2) | 03/01/09 - 03/13/11 | MOR-ROA 001016-001023 |
| | Employee #48 - Timecards | 03/01/09 - 03/23/11 | MOR-ROA 001024-001036 |

KIEFER and ROACH CLASS ACTIONS
INDEX OF DOCUMENTS

| | | | |
|---|---|---|---|
| | Employee #25 - Timecards | 11/07/10 - 03/23/11 | MOR-ROA 001037-MOR-ROA 001040 |
| | Employee #43 - Timecards | 02/13/11 - 03/06/11 | MOR-ROA 001041 |
| | Employee #53 - Timecards (1 of 2) | 03/01/09 - 08/15/10 | MOR-ROA 001042-MOR-ROA 001044 |
| (MEDIATION) MOR-ROA 001045-1071 | Employee #53 - Timecards (2 of 2) | 03/01/09 - 08/15/10 | MOR-ROA 001045-MOR-ROA 001051 |
| | Employee #39 - Timecards | 03/01/09 - 10/04/10 | MOR-ROA 001052-MOR-ROA 001062 |
| | Employee #21 - Timecards (1 of 2) | 03/01/09 - 03/23/11 | MOR-ROA 001063-MOR-ROA 001071 |
| (MEDIATION) MOR-ROA 001072-1104 | Employee #21 - Timecards (2 of 2) | 03/01/09 - 03/23/11 | MOR-ROA 001072-MOR-ROA 001077 |
| | Employee #55 - Timecards | 03/01/09 - 01/12/10 | MOR-ROA 001078-MOR-ROA 001083 |
| | Employee #17 - Timecards | 02/27/11 - 03/05/11 | MOR-ROA 001084 |
| | Employee #57 - Timecards | 03/01/09 - 03/23/11 | MOR-ROA 001085-MOR-ROA 001101 |
| | Employee #22 | 05/02/10 - 05/08/10 | MOR-ROA 001102 |
| | Employee #60 - Timecards (1 of 2) | 06/07/09 - 03/23/11 | MOR-ROA 001103-MOR-ROA 001104 |
| (MEDIATION) MOR-ROA 001105-1144 | Employee #60 - Timecards (2 of 2) | 06/07/09 - 03/23/11 | MOR-ROA 001105-MOR-ROA 001114 |
| | Employee #3 - Timecards | 03/01/09 - 03/28/09 | MOR-ROA 001115 |
| | Employee #33 - Timecards | 03/01/09 - 01/09/11 | MOR-ROA 001116-MOR-ROA 001128 |
| | Employee #61 - Timecards | 03/01/09 - 03/23/11 | MOR-ROA 001129-MOR-ROA 001142 |
| | Timecards (1 of 2) | 10/10/10 - 03/23/11 | MOR-ROA 001143-MOR-ROA 001144 |
| (MEDIATION) MOR-ROA 001145-1188 | Timecards (2 of 2) | 10/10/10 - 03/23/11 | MOR-ROA 001145 |
| | Employee #20 - Timecards | 03/01/09 - 08/17/09 | MOR-ROA 001146-MOR-ROA 001149 |
| | Employee #23 - Timecards | 03/01/09 - 03/23/11 | MOR-ROA 001150-MOR-ROA 001163 |
| | Employee #37 - Timecards | 03/01/09 - 10/31/09 | MOR-ROA 001164-MOR-ROA 001168 |
| | Employee #41 - Timecards | 03/01/09 - 11/01/09 | MOR-ROA 001169-MOR-ROA 001173 |
| | Employee #12 - Timecards | 03/01/09 - 08/14/10 | MOR-ROA 001174-MOR-ROA 001183 |

KIEFER and ROACH CLASS ACTIONS
INDEX OF DOCUMENTS

| | | | |
|---|---|---|---|
| | Employee #36 - Timecards | 03/01/09 - 08/17/09 | MOR-ROA 001184-MOR-ROA 001187 |
| | Employee #62 - Timecards (1 of 2) | 03/01/09 - 03/23/11 | MOR-ROA 001188 |
| (MEDIATION) MOR-ROA 001189-1206 | Employee #62 - Timecards (2 of 2) | 03/01/09 - 03/23/11 | MOR-ROA 001189-MOR-ROA 001201 |
| | Employee #54 - Timecards | 03/01/09 - 11/22/09 | MOR-ROA 001202-MOR-ROA 001206 |
| (MEDIATION) MOR-ROA 001206 | Employee #9 - Earnings Statement | 03/14/09 - 06/20/09 | MOR-ROA 001206 |
| (MEDIATION) MOR-ROA 001207 | Employee #1 - Earnings Statement | 08/29/2009 – 09/19/2009 | MOR-ROA 001207 |
| (MEDIATION) MOR-ROA 001208 | Employee #2 - Earnings Statement | 11/13/10 - 12/25/10; 01/01/11 - 04/30/11 | MOR-ROA 001208 |
| (MEDIATION) MOR-ROA 001209 | Employee #66 - Earnings Statement | 03/14/09 - 03/19/11 | MOR-ROA 001209 |
| (MEDIATION) MOR-ROA 001210 | Employee #4 - Earnings Statement | 10/24/09 - 2/27/10 | MOR-ROA 001210 |
| (MEDIATION) MOR-ROA 001211 | Employee #6 - Earnings Statement | 3/27/10 - 3/19/11 | MOR-ROA 001211 |
| (MEDIATION) MOR-ROA 001212 | Employee #7 - Earnings Statement | 11/21/09 - 2/27/10 | MOR-ROA 001212 |
| (MEDIATION) MOR-ROA 001213 | Employee #70 - Earnings Statement | 3/6/10 - 2/26/11 | MOR-ROA 001213 |
| (MEDIATION) MOR-ROA 001214 | Employee #8 - Earnings Statement | 3/6/10 - 2/26/11 | MOR-ROA 001214 |
| (MEDIATION) MOR-ROA 001215 | Employee #10 - Earnings Statement | 3/14/09 - 3/19/11 | MOR-ROA 001215 |
| (MEDIATION) MOR-ROA 001216 | Employee #12 - Earnings Statement | 3/14/09 - 2/27/10 | MOR-ROA 001216 |
| (MEDIATION) MOR-ROA 001217 | Employee #15 - Earnings Statement | 11/7/09 - 2/26/11 | MOR-ROA 001217 |
| (MEDIATION) MOR-ROA 001218 | Employee #14 - Earnings Statement | 9/12/09 - 2/27/10 | MOR-ROA 001218 |
| (MEDIATION) MOR-ROA 001219 | Employee #16 - Earnings Statement | 1/29/11 - 2/26/11 | MOR-ROA 001219 |
| (MEDIATION) MOR-ROA 001220 | Employee #17 - Earnings Statement | 1/1/11 - 2/26/11 | MOR-ROA 001220 |
| (MEDIATION) MOR-ROA 001221 | Employee #13 - Earnings Statement | 4/24/10 - 12/4/10 | MOR-ROA 001221 |
| (MEDIATION) MOR-ROA 001222 | Employee #18 - Earnings Statement | 12/4/10 - 2/26/11 | MOR-ROA 001222 |
| (MEDIATION) MOR-ROA 001223 | Employee #19 - Earnings Statement | 12/18/10 - 12/25/10 | MOR-ROA 001223 |
| (MEDIATION) MOR-ROA 001224 | Employee #21 - Earnings Statement | 3/14/09 - 3/19/11 | MOR-ROA 001224 |
| (MEDIATION) MOR-ROA 001225 | Edward Roach - Earnings Statement | 10/22/10 - 3/25/11 | MOR-ROA 001225 |
| (MEDIATION) MOR-ROA 001226 | Employee #23 - Earnings Statement | 3/13/10 - 7/10/10 | MOR-ROA 001226 |
| (MEDIATION) MOR-ROA 001227 | Employee #23 - Earnings Statement | 10/10/09 - 3/19/11 | MOR-ROA 001227 |
| (MEDIATION) MOR-ROA 001228 | Employee #25 - Earnings Statement | 11/13/10 - 3/19/11 | MOR-ROA 001228 |
| (MEDIATION) MOR-ROA 001229 | Employee #26 - Earnings Statement | 11/13/2010 | MOR-ROA 001229 |
| (MEDIATION) MOR-ROA 001230 | Employee #27 - Earnings Statement | 2/19/11 - 2/26/11 | MOR-ROA 001230 |
| (MEDIATION) MOR-ROA 001231 | Employee #28 - Earnings Statement | 2/26/2011 | MOR-ROA 001231 |
| (MEDIATION) MOR-ROA 001232 | Employee #30 - Earnings Statement | 5/30/09 - 2/27/10 | MOR-ROA 001232 |
| (MEDIATION) MOR-ROA 001233 | Employee #31 - Earnings Statement | 8/29/09 - 2/27/10 | MOR-ROA 001233 |
| (MEDIATION) MOR-ROA 001234 | Employee #32 - Earnings Statement | 8/29/09 - 3/19/11 | MOR-ROA 001234 |
| (MEDIATION) MOR-ROA 001235 | Employee #33 - Earnings Statement | 3/14/09 - 1/22/11 | MOR-ROA 001235 |
| (MEDIATION) MOR-ROA 001236 | Employee #35 - Earnings Statement | 1/2/10 - 12/25/10 | MOR-ROA 001236 |
| (MEDIATION) MOR-ROA 001237 | Employee #39 - Earnings Statement | 3/14/09 - 2/27/10 | MOR-ROA 001237 |
| (MEDIATION) MOR-ROA 001238 | Employee #38 - Earnings Statement | 3/14/09 - 2/27/10 | MOR-ROA 001238 |

**KIEFER and ROACH CLASS ACTIONS**
**INDEX OF DOCUMENTS**

| Bates | Description | | Date Range | Bates |
|---|---|---|---|---|
| (MEDIATION) MOR-ROA 001239 | Employee #40 - Earnings Statement | | 3/14/09 - 2/26/10 | MOR-ROA 001239 |
| (MEDIATION) MOR-ROA 001240 | Employee #42 - Earnings Statement | | 12/4/10 - 1/22/11 | MOR-ROA 001240 |
| (MEDIATION) MOR-ROA 001241 | Employee #43 - Earnings Statement | | 12/4/10 - 2/26/11 | MOR-ROA 001241 |
| (MEDIATION) MOR-ROA 001242 | Employee #44 - Earnings Statement | | 3/14/09 - 3/19/11 | MOR-ROA 001242 |
| (MEDIATION) MOR-ROA 001243 | Employee #45 - Earnings Statement | | 1/1/11 - 2/26/11 | MOR-ROA 001243 |
| (MEDIATION) MOR-ROA 001244 | Employee #46 - Earnings Statement | | 3/14/09 - 2/27/10 | MOR-ROA 001244 |
| (MEDIATION) MOR-ROA 001245 | Employee #47 - Earnings Statement | | 1/2/10 - 3/19/11 | MOR-ROA 001245 |
| (MEDIATION) MOR-ROA 001246 | Employee #49 - Earnings Statement | | 7/17/10 - 12/25/10 | MOR-ROA 001246 |
| (MEDIATION) MOR-ROA 001247 | Employee #48 - Earnings Statement | | 3/14/11 - 3/19/11 | MOR-ROA 001247 |
| (MEDIATION) MOR-ROA 001248 | Employee #50 - Earnings Statement | | 3/14/09 - 3/19/11 | MOR-ROA 001248 |
| (MEDIATION) MOR-ROA 001249 | Employee #51 - Earnings Statement | | 7/17/10 - 12/25/10 | MOR-ROA 001249 |
| (MEDIATION) MOR-ROA 001250 | Employee #52 - Earnings Statement | | 9/12/09 - 2/27/10 | MOR-ROA 001250 |
| (MEDIATION) MOR-ROA 001251 | Employee #53 - Earnings Statement | | 3/14/09 - 12/26/09 | MOR-ROA 001251 |
| (MEDIATION) MOR-ROA 001252 | Employee #55 - Earnings Statement | | 3/14/09 - 1/16/10 | MOR-ROA 001252 |
| (MEDIATION) MOR-ROA 001253 | Employee #56 - Earnings Statement | | 1/29/11 - 2/26/11 | MOR-ROA 001253 |
| (MEDIATION) MOR-ROA 001254 | Employee #57 - Earnings Statement | | 3/14/09 - 3/19/11 | MOR-ROA 001254 |
| (MEDIATION) MOR-ROA 001255 | Employee #58 - Earnings Statement | | 6/13/09 - 12/26/09 | MOR-ROA 001255 |
| (MEDIATION) MOR-ROA 001256 | Employee #59 - Earnings Statement | | 1/29/11 - 2/26/11 | MOR-ROA 001256 |
| (MEDIATION) MOR-ROA 001257 | Employee #60 - Earnings Statement | | 6/13/09 - 3/19/11 | MOR-ROA 001257 |
| (MEDIATION) MOR-ROA 001258 | Employee #61 - Earnings Statement | | 3/14/09 - 3/19/11 | MOR-ROA 001258 |
| (MEDIATION) MOR-ROA 001259 | Employee #62 - Earnings Statement | | 3/14/09 - 3/5/11 | MOR-ROA 001259 |
| (MEDIATION) MOR-ROA 001260 | Employee #63 - Earnings Statement | | 7/17/10 - 12/25/10 | MOR-ROA 001260 |
| (MEDIATION) MOR-ROA 001261 | Employee #64 - Earnings Statement | | 5/8/10 - 5/29/10 | MOR-ROA 001261 |
| (MEDIATION) MOR-ROA 001262 | Employee #65 - Earnings Statement | | 3/14/09 - 12/19/09 | MOR-ROA 001262 |
| (MEDIATION) MOR-ROA 001367 | Employee #6 - Earnings Statement | | 1/1/11 - 6/25/11 | MOR-ROA 001367 |
| (MEDIATION) MOR-ROA 001368 | Employee #50 - Earnings Statement | | 1/1/11 - 8/6/11 | MOR-ROA 001368 |
| (MEDIATION) MOR-ROA 001369 | Employee #47 - Earnings Statement | | 1/1/11 - 8/6/11 | MOR-ROA 001369 |
| (MEDIATION) MOR-ROA 001370 | Employee #27 - Earnings Statement | | 2/19/11 - 8/6/11 | MOR-ROA 001370 |
| (MEDIATION) MOR-ROA 001371 | Employee #56 - Earnings Statement | | 1/29/11 - 8/6/11 | MOR-ROA 001371 |
| (MEDIATION) MOR-ROA 001372 | Employee #32 - Earnings Statement | | 1/1/11 - 8/6/11 | MOR-ROA 001372 |
| (MEDIATION) MOR-ROA 001373 | Employee #10 - Earnings Statement | | 1/1/11 - 7/9/11 | MOR-ROA 001373 |
| (MEDIATION) MOR-ROA 001374 | Employee #45 - Earnings Statement | | 1/1/11 - 7/9/11 | MOR-ROA 001374 |
| (MEDIATION) MOR-ROA 001375 | Employee #59 - Earnings Statement | | 1/29/11 - 8/6/11 | MOR-ROA 001375 |
| (MEDIATION) MOR-ROA 001376 | Employee #66 - Earnings Statement | | 1/1/11 - 3/26/11 | MOR-ROA 001376 |
| (MEDIATION) MOR-ROA 001377 | Employee #4 - Earnings Statement | | 1/1/11 - 5/21/11 | MOR-ROA 001377 |
| (MEDIATION) MOR-ROA 001378 | Employee #48 - Earnings Statement | | 1/1/11 - 8/6/11 | MOR-ROA 001378 |
| (MEDIATION) MOR-ROA 001379 | Employee #25 - Earnings Statement | | 1/1/11 - 7/9/11 | MOR-ROA 001379 |
| (MEDIATION) MOR-ROA 001380 | Employee #16 - Earnings Statement | | 1/29/11 - 8/6/11 | MOR-ROA 001380 |
| (MEDIATION) MOR-ROA 001381 | Employee #21 - Earnings Statement | | 1/1/11 - 8/6/11 | MOR-ROA 001381 |
| (MEDIATION) MOR-ROA 001382 | Employee #17 - Earnings Statement | | 1/1/11 - 4/23/11 | MOR-ROA 001382 |

**KIEFER and ROACH CLASS ACTIONS**
**INDEX OF DOCUMENTS**

| | | | |
|---|---|---|---|
| (MEDIATION) MOR-ROA 001383 | Employee #57 - Earnings Statement | 1/1/11 - 8/6/11 | MOR-ROA 001383 |
| (MEDIATION) MOR-ROA 001384 | Employee #60 - Earnings Statement | 1/1/11 - 5/7/11 | MOR-ROA 001384 |
| (MEDIATION) MOR-ROA 001385 | Employee #44 - Earnings Statement | 1/1/11 - 8/6/11 | MOR-ROA 001385 |
| (MEDIATION) MOR-ROA 001386 | Employee #61 - Earnings Statement | 1/1/11 - 8/6/11 | MOR-ROA 001386 |
| (MEDIATION) MOR-ROA 001387 | Edward Roach - Earnings Statement | 1/1/11 - 8/6/11 | MOR-ROA 001387 |
| (MEDIATION) MOR-ROA 001388 | Employee #23 - Earnings Statement | 1/1/11 - 8/6/11 | MOR-ROA 001388 |
| (MEDIATION) MOR-ROA 001389 | Employee #8 - Earnings Statement | 2/26/11 - 8/6/11 | MOR-ROA 001389 |
| (MEDIATION) MOR-ROA 001390 | Employee #62 - Earnings Statement | 1/1/11 - 7/16/11 | MOR-ROA 001390 |
| (MEDIATION) MOR-ROA 001391 | Employee #28 - Earnings Statement | 2/26/11 - 8/6/11 | MOR-ROA 001391 |
| (MEDIATION) MOR-ROA 001263 to MOR-ROA 001366 | Employee #6 - Timecards | 03/20/11 - 07/3/11; 06/26/11 - 07/09/11 | MOR-ROA 001263-MOR-ROA 001266 |
| | Employee #50 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001267-MOR-ROA 001272 |
| | Employee #47 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001273-MOR-ROA 001278 |
| | Employee #27 - Timecards | 03/20/11 - 04/09/11 | MOR-ROA 001279 |
| | Employee #56 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001280-MOR-ROA 001285 |
| | Employee #32 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001286-MOR-ROA 001291 |
| | Employee #10 - Timecards | 03/20/11 - 06/04/11 | MOR-ROA 001292-MOR-ROA 001293 |
| | Employee #59 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001294-MOR-ROA 001299 |
| | Employee #66 - Timecards | 03/13/11 - 03/31/11 | MOR-ROA 001300 |
| | Employee #4 - Timecards | 03/20/11 - 05/21/11 | MOR-ROA 001301-MOR-ROA 001302 |
| | Employee #48 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001303-MOR-ROA 001307 |
| | Employee #25 - Timecards | 03/20/11 - 04/09/11 | MOR-ROA 001308 |
| | Employee #21 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001309-MOR-ROA 001314 |
| | Employee #17 - Timecards | 03/20/11 - 05/02/11 | MOR-ROA 001315-MOR-ROA 001316 |
| | Employee #57 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001317-MOR-ROA 001322 |
| | Employee #60 - Timecards | 03/20/11 - 05/07/11 | MOR-ROA 001323-MOR-ROA 001324 |
| | Employee #44 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001325-MOR-ROA 001330 |

KIEFER and ROACH CLASS ACTIONS
INDEX OF DOCUMENTS

| | | | |
|---|---|---|---|
| | Employee #61 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001331-MOR-ROA 001336 |
| | Edward R Roach - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001337-MOR-ROA 001342 |
| | Employee #23 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001343-MOR-ROA 001348 |
| | Employee #70 - Timecards | 03/20/11 - 06/26/11 | MOR-ROA 001349-MOR-ROA 001351 |
| | Employee #8 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001352-MOR-ROA 001357 |
| | Employee #62 - Timecards | 03/20/11 - 06/15/11 | MOR-ROA 001358-MOR-ROA 001360 |
| | Employee #28 - Timecards | 03/20/11 - 06/25/11; 06/26/11 - 08/06/11 | MOR-ROA 001361-MOR-ROA 001366 |
| (MEDIATION) MOR-ROA 001392 to MOR-ROA 001403 | Employee #45 - Timecards | 03/20/11 - 06/25/11 | MOR-ROA 001392-MOR-ROA 001395 |
| | Timecards | 06/26/11 - 08/06/11 | MOR-ROA 001396-MOR-ROA 001397 |
| | NE Division Trainee Hours for Employees #45, #16, #59, #56, #70, #28, #8, #27 | 3/19/2011 | MOR-ROA 001398 |
| | NE Division Trainee Hours for Employees #45, #16, #59, #56, #70, #28, #8, #27 | 3/26/2011 | MOR-ROA 001399 |

KIEFER and ROACH CLASS ACTIONS
INDEX OF DOCUMENTS

| | | |
|---|---|---|
| NE Division Trainee Hours for Employees #16, #59, #56, #70, #28, #8, #27 | 4/2/2011 | MOR-ROA 001400 |
| NE Division Trainee Hours for Employees #70, #28, #8, #27 | 4/9/2011 | MOR-ROA 001401 |
| NE Division Trainee Hours for Employees #70, #28, #8 | 4/16/2011 | MOR-ROA 001402 |
| NE Division Trainee Hours for Employees #70, #28, #8 | 4/23/2011 | MOR-ROA 001403 |
| Personnel File | (PERSONNEL FILES) MOR-ROA 001418 TO MOR-ROA 001635 | MOR-ROA 001418-MOR-ROA 001635 |