UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>     v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>                      Defendant. | ECF NO.:<br><br>3:12-CV-00756 (JCH)<br><br>December 17, 2012 |

**PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA**

For the reasons set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA ("Motion for Conditional Certification"), and in the Declaration of Justin M. Swartz and the exhibits attached thereto, Plaintiff respectfully requests that the Court:

1) conditionally certify this case as a collective action;

2) order Defendant Moran Foods Inc. d/b/a Save A Lot Ltd. ("SAL") to produce a computer-readable data file containing all Potential Opt-In Plaintiffs' names, last-known mailing addresses, last-known telephone numbers, email addresses, work locations, and dates of employment;

3) authorize the issuance of Plaintiff's proposed notice to all Potential Opt-In Plaintiffs;

4) order SAL to produce Social Security Numbers for collective members whose notices are returned to sender;

5) allow Plaintiff to send notice to class members by email;

6) require SAL to post the notice in all SAL stores;

7) set the notice period at 90 days; and

8) authorize Plaintiffs to mail a reminder postcard to all class members who have not yet opted-in to this matter within 45 days of the first notice mailing.

Dated:       New York, New York
             December 17, 2012

/s/ *Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz (*pro hac vice*)
Cyrus E. Dugger (*pro hac vice*)
Elizabeth Wagoner (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber
Erick I. Díaz Vázquez
221 Main Street, Suite 502
Hartford, CT  06106
Telephone:  (203) 522-8888
Facsimile:  (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

*Attorneys for Plaintiffs, the Collective, and Class*

2

**CERTIFICATION OF SERVICE**

I hereby certify that on December 17, 2012, a copy of **Plaintiffs' Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                             */s/ Justin M. Swartz*
                                             Justin M. Swartz