UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>       Defendant. | ECF NO.:<br><br>3:12-CV-00756 (JCH)<br><br>December 19, 2012 |

## CONSENT MOTION FOR ADJOURNMENT OF DISCOVERY CONFERENCE

  Plaintiff Robert Kiefer, by and through his undersigned counsel, hereby moves for an adjournment of the discovery conference currently scheduled for December 27, 2012.  Plaintiff requests this adjournment because Plaintiff's lead counsel, Justin M. Swartz, will be on a family vacation from December 24, 2012 through January 1, 2013.  Defendant Moran Foods, Inc. ("Defendant") does not oppose Plaintiff's request for an adjournment.

  Plaintiff respectfully requests that the Court reschedule the discovery conference for January 11, 2013, if this date is convenient for the Court.  Defendant has advised Plaintiff that its lead counsel, Eve Klein, will be out of the country from January 2, 2013 to January 9, 2013.  It has also advised us that its local counsel, John Wolfson, will be away from January 13, 2013 to January 31, 2013.  Plaintiff's lead counsel, Defendant's lead counsel, and Defendant's local counsel are all available on January 11, 2013.

  If January 11, 2013 is not convenient for the Court, Plaintiff's position and Defendant's position differ as follows:

  Defendant has advised Plaintiff that it would prefer that the conference not be held until early February 2013, when Defendant's lead counsel and local counsel are available.  Plaintiff

would prefer that the conference be held during the week of January 14, 2013 when all parties' lead counsel are available.  Plaintiff believes that early February 2013 would be too long to wait for a discovery conference given the existing deadlines, including Plaintiff's January 30, 2013 deadline for a damages analysis, *see* ECF No. 49 at 1, the February 15, 2013 deadline for Plaintiff's class certification motion under Federal Rule of Civil Procedure 23, *see* ECF No. 111, and the close of discovery on March 22, 2013, *see* ECF No. 49 at 1.

This is the first request for an adjournment of this conference.

Dated: December 19, 2012
New York, New York

Respectfully submitted,

**OUTTEN & GOLDEN LLP**

/s/ *Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz (*pro hac vice*)
Cyrus E. Dugger (*pro hac vice*)
Elizabeth Wagoner (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber
Erick I. Díaz Vázquez
221 Main Street, Suite 502
Hartford, CT  06106
Telephone:  (203) 522-8888
Facsimile:  (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

*Attorneys for Plaintiffs, the Collective, and Class*

2

**CERTIFICATION OF SERVICE**

I hereby certify that on December 19, 2012, a copy of Plaintiffs' **Consent Motion for Adjournment of Discovery Conference** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                                    */s/ Justin M. Swartz*