UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


KIEFER

v

MORAN FOODS, INC.

12-cv-756-WGY


<u>ORDER</u>


YOUNG, D. J.

### **Basic Procedures and Modification to Local Rules**

This action has been assigned to Judge Young for all further proceedings.  To clarify and expedite the determination of issues which may arise, the following procedures are established.

**1.**  Except as otherwise set out in this Order or by sub-sequent order, the District of Connecticut Local Rules ("L.R.") apply to all further proceedings in this action.

**2.**  Documents shall be filed as follows:

(a)  The original <u>only</u> of all documents to be filed with the clerk of court in the District of Connecticut, as usual.

(b)  A legible, complete copy of all documents presented to the clerk of court in the District of Connecticut for filing shall be mailed, by priority mail or other expedited delivery, to:

Jennifer Gaudet, Deputy Clerk
United States District Court
Clerk's Office, Suite 2300
1 Courthouse Way
Boston, MA      02210

concurrent with the filing of the original with

the clerk of court.

(c)   The copy of the documents sent directly to

Massachusetts shall incorporate or be accompanied

by the proof of service on counsel and this

session.  Counsel shall incorporate into their

certificate or affidavit of service a

certification or affirmation that:

**A complete, duplicate copy of this
document has been forwarded directly
to Judge Young in Boston, MA.**

The foregoing should be understood to require that papers

submitted to the clerk of court under seal should also be mailed

to this session, either in a separate sealed envelope or stamped

"filed under seal."

**3.**   The following procedures govern oral argument on any

dispositive motions filed hereafter:

(1)  Dispositive Motions:

For motions filed pursuant to Rule 12(b) or Rule 56

of the Federal Rules of Civil Procedure, any party desiring oral

argument shall file a request for hearing with the motion, or

2

with an opposition to the motion.  If a request is filed with the motion, any party filing an opposition is entitled to rely on that request and need not file an additional request.  If a request is made for oral argument on a dispositive motion, the court will schedule oral argument.  If no request is made, the court will not schedule oral argument.

Notwithstanding the preceding, if a party has already requested oral argument pursuant to the Local Rules in a pending case that is re-assigned to Judge Young, no further action shall be necessary to preserve that party's right to oral argument.

Unless otherwise ordered, when oral argument is granted it will be conducted electronically.  The court will hear argument on the record in one of the courtrooms in Boston, Massachusetts.

Nothing in this paragraph extends the time for filing dispositive motions if that time has already expired pursuant to prior order of the court.

(2)  Unless otherwise ordered, status conferences will be conducted telephonically.  It will be the responsibility of the party requesting the status conference to arrange and pay for all necessary long-distance and conference telephone charges.

In cases where an incarcerated individual is a plaintiff, it will be the responsibility of the defendant(s) to arrange and pay for all necessary long-distance and conference telephone charges and to make appropriate requests to the institution where

plaintiff is incarcerated so that he may participate.

To make arrangement for a telephonic status conference, counsel shall contact Judge Young's Courtroom Deputy Clerk Jennifer Gaudet at (617) 748-9156.

(3) Any motion for reconsideration must be filed not more than ten days after the filing of the order whose reconsideration is sought, and shall not exceed five pages in length.

**4.** Key personnel data

In any assignment of this sort, myriad questions of practice and procedure arise. The Court authorizes the Courtroom Deputy Clerk to answer those questions. She is:

```
Jennifer Gaudet
Courtroom Deputy Clerk
Clerk's Office, Ste. 2300
1 Courthouse Way
Boston, MA 02210
(617) 748-9156
```

The Court also maintains, through the Court Reporter in this session, a searchable electronic data base of all its proceedings, i.e. motion hearings and trials from empanelment through charge and verdict. Mr. Womack may be contacted at:

womack@megatran.com

4

DATED at Boston, Massachusetts, this 25th day of January, 2013 .


 /s/ William G. Young
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE