UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated, | ECF NO.: |
| Plaintiff, | 3:12-CV-00756 (WGY) |
| v. | January 28, 2013 |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF
TIME TO FILE JOINT STATUS REPORT**

Plaintiff, through his undersigned counsel, hereby moves, pursuant to Local Rule 7(b), for an extension of time to file a Joint Status Report. The parties' previous report was due on October 29, 2012, but they filed it on November 5, 2012 due to power outages and travel disruptions caused by Hurricane Sandy. *See* ECF No. 97. The second Joint Status Report is therefore due today, January 28, 2013, based on the original deadline for the first Joint Status Report, or February 3, 2013, based on the date the first Joint Status Report was filed. *See* ECF No. 49.

After conferring about their respective drafts of the Joint Status Report, the parties have determined that their efforts to reach agreement on several topics would be assisted by an extension of two days. This is Plaintiff's first request for an extension of this deadline. Defendant consents to this Motion.

Dated:   New York, New York
         January 28, 2013

                                            /s/ *Justin M. Swartz*
                                            **OUTTEN & GOLDEN LLP**
                                            Justin M. Swartz (*pro hac vice*)

1

Cyrus E. Dugger (*pro hac vice*)
Elizabeth Wagoner (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber
Erick I. Díaz Vázquez
221 Main Street, Suite 502
Hartford, CT  06106
Telephone:  (203) 522-8888
Facsimile:  (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

*Attorneys for Plaintiffs, the Collective, and Class*

## CERTIFICATION OF SERVICE

I hereby certify that on January 28, 2013, a copy of **Plaintiff's Motion for an Extension of Time to File Joint Status Report** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

                                                     */s/ Justin M. Swartz*
                                                     Justin M. Swartz