UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

ROBERT G. KIEFER, individually and on  	CIVIL ACTION NO.
Behalf of all others similarly situated,	3:12-CV-00756-JCH

      Plaintiff,

      -v-	**CERTIFICATE OF SERVICE**

MORAN FOODS, INC., d/b/a
SAVE A LOT LTD.;

      Defendant.
_____

      I hereby certify that on this **28th** day of **January, 2013**, the Declaration of Evangelos Michailidis was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

      /s/ Evangelos Michailidis
      Evangelos Michailidis, Esquire
      DUANE MORRIS LLP
      1540 Broadway
      New York, New York 10036
      Telephone (212) 471-187
      Facsimile (212) 202-0650
      E-mail: emichailidis@duanemorris.com