UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on Behalf of all others similarly situated, | : | CIVIL ACTION NO. 3:12-CV-00756-JCH |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; | : | |
| | : | |
| Defendant. | : | January 29, 2013 |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Your Honor's Individual Rules, Defendant Moran Foods, LLC, f/k/a Moran Foods, Inc., d/b/a Save-A-Lot Ltd. ("Defendant"), requests oral argument on Plaintiff's Motion for Conditional Certification of a Collective Class Action (December 17, 2012, Dkt. # 113) and Defendant's Cross-Motion for Summary Judgment (January 28, 2013, Dkt. # 138).

Additionally, Defendant requests oral argument on its Motion to Dismiss or Stay (August 14, 2012, Dkt.# 62), which is *sub judice*. Defendant did not make this request sooner as Justice Hall's rules provide that she would "hear oral argument on dispositive motions if she has questions for counsel."

Dated: New York, New York
January 29, 2013

**DUANE MORRIS LLP**

By: ___/s/ *Eve I. Klein*___

Eve I. Klein, Esq. (EK 6747)
Evangelos Michailidis, Esq. (EM 3383)
1540 Broadway
New York, NY 10036
Tel. (212) 692-1000
Fax. (212) 214-0650

                    **FEINER WOLFSON LLC**
John M. Wolfson
Benjamin M. Wattenmaker
One Constitution Plaza, Ste. 900
Hartford, CT 06103
Juris No. 415049
Tel: (860) 713-8900
Fax: (860) 713-8905

*Attorneys for Defendant*

To:   All Counsel (via ECF)

## CERTIFICATION

I hereby certify that on this **29th** day of **January, 2013**, a copy of this Notice for Oral Argument was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.  A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

/s/  *Evangelos Michailidis*
Evangelos Michailidis, Esquire
