UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x

ROBERT G. KIEFER, individually and on : CIVIL ACTION NO.
Behalf of all others similarly situated, : 3:12-CV-00756-JCH
      Plaintiff, :
:
v. :
:
MORAN FOODS, INC., d/b/a :
SAVE A LOT LTD.; :
      Defendant. : January 28, 2013

------------------------------------------------------------x

## CERTIFICATION

I hereby certify that on this **28th** day of **January, 2013**, a copy of Defendants' Cross Motion for Summary Judgment, Defendant's Statement of Material Facts Not In Dispute, Declaration of Evangelos Michailidis along with exhibits in Support of Cross Motion, and Compendium of Unreported Authority and Memorandum in Support of Cross Motion were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing and a complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, M.A.

                                                /s/ *Evangelos Michailidis*
                                                Evangelos Michailidis, Esquire