UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.,<br><br>                Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY)<br><br><br>February 8, 2013 |

**PLAINTIFF'S REPLY IN FURTHER SUPPORT OF PLAINTIFF'S
MOTION FOR EXTENSION OF
TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND TO
MOVE FOR FED. R. CIV. P. 23 CLASS CERTIFICATION**

Plaintiff files this reply only in order to address what is actually at issue in this motion – two extension requests.

First, Defendant does not oppose Plaintiff's request to extend the date by which he must move for class certification under Fed. R. Civ. P. 23 from February 15, 2013 until two weeks after Defendant produces information that is the subject of Plaintiff's fully briefed motion to compel discovery, ECF No. 103, or the Court denies the motion. Plaintiff respectfully requests that the Court grant this request.[1]

As for Plaintiff's request for additional time to oppose Defendant's summary judgment motion, as Plaintiff explained in his moving papers, his counsel needs the extra time in order to digest and respond to Defendant's unexpected and voluminous submission. The extraordinary

---

[1] Although Plaintiff disagrees with much of what Defendant says in its response papers, including Defendant's unfortunate attacks, Plaintiff declines to respond herein because he states his position on much of it in other papers he has already filed. In addition, Plaintiff's reply brief in support of his motion for collective action certification and his forthcoming motion to amend the complaint will also address many of the issues Defendant raises.

1

press of other work during the next few weeks, as detailed in Plaintiff's moving papers, makes this extension necessary. Plaintiff has never denied Defendant the professional courtesy of agreeing to an extension in this case, including a three-week extension to respond to Plaintiff's conditional certification motion, which Defendant used to draft and file the summary judgment motion at issue here. Plaintiff respectfully requests that the Court grant his counsel the same accommodation, extending the time to respond from February 18, 2013 until March 11, 2013.

Finally, Plaintiff does not oppose an in-person conference with the Court. He simply told Defendant that he does not believe that one is necessary. All issues are, have been, or will soon be thoroughly briefed.

We thank the Court for its attention to this matter.

Dated: New York, New York
February 8, 2013

/s/ Justin M. Swartz
**OUTTEN & GOLDEN LLP**
Justin M. Swartz (*pro hac vice*)
Cyrus E. Dugger (*pro hac vice*)
Elizabeth Wagoner (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber
Erick I. Díaz Vázquez
221 Main Street, Suite 502
Hartford, CT  06106
Telephone: (203) 522-8888
Facsimile: (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

***Attorneys for Plaintiffs, the Collective, and Class***

**CERTIFICATION OF SERVICE**

I hereby certify that on February 8, 2013, the above document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.  A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

       /s/ Justin M. Swartz
      Justin M. Swartz