UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>  Defendant. | ECF NO.:<br><br>3:12-CV-00756 (JCH)<br><br>February 11, 2013 |

**REPLY DECLARATION OF JUSTIN SWARTZ IN SUPPORT OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA**

I, Justin M. Swartz, pursuant to 29 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a partner at Outten & Golden LLP, which, together with the Hayber Law Firm, LLC, are Plaintiff's counsel herein. I am an attorney in good standing admitted to practice in the State of New York and *pro hac vice* before this Court.

2. I have been one of the attorneys responsible for the prosecution of this case. I make the statements in this Declaration based on my personal knowledge and would so testify if called as a witness at trial.

**Exhibits**

3. Attached are true and correct copies of the following documents:

   a. Attached as **Exhibit A** is a true and correct copy of an email I sent to Eve Klein, dated November 19, 2012, in which I asked Defendant whether it would agree to toll the statute of limitations for the nationwide collective

1

        action claims. On December 3, 2012, Defendant advised Plaintiff that it would not agree to do so.

    b.    Attached as **Exhibit B** is a true and correct copy of an email I sent to Eve Klein, dated February 8, 2013, in which I asked Defendant to consent to Plaintiff's motion to amend his complaint to add two additional named plaintiffs, both of whom have already joined the case as opt-in plaintiffs, and who now wish to represent the collective along with Plaintiff.

    c.    Attached as **Exhibit C** is a true and correct copy of the Court's November 10, 2010 Order in *Aros v. United Rentals, Inc.*, No. 10 Civ. 73, ECF No. 54 (D. Conn. Nov. 10, 2010).

    d.    Attached as **Exhibit D** is a true and correct copy of Plaintiff's Proposed Notice.

    e.    Attached as **Exhibit E** is a true and correct copy of the court's order dated Sept. 28, 2010 in *Ravenell v. Avis Budget Group, Inc.*, No. 08 Civ. 2113, ECF No. 86 (E.D.N.Y. Sept. 29, 2010).

    f.    Attached as **Exhibit F** is a true and correct copy of the court's order dated July 3, 2008 in *Stillman v. Staples, Inc.*, No. 07 Civ. 849, ECF No. 505 (D.N.J. July 3, 2008).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2013
       New York, New York

                              /s/ *Justin M. Swartz*
                              Justin M. Swartz
                              **OUTTEN & GOLDEN LLP**
                              3 Park Avenue, 29th Floor
                              New York, New York 10016
                              Telephone:  (212) 245-1000

Facsimile: (212) 977-4005
jswartz@outtengolden.com

## CERTIFICATION OF SERVICE

I hereby certify that on February 11, 2013, a copy of the **Reply Declaration of Justin M. Swartz in Support of Plaintiff's Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

                                                   */s/ Justin M. Swartz*
                                                   Justin M. Swartz