# Exhibit A

**Domanico, Jeffrey**

| | |
|---|---|
| **From:** | Swartz, Justin |
| **Sent:** | Monday, November 19, 2012 7:07 PM |
| **To:** | 'EIKlein@duanemorris.com'; Wagoner, Elizabeth; 'EMichailidis@duanemorris.com' |
| **Cc:** | 'jwolfson@feinerwolfson.com'; Rick Hayber; 'ediaz@hayberlawfirm.com'; Dugger, Cyrus |
| **Subject:** | Re: Kiefer- Proposed Conf Stip & Document Production |

Hi Eve -
We'll consider this. Is your client willing to toll the statute of limitations for the nationwide collective action claims?
Justin

Justin M. Swartz
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: (212)-245-1000
Fax: (646)-509-2057
www.outtengolden.com
jms@outtengolden.com

---

**From**: Klein, Eve I. <EIKlein@duanemorris.com>
**To**: Wagoner, Elizabeth; Michailidis, Evangelos <EMichailidis@duanemorris.com>; Swartz, Justin
**Cc**: John M. Wolfson <jwolfson@feinerwolfson.com>; Rick Hayber; ediaz@hayberlawfirm.com <ediaz@hayberlawfirm.com>; Dugger, Cyrus
**Sent**: Mon Nov 19 18:59:17 2012
**Subject**: RE: Kiefer- Proposed Conf Stip & Document Production

Hi Elizabeth:

We have raised the various issues we discussed on our calls with you and Justin with our client.  We will not have resolution to them this week.  We are shooting for the end of the following week to be able to get back to you.  In the meantime, as discussed, we have no objection to you requesting additional time on any potential motion to compel and may represent to the Court our consent in your motion.  Evan will resend those Kiefer records that are available in Excel format to you shortly.  If this is not the format you are referring to, then let us know.  Thanks.  Eve



**Eve I. Klein**
Partner

Duane Morris LLP         **P:** 212.692.1065
1540 Broadway            **F:** 212.202.7559
New York, NY 10036-4086
E-MAIL | BIO | VCARD

---

**From:** Wagoner, Elizabeth [mailto:ewagoner@outtengolden.com]
**Sent:** Monday, November 19, 2012 6:05 PM
**To:** Michailidis, Evangelos; Swartz, Justin

**Cc:** Klein, Eve I.; John M. Wolfson; Rick Hayber; ediaz@hayberlawfirm.com; Dugger, Cyrus
**Subject:** RE: Kiefer- Proposed Conf Stip & Document Production

Evan,

Please let us know when you anticipate getting back to us on the issues outlined in our November 13, 2012 letter, including the FLSA collective sampling proposal.  We will need to seek an extension of time to move to compel the discovery outlined in that letter by close of business tomorrow.

With respect to Defendant's document production last Friday, could you please produce Plaintiff Kiefer's payroll data any other electronically-stored information in the format we requested in our document requests and the ESI protocol I sent to you on October 15, 2012?

With respect to the ESI issues we discussed during the call last Thursday, there were several points that you said you'd follow up on by early next week, if not this week:
1. Who are the corporate-side ESI custodians Defendants have identified?
2. What is the volume of ESI to be reviewed  from the corporate-side custodians?
3. Will Defendants agree to our proposal to review the store-level emails from Kiefer and Roach's stores on an expedited basis to help the parties determine whether other store-level emails are likely to contain responsive information?

Thanks,

Elizabeth Wagoner
Outten & Golden LLP
Advocates for Workplace Fairness
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: (212) 245-1000 x4360
Fax: (646) 509-2087
www.outtengolden.com

---

**From:** Michailidis, Evangelos [mailto:EMichailidis@duanemorris.com]
**Sent:** Saturday, November 17, 2012 1:59 PM
**To:** Swartz, Justin
**Cc:** Klein, Eve I.; John M. Wolfson; Rick Hayber; ediaz@hayberlawfirm.com; Dugger, Cyrus; Wagoner, Elizabeth
**Subject:** Kiefer- Proposed Conf Stip & Document Production
**Importance:** High

Justin,

That works for us.

Attached are the Kiefer records we indicated that we would produce [SAL-KIEFER 00001-00140].  We designate this entire production as "Confidential – Produced Pursuant to Protective Order."

We are still considering your position regarding the other opt-ins.

Regards,
Evan



---

**From:** Swartz, Justin [mailto:JMS@outtengolden.com]
**Sent:** Thursday, November 15, 2012 2:12 PM
**To:** Michailidis, Evangelos
**Cc:** Klein, Eve I.; John M. Wolfson; Rick Hayber; ediaz@hayberlawfirm.com; Dugger, Cyrus; Wagoner, Elizabeth
**Subject:** RE: Kiefer- Proposed Conf Stip

Evan –
How about we just use Judge Hall's standing order, attached here?
Justin

Justin M. Swartz
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: (212)-245-1000
Fax: (646)-509-2057
www.outtengolden.com
jms@outtengolden.com

---

**From:** Michailidis, Evangelos [mailto:EMichailidis@duanemorris.com]
**Sent:** Wednesday, November 14, 2012 7:22 PM
**To:** Swartz, Justin; Wagoner, Elizabeth; Rick Hayber
**Cc:** Klein, Eve I.; John M. Wolfson
**Subject:** Kiefer- Proposed Conf Stip

Counsel:

Attached please find a draft confidentiality stipulation.  Please review and let us know if you have any proposed revisions.

Regards,

**Evan Michailidis**
Associate

Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
**P:** +1 212 471 1864
**F:** +1 212 214 0650
**C:** +1 516 317 4544

EMichailidis@duanemorris.com
www.duanemorris.com

3

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.