# Exhibit B

**Domanico, Jeffrey**

| | |
|---|---|
| **From:** | Swartz, Justin |
| **Sent:** | Friday, February 08, 2013 2:46 PM |
| **To:** | 'Klein, Eve I.' |
| **Cc:** | 'Michailidis, Evangelos'; 'jwolfson@feinerwolfson.com'; Rick Hayber; 'ediaz@hayberlawfirm.com'; Dugger, Cyrus; Wagoner, Elizabeth |
| **Subject:** | Kiefer v. Moran Foods - Motion to Amend |

Eve -
On Monday, we plan to move for leave to add two additional named plaintiffs, Everhart and Pagano, both of whom are currently opt-in plaintiffs. Given the lenient standard for motions to amend, we hope that Defendant will consent and avoid expensive motion practice. Please let us know Defendant's position by noon on Monday.
Thanks,
Justin

Justin M. Swartz
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: (212)-245-1000
Fax: (646)-509-2057
www.outtengolden.com
jms@outtengolden.com


-----Original Message-----
From: Swartz, Justin
Sent: Friday, February 08, 2013 12:07 PM
To: Klein, Eve I.; Wagoner, Elizabeth
Cc: Michailidis, Evangelos; Dugger, Cyrus; Rick Hayber; 'ediaz@hayberlawfirm.com'; 'jwolfson@feinerwolfson.com'
Subject: RE: Kiefer v. Moran Foods

Eve -
Plaintiff does not agree that an in-person status conference is necessary.
Justin

Justin M. Swartz
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: (212)-245-1000
Fax: (646)-509-2057
www.outtengolden.com
jms@outtengolden.com


-----Original Message-----
From: Klein, Eve I. [mailto:EIKlein@duanemorris.com]
Sent: Friday, February 08, 2013 12:03 PM

To: Swartz, Justin; Wagoner, Elizabeth
Cc: Michailidis, Evangelos; Dugger, Cyrus; Rick Hayber; 'ediaz@hayberlawfirm.com'; 'jwolfson@feinerwolfson.com'
Subject: RE: Kiefer v. Moran Foods

Hi Justin:  We are ready to file our motion.  Please advise me promptly if you consent to the same.  Our office is closing shortly due to weather issues.  Thanks.  Eve


Eve I. Klein
Partner

Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
P:212.692.1065
F:212.202.7559

EIKlein@duanemorris.com
www.duanemorris.com



-----Original Message-----
From: Swartz, Justin [mailto:JMS@outtengolden.com]
Sent: Thursday, February 07, 2013 7:07 PM
To: Klein, Eve I.; Wagoner, Elizabeth
Cc: Michailidis, Evangelos; Dugger, Cyrus; Rick Hayber; 'ediaz@hayberlawfirm.com'; 'jwolfson@feinerwolfson.com'
Subject: Re: Kiefer v. Moran Foods

OK, Eve.


Justin M. Swartz
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel:   (212)-245-1000
Fax:  (646)-509-2057
www.outtengolden.com
jms@outtengolden.com


----- Original Message -----
From: Klein, Eve I. <EIKlein@duanemorris.com>
To: Swartz, Justin; Wagoner, Elizabeth
Cc: Michailidis, Evangelos <EMichailidis@duanemorris.com>; Dugger, Cyrus; Rick Hayber; 'ediaz@hayberlawfirm.com' <ediaz@hayberlawfirm.com>; 'jwolfson@feinerwolfson.com' <jwolfson@feinerwolfson.com>
Sent: Thu Feb 07 18:49:24 2013
Subject: RE: Kiefer v. Moran Foods

Justin,

2

The point is that we do not want the Court to rule on your motion before hearing from us, which, as you know, happened once before.  Whether or not you consent to a request for a conference should not take substantial consideration.  If I don't hear from you by the time we are ready to file, I will give you the courtesy of a final email notice and opportunity to respond.  Thanks.  Eve


Eve I. Klein
Partner

Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
P:212.692.1065
F:212.202.7559

EIKlein@duanemorris.com
www.duanemorris.com



-----Original Message-----
From: Swartz, Justin [mailto:JMS@outtengolden.com]
Sent: Thursday, February 07, 2013 6:30 PM
To: Klein, Eve I.; Wagoner, Elizabeth
Cc: Michailidis, Evangelos; Dugger, Cyrus; Rick Hayber; 'ediaz@hayberlawfirm.com'; 'jwolfson@feinerwolfson.com'
Subject: Re: Kiefer v. Moran Foods

We say the end of the day, you say midday. How about 2:30pm?


Justin M. Swartz
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel:   (212)-245-1000
Fax:  (646)-509-2057
www.outtengolden.com
jms@outtengolden.com


----- Original Message -----
From: Klein, Eve I. <EIKlein@duanemorris.com>
To: Swartz, Justin; Wagoner, Elizabeth
Cc: Michailidis, Evangelos <EMichailidis@duanemorris.com>; Dugger, Cyrus; Rick Hayber; ediaz@hayberlawfirm.com <ediaz@hayberlawfirm.com>; John W. Wolfson Esquire (jwolfson@feinerwolfson.com) <jwolfson@feinerwolfson.com>
Sent: Thu Feb 07 18:12:52 2013
Subject: RE: Kiefer v. Moran Foods

Justin,

3

Since we will be making this request in connection with our response to your motion of earlier today, we want to file our motion promptly so that the Court considers both parties' positions on the many open and inter-related issues. We are willing to wait until midday for you to get back to us before filing this.   Thanks.  Eve


Eve I. Klein
Partner

Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
P:212.692.1065
F:212.202.7559

EIKlein@duanemorris.com
www.duanemorris.com




-----Original Message-----
From: Swartz, Justin [mailto:JMS@outtengolden.com]
Sent: Thursday, February 07, 2013 5:28 PM
To: Klein, Eve I.; Wagoner, Elizabeth
Cc: Michailidis, Evangelos; Dugger, Cyrus; Rick Hayber; ediaz@hayberlawfirm.com; John W. Wolfson Esquire (jwolfson@feinerwolfson.com)
Subject: RE: Kiefer v. Moran Foods

Eve - We'll let you know if we consent by the end of the day tomorrow. We need some time to confer about it. Is that acceptable?

Justin M. Swartz
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: (212)-245-1000
Fax: (646)-509-2057
www.outtengolden.com
jms@outtengolden.com


-----Original Message-----
From: Klein, Eve I. [mailto:EIKlein@duanemorris.com]
Sent: Thursday, February 07, 2013 5:18 PM
To: Swartz, Justin; Wagoner, Elizabeth
Cc: Michailidis, Evangelos; Dugger, Cyrus; Rick Hayber; ediaz@hayberlawfirm.com; John W. Wolfson Esquire (jwolfson@feinerwolfson.com)
Subject: RE: Kiefer v. Moran Foods

Justin,

4

Pursuant to the Court's rules, we intend to file a motion for an in-person status conference. The basis of the motion will be to request that the Court address with the parties the procedural posture of the case, including our outstanding dispositive motion, our outstanding motion to stay discovery, your outstanding motion to compel discovery, your newly filed motion for additional time to both respond to our cross-motion for summary judgment and to file your Rule 23 motion and next steps in this litigation. Please advise if you consent. In accordance with the parties' practice to date in this litigation, and since our motion will also respond to your recently filed motions, we do not intend to present you with a draft of the motion prior to filing it. Thanks. Eve


Eve I. Klein
Partner

Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
P:212.692.1065
F:212.202.7559

EIKlein@duanemorris.com
www.duanemorris.com



-----Original Message-----
From: Swartz, Justin [mailto:JMS@outtengolden.com]
Sent: Thursday, February 07, 2013 5:03 PM
To: Klein, Eve I.; Wagoner, Elizabeth
Cc: Michailidis, Evangelos; Dugger, Cyrus; Rick Hayber; ediaz@hayberlawfirm.com; John W. Wolfson Esquire (jwolfson@feinerwolfson.com)
Subject: RE: Kiefer v. Moran Foods

Eve -
We need a little bit more information. If you are planning on sending the Court a letter or filing a motion, send it to us and we will let you know if we consent to it or not.
Justin

Justin M. Swartz
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: (212)-245-1000
Fax: (646)-509-2057
www.outtengolden.com
jms@outtengolden.com


-----Original Message-----
From: Klein, Eve I. [mailto:EIKlein@duanemorris.com]
Sent: Thursday, February 07, 2013 4:41 PM

5

To: Swartz, Justin; Wagoner, Elizabeth
Cc: Michailidis, Evangelos; Dugger, Cyrus; Rick Hayber; ediaz@hayberlawfirm.com; John W. Wolfson Esquire (jwolfson@feinerwolfson.com)
Subject: RE: Kiefer v. Moran Foods

Justin, please advise if you will consent to our motion for an in-person conference with the Court at its earliest convenience.  Thanks. Eve


Eve I. Klein
Partner

Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
P:212.692.1065
F:212.202.7559

EIKlein@duanemorris.com
www.duanemorris.com



-----Original Message-----
From: Swartz, Justin [mailto:JMS@outtengolden.com]
Sent: Tuesday, February 05, 2013 11:45 AM
To: Klein, Eve I.; Wagoner, Elizabeth
Cc: Michailidis, Evangelos; Dugger, Cyrus; Rick Hayber; ediaz@hayberlawfirm.com
Subject: RE: Kiefer v. Moran Foods

Sounds good. Thanks.

Justin M. Swartz
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: (212)-245-1000
Fax: (646)-509-2057
www.outtengolden.com
jms@outtengolden.com


-----Original Message-----
From: Klein, Eve I. [mailto:EIKlein@duanemorris.com]
Sent: Tuesday, February 05, 2013 11:43 AM
To: Swartz, Justin; Wagoner, Elizabeth
Cc: Michailidis, Evangelos; Dugger, Cyrus; Rick Hayber; ediaz@hayberlawfirm.com
Subject: RE: Kiefer v. Moran Foods

Justin, When you filed your 216(b) motion your position in this case became crystalized as to what you claimed was the wrong doing Kiefer suffered.  Our response to your 216(b) motion was to move for summary judgment because we don't believe Kiefer suffered from any rules, policies or actions that violated the FWW for the reasons set forth in our opposition and cross-motion.  The bottom line is that if the plaintiff does not have a viable claim, he cannot represent a 216(b) class.  That is the essence of our response to your motion, which is entirely proper and appropriate.  The lack of civility and professionalism in your last two emails are noted and will not be responded to.  Eve

-----Original Message-----
From: Swartz, Justin [mailto:JMS@outtengolden.com]
Sent: Tuesday, February 05, 2013 11:26 AM
To: Klein, Eve I.; Wagoner, Elizabeth
Cc: Michailidis, Evangelos; Dugger, Cyrus; Rick Hayber; ediaz@hayberlawfirm.com
Subject: Re: Kiefer v. Moran Foods

Eve -
Your client took unfair advantage of our professional courtesy when it used the extension we consented to in order to draft a summary judgment motion instead of responding to Plaintiff's 16(b) motion. You did not tell us that you intended to do that and we would not have consented, had you been honest about it.
Justin


On 2/5/13 11:18 AM, "Klein, Eve I." <EIKlein@duanemorris.com> wrote:

>Justin, per Judge Young's rules, argument is granted on request for
>Rule
>12(b) and Rule 56 motions and we requested it in connection with both
>of our pending motions.  We also requested argument on the 16(b) motion.
>In our view, the conditional certification motion and our cross-motion
>for summary judgment cannot be practically separated, so our response
>to your certification motion was to move for summary judgment.  A class
>cannot be conditionally certified if the named plaintiff doesn't have a
>claim.  So we believe they must be reviewed by the Court in tandem.  As
>to professional courtesies, we have repeatedly provided them to you
>each and every one of the many times you requested adjournments without
>fail, including several extensions on your opposition to our motions to
>dismiss (in response to the first of which you filed an amended
>complaint), a two month extension on your time to file your 216(b)
>motion, an additional month to file your Rule 23 motion, an extension of time to file your
>motion to compel discovery, etc. etc.  You have likewise extended the
>same courtesies to us in response for our requests for additional time
>on the various pending and prior motions, so that is not the issue.
>The issue here is that these motions should not and cannot be
>separated.  So if you refuse to consent to them being heard together
>(which I assume as a practical matter here Judge Young will do anyway),
>file your motion for additional time and explain our position.  We will then respond to it.
>Please do not indicate in your filing the motion is on consent, but go
>ahead and advise the Court that we have no objection to your getting
>extra time to work on your papers on the terms we stated.  Our
>objection is to any tactical advantage you may try to attain from the
>adjournment by pushing back the cross-motion and trying to argue that
>the 16(b) motion should be heard without our response to it, which is
>in substantial part our cross-motion. Thanks.  Eve

7

>
>-----Original Message-----
>From: Swartz, Justin [mailto:JMS@outtengolden.com]
>Sent: Tuesday, February 05, 2013 10:31 AM
>To: Klein, Eve I.; Wagoner, Elizabeth
>Cc: Michailidis, Evangelos; Dugger, Cyrus; Rick Hayber;
>ediaz@hayberlawfirm.com
>Subject: Re: Kiefer v. Moran Foods
>
>Eve -
>We do not agree that there should be an oral argument on the 16(b)
>motion, or that, if there is one, oral argument should proceed together
>with argument on the summary judgment motion.  As you know, the FLSA
>claims of the members of the collective are diminishing by the day. We
>gave you a 3-week extension on your response to our 16(b) motion as a
>courtesy and, instead of using it to oppose that motion, you used it to
>draft and file a completely different motion.  We've also consented
>every time you have requested an extension in this matter.
>If you will not consent to an extension of our date to move for summary
>judgment as the same type of professional courtesy we gave you, we will
>ask the Court for an extension and let it know about our courtesy to
>you in the past. We will also think hard before we extend professional
>courtesies to you going forward.
>Please let us know your final decision on our extension request.
>Justin
>
>On 2/5/13 10:13 AM, "Klein, Eve I." <EIKlein@duanemorris.com> wrote:
>
>>Elizabeth, I have no objection to giving you the professional courtesy
>>of the additional time you request to respond to the cross-motion.  We
>>would also like two additional weeks on the backend.  In addition, as
>>is obvious from our papers, we see these two motions as inextricably
>>intertwined.  We have requested oral argument as to both and believe
>>they should be argued together.  So in agreeing to this extension, we
>>would require the consent motion  provide that the arguments will
>>proceed together when both motions are fully briefed.  As it stands
>>now, the two motions would be fully submitted within a few weeks of
>>one another.  With this extension, an additional month or more will
>>separate final submissions.  As long as argument runs together, we can
>>proceed as you request.  Please let me know if you agree and/or send a
>>draft consent motion for me to review.  Thanks.  Eve
>>
>>-----Original Message-----
>>From: Wagoner, Elizabeth [mailto:ewagoner@outtengolden.com]
>>Sent: Tuesday, February 05, 2013 9:16 AM
>>To: Klein, Eve I.
>>Cc: Michailidis, Evangelos; Swartz, Justin; Dugger, Cyrus; Rick
>>Hayber; ediaz@hayberlawfirm.com
>>Subject: Re: Kiefer v. Moran Foods
>>
>>No, it only covers our opposition to the summary judgment brief. We
>>will file the reply to our 216(b) certification motion on February 11th.

8

```
>>
>>Sent from my iPhone
>>
>>On Feb 5, 2013, at 9:06 AM, "Klein, Eve I." <EIKlein@duanemorris.com>
>>wrote:
>>
>>> Hi Elizabeth, Does this cover both the reply to your certification
>>>motion and your opposition to the cross-motion for summary judgment?
>>>Eve
>>> -------------------------
>>> Sent from my BlackBerry Wireless Handheld
>>>
>>>
>>> ----- Original Message -----
>>> From: Wagoner, Elizabeth [mailto:ewagoner@outtengolden.com]
>>> Sent: Tuesday, February 05, 2013 08:53 AM
>>> To: Michailidis, Evangelos; Klein, Eve I.
>>> Cc: Swartz, Justin <JMS@outtengolden.com>; Dugger, Cyrus
>>><cdugger@outtengolden.com>; Rick Hayber <rhayber@hayberlawfirm.com>;
>>>ediaz@hayberlawfirm.com <ediaz@hayberlawfirm.com>
>>> Subject: Kiefer v. Moran Foods
>>>
>>> Eve:
>>>
>>> Will you consent to a three-week extension of Plaintiff's time to
>>>oppose Defendant's Motion for Summary Judgment?
>>>
>>> Thanks in advance.
>>>
>>> Elizabeth
>>>
>>>
>>>
>>>
>>>
>>> For more information about Duane Morris, please visit
>>>http://www.DuaneMorris.com
>>>
>>>
>>> Confidentiality Notice: This electronic mail transmission is
>>>privileged and confidential and is intended only for the review of
>>>the party to whom it is addressed. If you have received this
>>>transmission in error, please immediately return it to the sender.
>>>Unintended transmission shall not constitute waiver of the
>>>attorney-client or any other privilege.
>>>
>>
>>
>
>
>
>
```

9

```
>
>
>For more information about Duane Morris, please visit
>http://www.DuaneMorris.com
>
>
>Confidentiality Notice: This electronic mail transmission is privileged
>and confidential and is intended only for the review of the party to
>whom it is addressed. If you have received this transmission in error,
>please immediately return it to the sender. Unintended transmission
>shall not constitute waiver of the attorney-client or any other privilege.
>
```

For more information about Duane Morris, please visit http://www.DuaneMorris.com


Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.