# Exhibit F

Case 3:12-cv-00756-WGY Document 155-6 Filed 02/11/13 Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **RONALD STILLMAN,** | : | |
| | : | |
| **Plaintiff,** | : | Civil Action No. 07-849 (PS) |
| v. | : | |
| | : | |
| **STAPLES, INC.,** | : | **ORDER ON INFORMAL** |
| | : | **APPLICATION** |
| | : | |
| **Defendant.** | : | |

This matter having come before the Court by way of letter dated July 2, 2008, regarding the plaintiffs' request to send a "reminder" notice to the potential members of the collective action;

and the Court having considered the submission;

and while the plaintiffs have not provided any reason to believe that the proposed notice was not received by the intended recipients, the defendant has not shown any prejudice from the plaintiffs' request as it will not change any deadlines or cause the defendant any additional costs associated with the distribution of the notice;

and for the reasons set forth in the Opinion delivered on the record on July 3, 2008;

and for good cause shown,

IT IS ON THIS 3rd day of July, 2008

ORDERED that the plaintiffs' request to re-send the identical court-approved notice is granted: No later than **July 8, 2008**, the plaintiffs may send the identical notice that was previously approved to the potential plaintiffs who have not responded and plaintiffs shall pay all costs associated with sending out the notice; and

IT IS FURTHER ORDERED that nothing herein modifies any of the deadlines set forth in the notice or the schedule for proceedings.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**