UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated, Plaintiff, | : : : : | CIVIL ACTION NO. 3:12-CV-00756-JCH |
| v. | : : | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD., Defendant. | : : : : | August 14, 2012 |

## MOTION TO DISMISS OR STAY PLAINTIFF'S AMENDED COMPLAINT

Defendant, Moran Foods, LLC, f/k/a as Moran Foods, Inc., d/b/a Save A Lot Ltd.,[1] by and through its counsel, Duane Morris LLP and Feiner Wolfson LLP, respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(b)(1) (c), to dismiss or stay Plaintiff's Amended Complaint, dated July 31, 2012, on the grounds that a substantially similar prior filed action is currently pending in the Connecticut state court.

On July 27, 2012, Defendant moved this Court to dismiss or stay Plaintiff's initial complaint, dated May 18, 2012, on the above stated grounds as well as pursuant to Fed. R. Civ. P. 12(b)(6) for failure to allege a plausible FLSA overtime claim. Recognizing the substantial legal deficiencies of the conclusory allegations set forth in his first complaint, Kiefer immediately filed the Amended Complaint in response to Defendant's motion, which remedies those deficiencies.

However, as set forth in greater detail in Defendant's supporting memorandum of law, this action should be dismissed or stayed because it essentially duplicates a prior state action

---

[1] On June 15, 2012, Defendant Moran Foods, Inc. statutorily converted from a "C" corporation to a limited liability corporation and is now known as Moran Foods, LLC. The caption should be amended accordingly.

*February 15, 2012 - The motion to dismiss is above denied. The motion to stay is allowed as to all claims raised under the Connecticut Minimum Wage Act but is otherwise denied. The Court anticipates that the argument as to claim splitting will be developed during the course of argument on the motion for summary judgment.*

*William G. Young*
*District Judge*