Eric W. Ruden
Duane Morris LLP
1540 Broadway
New York, New York 10036-4086
Phone:  (212) 471-1893
Fax:  (212) 202-5077
Email:  eruden@duanemorris.com
*Attorneys for Defendant Moran Foods, Inc.*
*d/b/a Save A Lot Ltd.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

―――――――――――――――――――――――――

ROBERT G. KIEFER, individually and on Behalf
of all others similarly situated,

           Plaintiff,

          -v-

MORAN FOODS, INC., d/b/a SAVE A LOT
LTD.,

          Defendant.

―――――――――――――――――――――――――

Civil Action No. 3:12-CV-00756-JCH

**NOTICE OF APPEARANCE**

      **ERIC W. RUDEN** hereby enters his appearance on behalf of Defendant Moran

Foods, Inc. d/b/a Save A Lot Ltd.

Dated: New York, New York
        February 20, 2013

                    DUANE MORRIS LLP

                    By:  /s/ Eric W. Ruden
                        Eric W. Ruden
                        1540 Broadway
                        New York, New York 10036-4086
                        Phone:  (212) 471-1893
                        Fax:  (212) 202-5077
                        Email:  eruden@duanemorris.com
                        *Attorneys for Defendant Moran Foods,*
                        *Inc., d/b/a Save A Lot Ltd.*