Eric W. Ruden
Duane Morris LLP
1540 Broadway
New York, New York 10036-4086
Phone: (212) 471-1893
Fax: (212) 202-5077
Email: eruden@duanemorris.com
*Attorneys for Defendant Moran Foods, Inc.
d/b/a Save A Lot Ltd.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------X

ROBERT G. KIEFER, individually and on Behalf
of all others similarly situated,

        Plaintiff,

    -v-

MORAN FOODS, INC., D/B/A/ SAVE A LOT
LTD.,

        Defendants.

-------------------------------------------------------------X

Index No. 156975/2012

**CERTIFICATE OF GOOD STANDING**



# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Eric William Ruden

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **17th day of February, 2009**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **19th day of February, 2013**.



Robert D. Mayberger
Clerk

## CERTIFICATION

I hereby certify that on this **20th** day of **February, 2013**, a copy of this Certificate of Good Standing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

/s/   *Eric W. Ruden*
Eric W. Ruden
Duane Morris LLP
1540 Broadway
New York, New York 10036-4086
Phone: (212) 471-1893
Fax: (212) 202-5077
Email: eruden@duanemorris.com
*Attorneys for Defendant Moran Foods, Inc. d/b/a Save A Lot Ltd.*

2