UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY)<br><br>January 30, 2013 |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO SERVE A DAMAGES ANALYSIS**

Plaintiff, through his undersigned counsel, hereby moves, pursuant to Local Rule 7(b), for an extension of time to file a damages analysis for the members of the putative nationwide Fair Labor Standards Act Collective ("FLSA") and the putative Connecticut class ("Class Members"). Pursuant to the Scheduling Order in this case, ECF No. 49, Plaintiff Kiefer served an analysis of his own damages today. However, Plaintiff is unable to analyze Class Members' damages because Defendant has refused to produce payroll information that would allow him to do so.

Plaintiff and Class Members, Assistant Store Managers ("ASMs") who worked for Defendant in its grocery stores, are owed back wages, liquidated damages under the FLSA, and liquidated damages and interest under the Connecticut Minimum Wage Act ("CMWA"). Their damages are based on Defendant's policy of paying them half-time for overtime instead of the time and a half overtime rate that the FLSA and CMWA require, because Defendant failed to follow the strict prerequisites of the Fluctuating Work Week ("FWW") method of computing overtime pay. *See* First Amended Complaint ("FAC") ECF No. 51, 53, ¶¶ 40-43; *see also* 29

February 28, 2013

MOTION ALLOWED

*William G. Young*

1