**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated, | ECF NO.: |
| Plaintiff, | 3:12-CV-00756 (WGY) |
| v. | March 1, 2013 |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC***
**TO FILE SUMMARY JUDGMENT OPPOSITION PAPERS**

Plaintiff, through his undersigned counsel, hereby respectfully moves, *nunc pro tunc*, for a 4 hour and 26 minute extension of time to file certain papers in support of his opposition to Defendant's Cross-Motion for Summary Judgment ("Plaintiff's Opposition"). Plaintiff's opposition papers were due on February 28, 2013. Plaintiff filed his Local Civil Rule 56(a)2 Statement and Additional Statement of Disputed Issues of Material Fact and Undisputed Facts[1] and the Declaration of Justin M. Swartz in Opposition to Defendant's Cross-Motion for Summary Judgment shortly before midnight on February 28, 2013.

Due to problems concerning cross-references between the documents and the electronically-created table of authorities, Plaintiff's counsel was delayed in filing two other documents in support of Plaintiff's Opposition. Plaintiff's counsel filed the Declaration of Elizabeth Wagoner in Opposition to Defendant's Cross-Motion for Summary Judgment at 2:16 a.m. on March 1, 2013 and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment at 4:27 a.m. on March 1, 2013.

---

[1]    Plaintiff filed a corrected version of this document today to address a paragraph numbering error on page 7.

Plaintiff and his counsel sincerely apologize for this delay and respectfully request that

the Court grant this extension *nunc pro tunc*.  This is Plaintiff's first request for an extension of

this deadline.  Defendant consents to Plaintiff's request.

Dated:          New York, New York
                March 1, 2013

                                        /s/ *Justin M. Swartz*
                                        **OUTTEN & GOLDEN LLP**
                                        Justin M. Swartz (*pro hac vice*)
                                        Cyrus E. Dugger (*pro hac vice*)
                                        Elizabeth Wagoner (*pro hac vice*)
                                        3 Park Avenue, 29th Floor
                                        New York, New York 10016
                                        Telephone:  (212) 245-1000
                                        Facsimile: (212) 977-4005
                                        jms@outtengolden.com
                                        cdugger@outtengolden.com
                                        ewagoner@outtengolden.com

                                        **THE HAYBER LAW FIRM, LLC**
                                        Richard Hayber
                                        Erick I. Díaz Vázquez
                                        221 Main Street, Suite 502
                                        Hartford, CT  06106
                                        Telephone:  (203) 522-8888
                                        Facsimile:  (203) 915-9555
                                        rhayber@hayberlawfirm.com
                                        ediaz@hayberlawfirm.com

                                        *Attorneys for Plaintiff, the Collective, and Class*

**CERTIFICATION OF SERVICE**

I hereby certify that on March 1, 2013, a copy of **Plaintiff's Motion for an Extension of Time *Nunc Pro Tunc* to File Summary Judgment Opposition Papers** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.  A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

 */s/ Justin M. Swartz*
Justin M. Swartz