UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated , <br> Plaintiff, | : <br> : <br> : <br> : | CIVIL ACTION NO. <br> 3:12-CV-00756-WGY |
| v. | : <br> : | |
| MORAN FOODS, INC., d/b/a <br> SAVE A LOT LTD.; <br> Defendant. | : <br> : <br> : | <br> <br> March 4, 2013 |

### DECLARATION OF EVANGELOS MICHAILIDIS, ESQ.

Pursuant to 28 U.S.C, § 1746, Evan Michailidis declares that the following facts are true and correct, subject to the laws against perjury of the United States of America::

1. I am an associate at the law firm Duane Morris LLP, counsel to Defendant Moran Foods, LLC, f/k/a Moran Foods, Inc., d/b/a Save A Lot Ltd., and am fully familiar with the facts set forth below. I submit this declaration in further support of Defendant's Motion for Summary Judgment and in opposition to Plaintiff's Rule 56(d) Motion for Additional Discovery.

2. A true and correct copy of the emails exchanged between Plaintiff's counsel and Defendant's counsel regarding Plaintiff's intention to file an amended complaint is attached as Exhibit Y.

3. A true and correct copy of Plaintiff's Reply In Further Support of Plaintiff's Motion for Extension of Time to File Opposition to Motion for Summary Judgment and to Move for Fed. R. Civ. P. 23 Class Certification, filed February 8, 2013 (Dkt. 153), is attached hereto as Exhibit Z. Footnote 1 reads: "Plaintiff's…forthcoming motion to amend the complaint will also address many of the issues Defendant raises."

1

4. A true and correct copy of the three paystubs of Eric Everhart are attached hereto as Exhibit AA. Two of the paystubs are dated March 5, 2013, reflecting the issuance of two checks. The other paystub is dated December 31, 2009.

5. A true and correct copy of Defendant's counsel's February 13, 2013 email to Plaintiff's counsel reporting the results of its search of an agreed upon sample of store-level ESI is attached hereto as Exhibit AB (See par. 4).

6. A true and correct copy of Defendant's counsel's December 12, 2012 and December 18, 2012 emails to Plaintiff's counsel offering to produce three Rule 30(b)(6) witnesses for Plaintiff to depose regarding policy and pay practices is attached hereto as Exhibit AC.

7. A true and correct copy of an index reflecting the documents Defendant produced to Plaintiff prior to moving for summary judgment is attached hereto as Exhibit AD.

8. On December 14, 2012, Defendant's counsel provided Plaintiff's counsel with a list of corporate custodians. A copy of Defendant's email to opposing counsel attaching the custodian list is attached hereto as Exhibit AE. We also informed Plaintiff's counsel that the aggregate size of the custodian data is 70 to 80 gigabytes on or around December 27, 2012. *See* ECF #123, p. 9-10. Plaintiff has yet to provide search terms to search the ESI.

9. Defendant has advised us that it did not interview affiants Jeff Rodd, David Tisdale, William Garforth, Brian Nulty or Jason Hodge until after it received Kiefer's motion for conditional certification.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      March 4, 2013

                                    /s/Evangelos Michailidis
                                    EVANGELOS MICHAILIDIS

**CERTIFICATION**

I hereby certify that on this **5th** day of **March, 2013**, a copy of the above document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.  A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

                                                  /s/  *Evangelos Michailidis*
                                                  Evangelos Michailidis, Esq.