UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>Defendant. | ECF NO.:<br><br>3:12-CV-00756 (JCH)<br><br>December 6, 2012 |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Please take notice that Plaintiff Robert G. Kiefer ("Plaintiff"), by and through his counsel, Outten & Golden, LLP and the Hayber Law Firm, LLC, respectfully requests an order under Fed. R. Civ. P. 26 requiring Defendant to produce discovery as detailed in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Compel, the Declaration of Elizabeth Wagoner in Support of Plaintiff's Motion to Compel, and the attached exhibits.

Dated:   New York, New York
         December 6, 2012

/s/ Justin M. Swartz
OUTTEN & GOLDEN LLP
Justin M. Swartz (*pro hac vice*)
Cyrus E. Dugger (*pro hac vice*)
Elizabeth Wagoner (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

THE HAYBER LAW FIRM, LLC
Richard Hayber
Erick I. Díaz Vázquez

*Handwritten order:*

March 1, 2013,

Motion allowed in part and denied in part as follows:

1. Payroll and time records shall be provided for all named and opt-in plaintiffs as such plaintiffs opt-in. The plaintiff may renew the motion to compel such records for other similarly situated employees once he has reviewed the discovery ordered.

2. Document request 12 is vastly over-broad and is denied. Defendant, however, may not rely upon any such documents without disclosing them within the next 30 days.

3. The E51 from the store where Kiefer worked is ordered produced. Motion otherwise denied. The discovery ordered shall be produced within 30 days of the date of this order.

William G. Young
District Judge