UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>Defendant. | ECF NO.:<br><br>3:12-CV-00756 (JCH)<br><br><br>February 27, 2013 |

**CONSENT MOTION FOR EXTENSION OF DISCOVERY AND JOINT TRIAL MEMORANDUM DEADLINES, AND ADJOURNMENT OF DEFENDANT'S DEADLINE TO COMPEL DISCOVERY**

Plaintiff respectfully requests an extension of the discovery deadline to May 22, 2013 and an extension of the joint trial memorandum deadline to June 21, 2013. The discovery deadline is currently March 22, 2013 and the deadline to file the joint trial memorandum is currently April 30, 2013. Defendant does not believe that either additional discovery or the completion of a joint trial memorandum will be necessary in light of its motion for summary judgment which, if granted, will moot these requests, but consents to Plaintiff's requests in the event its motion is not granted. Plaintiff does not agree that Defendant's summary judgment motion will moot this request, even if it is granted.

Defendant Moran Foods, LLC respectfully requests a 30-day adjournment to March 29, 2013 to file a motion to compel discovery from Plaintiff. Pursuant to the Court's Scheduling Order, Defendant must move to compel discovery from Plaintiff within 30 days after the due date of Plaintiff's response. Defendant's deadline to move to compel is currently February 27, 2013. An adjournment is necessary to allow the parties additional time to meet and confer in an

1

D.J.
MOTION ALLOWED

*/s/ William G. Young*
          District Judge
March 1, 2013