# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>v.<br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>                      Defendant. | ECF NO.: 3:12-CV-00756 (WGY)<br><br>**CONSENT TO JOIN** |

**IF YOU WISH TO PARTICIPATE IN THE LAWSUIT, YOU MUST COMPLETE AND RETURN THIS FORM BY 5:00 P.M. (E.D.T.) ON JULY 5, 2013.**

1. I consent to be a party plaintiff in a lawsuit against Moran Foods, Inc. d/b/a Save A Lot, Ltd. ("Save-A-Lot") and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). If this case or a similar case is transferred to or re-filed in another court, I agree to be a party plaintiff in the new court and that this consent form may be filed in the new court.

2. By signing and returning this consent form, I designate Outten & Golden LLP and Hayber Law Firm, LLC ("the Firms") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court for attorneys' fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

Full Legal Name (print) **Charles Lewis Howard**

*Address [REDACTED]

*City, State, and Zip **Troy, Al. 36081**

*Telephone Number [REDACTED]    *E-mail Address [REDACTED]

Signature: /s/ Charles Howard      Date **4-9-13**

* You do not have to provide this information in order to participate. If you do provide it, it is only for your attorneys. It will be covered over when filed in court.