## CERTIFICATION OF SERVICE

I hereby certify that on April 9, 2013, a copy of the foregoing Consent to Join of Charles Lewis Howard was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

*/s/ Justin M. Swartz*
Justin M. Swartz