Case 3:12-cv-00756-WGY Document 175 Filed 03/05/13 Page 1 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on Behalf of all others similarly situated, Plaintiff, | : : : : | CIVIL ACTION NO. 3:12-CV-00756-WGY |
| v. | : : | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; Defendant. | : : : | March 4, 2013 |

**DEFENDANT'S MOTION FOR LEAVE TO EXCEED
THE PAGE LIMIT IMPOSED BY LOCAL CIVIL RULE 7(d)**

Defendant Moran Foods, Inc., by and through its attorneys, respectfully moves for leave to exceed the page limit imposed by Local Rule 7(d) and states the following in support of its motion:

1. Plaintiff filed the present lawsuit on May 18, 2012, alleging violations of the Fair Labor Standard Act (the "FLSA") and the Connecticut Minimum Wage Act (the "CMWA") for utilizing the fluctuating work week (the "FWW") to pay assistant store managers (ASMs) overtime in Connecticut and nationwide.

2. The Court has stayed all claims raised under the CMWA. (ECF # 162)

3. Plaintiff's FLSA claim, as alleged in his Amended Complaint (ECF # 51) and further crystalized in his Motion for Conditional Certification (ECF # 113-115), alleges that Defendant improperly applied the FWW for the following reasons: 1) Defendant paid ASMs an hourly rate instead of a fixed salary, which Plaintiff alleges is evident when ASMs work fewer than 40 hours in a week; 2) ASM weekly hours did not fluctuate below 40 hours; 3) Defendant

*April 10, 2013*
D.J.
MOTION DENIED

*William G. Young*
U.S. District Judge