UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY)<br><br>March 6, 2013 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by his undersigned attorneys, hereby seeks leave to file the Surreply in Opposition to Defendant's Cross-Motion for Summary Judgment attached hereto as Exhibit 1. Plaintiff's Surreply addresses an argument that Defendant made for the first time in its reply brief, in which it argued that provisions of its Employee Handbook did not apply to Kiefer. *See* Reply, ECF No. 176, at 10, n4. Plaintiff did not know that Defendant would dispute the applicability of the Employee Handbook to him, because in a deposition in another case, Defendant's corporate witness testified that the Handbook applied to all employees. Plaintiff's Surreply sets forth Plaintiff's evidence that these provisions did apply to Kiefer, which creates an additional factual dispute that precludes summary judgment on this issue.

Dated:   New York, New York
         March 6, 2013

*April 10, 2013*
D.J.
..OTION **ALLOWED**

*William G. Young*
District Judge

/s/ *Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz (*pro hac vice*)
Cyrus E. Dugger (*pro hac vice*)
Elizabeth Wagoner (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016

1