IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                                   Plaintiff,<br><br>     v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>                                   Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY) |

**NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF FORMS**

The following plaintiffs are hereby joined to the instant action by the signed Consent to Become Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A:

1. Barbara Arnold
2. Paul Blaha
3. Anthony Bonomo
4. Dominique Camper
5. Matthew Ciullo
6. Donald Demette
7. James Edwards III
8. Michelle Elder
9. Brian Jackson
10. James Fairey
11. Desirée Griffiths
12. Raymond Hansell
13. David Hugg
14. Lanisha Johnson
15. Allen Miller
16. George Mocio
17. Titus Newborn
18. Steven Novatkoski
19. Jarees Peeples
20. Brian Pereira
21. Dennis Sanoske

22. Jason Schrader
23. Keith Trayer
24. Muriel Wallach
25. Demetrius Walker
26. Statchel Warner
27. Chase Wilson

Dated: April 11, 2013
      New York, New York

      Respectfully submitted,

      **OUTTEN & GOLDEN LLP**
      By:

      */s/ Justin M. Swartz*
      Justin M. Swartz (phv03853)
      Cyrus E. Dugger (phv05016)
      Elizabeth Wagoner (phv05548)
      3 Park Avenue, 29th Floor
      New York, New York 10016
      Telephone:  (212) 245-1000
      Facsimile: (212) 977-4005
      jms@outtengolden.com
      cdugger@outtengolden.com
      ewagoner@outtengolden.com

      **THE HAYBER LAW FIRM, LLC**
      Richard Hayber (ct11629)
      Erick I. Díaz Vázquez (ct27023)
      221 Main Street, Suite 502
      Hartford, CT  06106
      Telephone:  (203) 522-8888
      Facsimile:  (203) 915-9555
      rhayber@hayberlawfirm.com
      ediaz@hayberlawfirm.com

## CERTIFICATION OF SERVICE

I hereby certify that on April 11, 2013, a copy of the foregoing Notice of Filing of Consent to Become Party Plaintiff Forms was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin M. Swartz*
Justin M. Swartz