UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated, | ECF NO.: |
| Plaintiff, | 3:12-CV-00756 (WGY) |
| v. | April 11, 2013 |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; | |
| Defendant. | |

**PLAINTIFF'S SURREPLY IN OPPOSITION TO DEFENDANT'S
CROSS-MOTION FOR SUMMARY JUDGMENT**

In Defendant's Reply in support of its motion for summary judgment, it claims that a provision of its Employee Handbook that reads, "[a]ssociates in all positions will be paid weekly at an established hourly rate based on documented work" did not apply to ASMs and that Plaintiff's reading of this provision is "selective." *See* Reply, ECF No. 176, at 10 n.4; Declaration of Justin M. Swartz in Opposition to Defendant's Cross Motion for Summary Judgment, ECF No. 169 ("Swartz Decl."), Ex. 5 (Employee Handbook) at 8. However, the Handbook itself does not contain any language limiting this provision to a particular sub-group of associates. To the contrary, it states that this provision applies to "associates in all positions." Swartz Decl., Ex. 5 (Employee Handbook) at 8.

Furthermore, in another case, Defendant's corporate representative testified that the Handbook "covers all associates that come on board with the company, whether they are full-time or whether they are part-time. Whether they are an assistant store manager, store manager, district manager, business unit director. Whether they are exempt or non-exempt." *See* Exhibit A (Transcript of Deposition of Michael Draper) 84:1-12. Mr. Draper's testimony that the

1

Handbook applied to all associates, including ASMs, as well as the plain language of the Handbook itself, are enough to create a factual dispute on the issue. If Plaintiff is allowed to finish discovery, he will explore this issue at a Fed. R. Civ. P. 30(b)(6) deposition.

Dated:	New York, New York
	April 11, 2013

/s/ *Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz (*pro hac vice*)
Cyrus E. Dugger (*pro hac vice*)
Elizabeth Wagoner (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber
Erick I. Díaz Vázquez
221 Main Street, Suite 502
Hartford, CT  06106
Telephone: (203) 522-8888
Facsimile: (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

*Attorneys for Plaintiff, the Collective, and Class*

**CERTIFICATION OF SERVICE**

I hereby certify that on April 11, 2013, a copy of the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

 _/s/ Justin M. Swartz_
 Justin M. Swartz