## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

ROBERT G. KIEFER, individually and on behalf
of all others similarly situated,

Plaintiff,

v.

MORAN FOODS, INC., d/b/a SAVE A LOT
LTD.;

Defendant.

ECF NO.:

3:12-CV-00756 (WGY)

## NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF FORMS

The following plaintiffs are hereby joined to the instant action by the signed Consent to

Become Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibits A

and B, as follows:

**Exhibit A**
1.    Jonathan S. Rummel
2.    Michael S. Edwards
3.    John L. Hart
4.    Douglas M. Nelson
5.    Murvin Hamid
6.    Anthony J. Wright
7.    Sondra M. Hunyady (Gorniak)
8.    Steve B. Lazarus
9.    Josiah Mhute
10.   Jeffrey A. Lawther
11.   Marquia Taylor
12.   Mark R. O'Marra
13.   Emile Cooper
14.   Ernest S. Willis, Jr.
15.   Nathaniel E. Wagner Claxton
16.   Eddie E. Cantor
17.   Rondale Wilkins
18.   Jason S. Brooks
19.   Sharon E. Brooks
20.   Sheree C. Wilson
21.   Wayne E. Wright

**Exhibit B**
38.   Latonya C. Roblejo
39.   Jorge L. Martinez
40.   Rod A. Clark
41.   Scott A. Swaw
42.   Jason Ellis
43.   Heriberto Acevedo
44.   William H. Jewell, Jr.
45.   Jerome E. Tillman
46.   Marissa Ramos
47.   Michael Ross
48.   Reginald Locke
49.   Matthew M. Jones
50.   Michael S. Cavanaugh
51.   Frederick T. Garrison
52.   Timothy S. Fogarty
53.   Christopher Carey
54.   Craig E. Gaines
55.   Carl R. Engelhardt, Jr.
56.   Lucas C.J. Cowick
57.   William G. Hilyer
58.   Michael R. Ayversone

| | | | |
|---|---|---|---|
| 22. | Awanda Salters | 59. | Andrew C. Meyer |
| 23. | Shenise N. Witherspoon | 60. | William T. Atkins, Jr. |
| 24. | Michael A. Edgette | 61. | Ronald Murphy |
| 25. | Heath R. Barrows | 62. | Alex L. Davenport, Jr. |
| 26. | Linda L. Little | 63. | Kathryn H. Sager |
| 27. | Steven T. Meherg | 64. | Robert L. Renick, II |
| 28. | Aaron Money | 65. | Youlunda D. Hatch |
| 29. | David L. Blackwood | 66. | Scott M. Whitbeck |
| 30. | Donna Oakes | 67. | William Holmes, Jr. |
| 31. | Robert C. Flores, II | 68. | Freddick L. Moore |
| 32. | Danko Drasko | 69. | Corey H. Hawkins |
| 33. | David W. Gilmore | 70. | James E. Treadwell, Jr. |
| 34. | Felisha Elizabeth Houston | 71. | Chukwuka C. Ezeh |
| 35. | Robert W. Hullender, II | 72. | Leo R. Gladu |
| 36. | Crystal K. Braxton | 73. | Norman W. Meidling, Jr. |
| 37. | Vincent C. Robinson | 74. | James Y. Littlejohn |
| | | 75. | Shirley A. Kamenski |
| | | 76. | Ronald D. Nixon |
| | | 77. | Hector Medina, Jr. |
| | | 78. | Bobby Batiste |

Dated: April 15, 2013
      New York, New York

Respectfully submitted,

**OUTTEN & GOLDEN LLP**
By:

*/s/ Justin M. Swartz*
Justin M. Swartz (phv03853)
Cyrus E. Dugger (phv05016)
Elizabeth Wagoner (phv05548)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber (ct11629)
Erick I. Díaz Vázquez (ct27023)
221 Main Street, Suite 502
Hartford, CT  06106

Telephone:  (203) 522-8888
Facsimile:  (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on April 15, 2013, a copy of the foregoing Notice of Filing of

Consent to Become Party Plaintiff Forms was filed electronically and served by mail on anyone

unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by

operation of the Court's electronic filing system and by mail to anyone unable to accept

electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing

through the Court's CM/ECF System.

*/s/ Justin M. Swartz*
Justin M. Swartz