## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>                    Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY) |

**NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF FORMS**

The following plaintiffs are hereby joined to the instant action by the signed Consent to Become Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A:

1. Richard X. Andrade
2. Rebecca M. Arevalo
3. Barbara L. Arrington
4. Misty M. Barrientes
5. Jacquline D. Bell
6. Tyrona Billingsley
7. Dwayne C. Davis
8. Theresa M. Doyle
9. Michael J. Drake
10. David J. Edwards
11. Shahram Faili
12. Frederick T. Garrison
13. Rosie M. Goode
14. Walter M. Gordone
15. Shannon R. Green
16. Mary K. Haddad
17. Osvaldo Hernandez
18. Aaron T. Kaiser
19. Michael R. Lloyd
20. Charles E. Mccoy
21. James A. McKennie

22. Royce G. Moseley Jr.
23. Donna Oakes
24. Nelson Robertson
25. Charles W. Roush III
26. Andrew P. Silver
27. David R. Smith Jr.
28. Richard W. Smith
29. Michael N. Tran
30. Rachael R. Walters
31. Harold D. Webb
32. Brinton F. Williams
33. James L. Yale
34. Michael T. Yurchak

Dated: April 16, 2013
New York, New York

Respectfully submitted,

**OUTTEN & GOLDEN LLP**
By:

*/s/ Justin M. Swartz*
Justin M. Swartz (phv03853)
Cyrus E. Dugger (phv05016)
Elizabeth Wagoner (phv05548)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber (ct11629)
Erick I. Díaz Vázquez (ct27023)
221 Main Street, Suite 502
Hartford, CT 06106
Telephone: (203) 522-8888
Facsimile: (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

**CERTIFICATION OF SERVICE**

I hereby certify that on April 16, 2013, a copy of the foregoing Notice of Filing of Consent to Become Party Plaintiff Forms was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin M. Swartz*
Justin M. Swartz