UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>　　　　　　　　　Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY)<br><br>April 16, 2013 |

**PLAINTIFF'S MOTION TO COMPEL CLASS INFORMATION
AND TO EXTEND THE DEADLINE FOR DISPOSITIVE MOTIONS**

Please take notice that Plaintiff Robert G. Kiefer ("Plaintiff"), by and through his counsel, Outten & Golden, LLP and the Hayber Law Firm, LLC, respectfully requests an order: (1) requiring Defendant to comply with the Court's Order on Plaintiff's Motion for Conditional Certification ("Certification Order"), ECF No. 183, and produce email addresses for ASMs; (2) requiring Defendant to comply with the Court's Certification Order, ECF No. 183, and provide contact information for all ASMs for all Save-A-Lot stores (whether or not Defendant describes them as "licensed stores"); (3) ordering production of Opt-In Plaintiffs' payroll and time data within five calendar days of the filing of a consent form; (4) ordering Defendant to comply with the Court's Order on Plaintiff's Motion to Compel, ECF No. 182, and produce payroll information for Opt-In Plaintiffs through the present; (5) extending the deadline for dispositive motions from April 30, 2013 to June 21, 2013; (6) extending the deadline for submission of the Joint Trial Memorandum from June 21, 2013 to July 8, 2013; and (7) adjourning the May 2, 2013 oral argument until after the close of discovery.

1

Dated: April 16, 2013
      New York, New York

/s/ *Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz (*pro hac vice*)
Cyrus E. Dugger (*pro hac vice*)
Elizabeth Wagoner (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber
Erick I. Díaz Vázquez
221 Main Street, Suite 502
Hartford, CT 06106
Telephone: (203) 522-8888
Facsimile: (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

*Attorneys for Plaintiffs, the Collective, and Class*

# CERTIFICATION OF SERVICE

I hereby certify that on April 16, 2012, a copy of above document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                      */s/ Justin M. Swartz*
                                                      Justin M. Swartz