## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>      v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>                        Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY) |

### NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF FORMS

The following plaintiffs are hereby joined to the instant action by the signed Consent to

Become Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A

as follows:

| | |
|---|---|
| 1.   Harold E. Armour | 19.   Michael E. Seckinger |
| 2.   Scott C. Badeaux | 20.   Ronald E. Six, Jr. |
| 3.   Jeffery Bender | 21.   Jacquelyne Stasonis |
| 4.   Alfred Bishop, III | 22.   Peter R. Stofiel |
| 5.   Rashard T. Butler | 23.   Aaron D. Thomas |
| 6.   Robert E. Chambers | 24.   Clayton L. Thompson |
| 7.   Glenn T. Cochrane | 25.   Christopher M. Wall |
| 8.   Kelly M. Desmarais | 26.   Vanessa T. Williams |
| 9.   James E. Drosdick | |
| 10.   William Espinosa, Jr. | |
| 11.   William R. Forbis | |
| 12.   Robert S. Herrod | |
| 13.   Jerry D. Hitt | |
| 14.   Brenda Lucero | |
| 15.   Angel A. Martinez-Navarro | |
| 16.   Steven L. Palmer | |
| 17.   Robert D. Poole | |
| 18.   Miroslav Rajsky | |

Dated: April 18, 2013
      New York, New York

                              Respectfully submitted,

                              **OUTTEN & GOLDEN LLP**
                              By:

                              */s/ Justin M. Swartz*
                              Justin M. Swartz (phv03853)
                              Cyrus E. Dugger (phv05016)
                              Elizabeth Wagoner (phv05548)
                              3 Park Avenue, 29th Floor
                              New York, New York 10016
                              Telephone:  (212) 245-1000
                              Facsimile: (212) 977-4005
                              jms@outtengolden.com
                              cdugger@outtengolden.com
                              ewagoner@outtengolden.com

                              **THE HAYBER LAW FIRM, LLC**
                              Richard Hayber (ct11629)
                              Erick I. Díaz Vázquez (ct27023)
                              221 Main Street, Suite 502
                              Hartford, CT  06106
                              Telephone:  (203) 522-8888
                              Facsimile:  (203) 915-9555
                              rhayber@hayberlawfirm.com
                              ediaz@hayberlawfirm.com

## CERTIFICATION OF SERVICE

I hereby certify that on April 18, 2013, a copy of the foregoing Notice of Filing of Consent to Become Party Plaintiff Forms was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin M. Swartz*
Justin M. Swartz