IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>　　　　　　　　Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY) |

**NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF FORMS**

The following plaintiffs are hereby joined to the instant action by the signed Consent to Become Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A as follows:

1. Galo Balseca
2. David L. Bright
3. Jason A. Cherney
4. Michael K. Cooper
5. Saumill J. Dalal
6. Scott N. Davis
7. Gene Gregory
8. Roy D. Hemphill
9. Diana Kipple-Holton
10. Marcellas R. Howard
11. Erik J. Isenberg
12. Jerry J. Jarvis
13. Robert A. Mickewich
14. Tarsha S. Morton
15. Susan E. Parker
16. Terry W. Richey
17. Ronald Rivage
18. Adebowale Saibu
19. Thenkham S. Sengphanlaya
20. Kevin J. Shea
21. Timothy E. Tucker
22. Alfonso C. Walker
23. Jonathan W. Walker
24. Darick B. Winfrey
25. Penny F. Wright

Dated: April 19, 2013
      New York, New York

                            Respectfully submitted,

                            **OUTTEN & GOLDEN LLP**
                            By:

                            */s/ Justin M. Swartz*
                            Justin M. Swartz (phv03853)
                            Cyrus E. Dugger (phv05016)
                            Elizabeth Wagoner (phv05548)
                            3 Park Avenue, 29th Floor
                            New York, New York 10016
                            Telephone:  (212) 245-1000
                            Facsimile: (212) 977-4005
                            jms@outtengolden.com
                            cdugger@outtengolden.com
                            ewagoner@outtengolden.com

                            **THE HAYBER LAW FIRM, LLC**
                            Richard Hayber (ct11629)
                            Erick I. Díaz Vázquez (ct27023)
                            221 Main Street, Suite 502
                            Hartford, CT  06106
                            Telephone:  (203) 522-8888
                            Facsimile:  (203) 915-9555
                            rhayber@hayberlawfirm.com
                            ediaz@hayberlawfirm.com

3

**CERTIFICATION OF SERVICE**

I hereby certify that on April 19, 2013, a copy of the foregoing Notice of Filing of Consent to Become Party Plaintiff Forms was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin M. Swartz*
Justin M. Swartz