IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>          v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>                          Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY) |

**NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF FORMS**

The following plaintiffs are hereby joined to the instant action by the signed Consent to Become Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A as follows:

1. Kendra L. Golden
2. Wende L. LaPierre
3. Lisa A. Nelson
4. Dione Hernandez
5. Carl M. Kizer
6. Jason K. Counts
7. Djuan C. Green
8. Willie C. Hill, Jr.
9. Domingo Casillas, Jr.
10. Kevin Finch
11. Karl D. Harmon, Sr.
12. Joel A. Beebe
13. Paul E. Colvell
14. Christopher M. Haase
15. Craig Dunbar
16. James J. Ridenbaugh
17. Holly J. Bona
18. Darlene Ross
19. Thomas D. Groves
20. Sandra K. Kittles
21. Kerry W. Sutton
22. Susan E. Williams
23. Calixte A. Brouard, Jr.
24. Nicholas J. Madrigale
25. Jason A. Tolman
26. Willie Bibbs
27. Dez L. Blake
28. Aaron N. Dobbins
29. Ashok Garg
30. Windell Simeon
31. Thomas H. Ogiba
32. Richard Shaver
33. Juan P. Rosales
34. Roderick A. Brown
35. Marie A. Tate
36. Gregory A. Moore
37. Derrick A. White
38. Keri I. Stevens
39. Steven L. Gardner
40. Kenneth S. Pate
41. Shantelle Thomas
42. Donald K. Rinehart
43. Ralph B. O'Neal
44. Kristopher K. Van Prevost
45. Todd L. Clifford
46. Clyde L. Sales
47. Kenneth Betlej
48. Timothy J. Novak

Dated: April 22, 2013
New York, New York

                Respectfully submitted,

                **OUTTEN & GOLDEN LLP**
                By:

                */s/ Justin M. Swartz*
                Justin M. Swartz (phv03853)
                Cyrus E. Dugger (phv05016)
                Elizabeth Wagoner (phv05548)
                3 Park Avenue, 29th Floor
                New York, New York 10016
                Telephone:  (212) 245-1000
                Facsimile: (212) 977-4005
                jms@outtengolden.com
                cdugger@outtengolden.com
                ewagoner@outtengolden.com

                **THE HAYBER LAW FIRM, LLC**
                Richard Hayber (ct11629)
                Erick I. Díaz Vázquez (ct27023)
                221 Main Street, Suite 502
                Hartford, CT  06106
                Telephone:  (203) 522-8888
                Facsimile:  (203) 915-9555
                rhayber@hayberlawfirm.com
                ediaz@hayberlawfirm.com

**CERTIFICATION OF SERVICE**

I hereby certify that on April 22, 2013, a copy of the foregoing Notice of Filing of Consent to Become Party Plaintiff Forms was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin M. Swartz*
Justin M. Swartz