IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>                Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY) |

**NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF FORMS**

The following plaintiffs are hereby joined to the instant action by the signed Consent to Become Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A as follows:

1. Matthew W. Day
2. Jeffrey K. Pate
3. Glenn J. Bragg
4. Charles G. Highsmith
5. Gregg S. Sime
6. Luis A. Quinones
7. Javier R. Padro
8. Annette Aneni
9. Angela Manuel
10. Dan P. Stefanopoulos
11. Bennie B. Leverett
12. Luis E. Hernandez
13. Laura E. Farr
14. Fitzroy H. Pinnock
15. Michael D. Thompson
16. Shanie L. Gardner
17. Shane R. Neel
18. Albert W. Keller, Jr.
19. Bruce D. Stiff
20. Nigel S. Telfer
21. Antoine U. Myers
22. Pamela M. Brunson
23. Ron F. Gadson
24. Brittany K. Bonner

Dated: April 29, 2013
      New York, New York

                                        Respectfully submitted,

**OUTTEN & GOLDEN LLP**
By:

*/s/ Justin M. Swartz*
Justin M. Swartz (phv03853)
Cyrus E. Dugger (phv05016)
Elizabeth Wagoner (phv05548)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber (ct11629)
Erick I. Díaz Vázquez (ct27023)
221 Main Street, Suite 502
Hartford, CT  06106
Telephone:  (203) 522-8888
Facsimile:  (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

## CERTIFICATION OF SERVICE

I hereby certify that on April 29, 2013, a copy of the foregoing Notice of Filing of Consent to Become Party Plaintiff Forms was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin M. Swartz*
Justin M. Swartz