UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>                    Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY)<br><br>May 3, 2013 |

## MOTION TO WITHDRAW AS ATTORNEY

Plaintiffs, by and through their attorneys, hereby notify the Court that Elizabeth Wagoner will no longer associated with the law firm of Outten & Golden LLP as of May 3, 2013. Accordingly, Plaintiffs request that she be withdrawn as attorney of record in the above-captioned matter and that all further electronic notices in the above-referenced matter to Ms. Wagoner be terminated. Plaintiffs continue to be represented by the undersigned counsel Outten & Golden LLP and will not be prejudiced by Ms. Wagoner's withdrawal.

Dated: New York, NY
       May 3, 2013

/s/ *Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz (*pro hac vice*)
Cyrus E. Dugger (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
ewagoner@outtengolden.com

**THE HAYBER LAW FIRM, LLC**

Richard Hayber
Erick I. Díaz Vázquez
221 Main Street, Suite 502
Hartford, CT  06106
Telephone:  (203) 522-8888
Facsimile:  (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

***Attorneys for Plaintiffs, the Collective, and Class***

## CERTIFICATION OF SERVICE

     I hereby certify that on May 3, 2013, a copy of the above document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  A complete, duplicate copy of this document has been forwarding directly to Judge Young in Boston, MA. Parties may access this filing through the Court's CM/ECF System.

                                               */s/ Justin M. Swartz*
                                               Justin M. Swartz