# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>      Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY)<br><br>May 3, 2013 |

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY

  I, Elizabeth Wagoner, pursuant to 29 U.S.C. § 1746, declare under penalty of perjury as follows:

  1. I am an attorney in good standing admitted to practice in the State of New York and before this Court.

  2. I seek to withdraw as counsel for Plaintiffs in the above-captioned matter because my last day with the law firm of Outten & Golden LLP will be May 3, 2013.

  3. My withdrawal will not prejudice Plaintiffs because Outten & Golden will continue to represent them.

Dated: May 3, 2013
   New York, New York

                Respectfully submitted,

                \s\ *Elizabeth Wagoner*
                Elizabeth Wagoner

## **CERTIFICATION OF SERVICE**

I hereby certify that on May 3, 2013, a copy of the above document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  A complete, duplicate copy of this document has been forwarding directly to Judge Young in Boston, MA. Parties may access this filing through the Court's CM/ECF System.

      */s/ Elizabeth H. Wagoner*
Elizabeth H. Wagoner