UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on Behalf of all others similarly situated, | : : : : : : : : : : | CIVIL ACTION NO. 3:12-CV-00756-WGY |
| Plaintiff, | | |
| v. | | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; | | |
| Defendant. | | May 3, 2013 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME ON CONSENT TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Pursuant to Local Rule 7(b), Defendant Moran Foods, LLC, d/b/a Save A Lot Ltd. ("Defendant"), by and through its attorneys, Duane Morris LLP and Feiner Wolfson LLC, respectfully moves for a ten day extension from May 7, 2013 to May 17, 2013 to file its opposition to Plaintiff's Motion to Compel (Docket #208). The extension is necessary to allow the parties adequate time to resolve some or all of the issues raised in Plaintiff's Motion to Compel. This is Defendant's first request for an extension of this deadline. Plaintiff consents to Defendant's request.

Dated:      New York, New York
            May 3, 2013

Respectfully submitted,

/s/ *Eve I. Klein*
**DUANE MORRIS LLP**
Eve I. Klein
Evangelos Michailidis
1540 Broadway
New York, NY 10036
Telephone: (212) 692-1065
Facsimile: (212) 202-7559
eiklein@duanemorris.com
emichailidis@duanemorris.com

and

**FEINER WOLFSON LLC**
John M. Wolfson, Esq.
One Constitution Plaza, Suite 900
Hartford, CT 06103
Telephone: (860) 713-8900
Facsimile: (860) 713-8905
jwolfson@feinerwolfson.com

*Attorneys for Defendant*

# CERTIFICATION

I hereby certify that on this **3rd** day of **May, 2013**, a copy of the above was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

/s/  Eric Ruden
Eric W. Ruden, Esq.

Case 3:12-cv-00756-WGY   Document 229   Filed 05/03/13   Page 3 of 3