UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>　　　　　　　　　　Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY)<br><br>May 13, 2013 |

**PLAINTIFF'S MOTION TO WITHDRAW UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION BRIEFING SCHEDULE**

Plaintiff respectfully requests that the Court withdraw Plaintiff's Unopposed Motion for Extension of Discovery and Dispositive Motion Briefing Schedule ("Unopposed Motion"), ECF No. 237.  Upon consultation with Defendant's counsel, the parties require further discussion regarding the dates of the extensions requested in the Unopposed Motion.

Dated:　New York, New York
　　　　May 13, 2013

　　　　　　　　　　　　　　　　　　　　/s/ *Justin M. Swartz*
　　　　　　　　　　　　　　　　　　　　**OUTTEN & GOLDEN LLP**
　　　　　　　　　　　　　　　　　　　　Justin M. Swartz (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Cyrus E. Dugger (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　3 Park Avenue, 29th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 245-1000
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 977-4005
　　　　　　　　　　　　　　　　　　　　jms@outtengolden.com
　　　　　　　　　　　　　　　　　　　　cdugger@outtengolden.com

　　　　　　　　　　　　　　　　　　　　**THE HAYBER LAW FIRM, LLC**
　　　　　　　　　　　　　　　　　　　　Richard Hayber
　　　　　　　　　　　　　　　　　　　　Erick I. Díaz Vázquez
　　　　　　　　　　　　　　　　　　　　221 Main Street, Suite 502
　　　　　　　　　　　　　　　　　　　　Hartford, CT 06106
　　　　　　　　　　　　　　　　　　　　Telephone:  (203) 522-8888

Facsimile:  (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

*Attorneys for Plaintiffs, the Collective, and the Putative Class*

**CERTIFICATION OF SERVICE**

I hereby certify that on May 13, 2013, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

                                                      */s/ Justin M. Swartz*
                                                      Justin M. Swartz