IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>       Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY) |

**NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF FORMS**

The following plaintiffs are hereby joined to the instant action by the signed Consent to Become Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A:

1. Robin L. Aldea
2. Donald J. Arelt
3. Arese W. Bowen
4. Roxane L. Carroll
5. Sasha K. Cathey
6. Jeffrey R. Cernava
7. Curtis M. Ekl
8. Michael Fraser
9. Keith Hall
10. Jordan R. Moore
11. Craig R. Lornson
12. Kamal Marji
13. Alan E. Miller
14. Shannett L. Murphy
15. Henry B. Reed
16. William Rodriguez
17. Keisha M. Sanders
18. David P. Siracusa
19. Chandra Y. Thornton
20. Stephen M. Wegling

Dated: May 21, 2013

New York, New York

                          Respectfully submitted,

                          **OUTTEN & GOLDEN LLP**
                          By:

                          */s/ Justin M. Swartz*
                          Justin M. Swartz (phv03853)
                          Cyrus E. Dugger (phv05016)
                          Elizabeth Wagoner (phv05548)
                          3 Park Avenue, 29th Floor
                          New York, New York 10016
                          Telephone:  (212) 245-1000
                          Facsimile: (212) 977-4005
                          jms@outtengolden.com
                          cdugger@outtengolden.com
                          ewagoner@outtengolden.com

                          **THE HAYBER LAW FIRM, LLC**
                          Richard Hayber (ct11629)
                          Erick I. Díaz Vázquez (ct27023)
                          221 Main Street, Suite 502
                          Hartford, CT  06106
                          Telephone:  (203) 522-8888
                          Facsimile:  (203) 915-9555
                          rhayber@hayberlawfirm.com
                          ediaz@hayberlawfirm.com

**CERTIFICATION OF SERVICE**

I hereby certify that on May 21, 2013, a copy of the foregoing Notice of Filing of Consent to Become Party Plaintiff Forms was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin M. Swartz*
Justin M. Swartz