IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>      Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY) |

**NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF FORMS**

The following plaintiffs are hereby joined to the instant action by the signed Consent to Become Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A as follows:

1. Clifton N. Heggins
2. James J. Kost
3. William J. Redfern
4. Dorian Nelson
5. Daniel W. Teddick, Jr.
6. Brian R. Parrott
7. David E. Tryon
8. Luis Martinez
9. Leo W. Young
10. Miriam Concepcion
11. Roy L. Williams, Jr.
12. Bobby D. Pope
13. Herbert H. Horton
14. Demetrois Paschal
15. Roberta J. Dwyer
16. Richard B. Lee
17. Jason Holliman
18. Marlinda J. Newmyer
19. Grant Keller
20. Thomas G. Little, III
21. Diane Hernandez

Dated: May 28, 2013
   New York, New York

            Respectfully submitted,

            **OUTTEN & GOLDEN LLP**
            By:

            */s/ Justin M. Swartz*
            Justin M. Swartz (phv03853)

Cyrus E. Dugger (phv05016)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com

**THE HAYBER LAW FIRM, LLC**
Richard Hayber (ct11629)
Erick I. Díaz Vázquez (ct27023)
221 Main Street, Suite 502
Hartford, CT  06106
Telephone:  (203) 522-8888
Facsimile:  (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

**CERTIFICATION OF SERVICE**

I hereby certify that on May 28, 2013, a copy of the foregoing Notice of Filing of Consent to Become Party Plaintiff Forms was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin M. Swartz*
Justin M. Swartz