UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>       Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY)<br><br>June 17, 2013 |

WHEREAS, the court granted Plaintiff's motion for collective action notice (ECF No. 113) on March 12, 2013 (ECF No. 183); and

WHEREAS, notice was sent to potential members of the collective on April 5, 2013; and

WHEREAS, to date, 112 notices were returned undeliverable with no forwarding address;

NOW, THEREFORE it is hereby stipulated and ordered as follows:

1. Defendant will produce complete social security numbers ("SSNs") for each potential collective member whose notice is returned undeliverable with no forwarding address;

2. SSNs will be kept confidential and shared only with Settlement Services Inc., the claims administrator hired by Plaintiff to administer notice pursuant to 28 U.S.C. 216(b);

3. Defendant will produce SSNs within three days of plaintiffs' written request.

Dated: June 17, 2013

| ROBERT G. KIEFER | MORAN FOODS, INC., d/b/a SAVE A LOT LTD. |
|---|---|
| /s/ Justin M. Swartz | /s/ Eve I. Klein |
| Justin M. Swartz | Eve I. Klein |
| Cyrus E. Dugger | Evangelos Michalidis |
| Outten & Golden LLP | Duane Morris LLP |
| 3 Park Avenue, 29th Floor | 1540 Broadway |
| New York, NY 10016 | New York, NY 10036 |
| (212) 245-1000 | (212) 692-1000 |
| (212) 977-4005 fax | (212) 214-0650 fax |
| | |
| Richard Hayber | John M. Wolfson |
| Erick I. Diaz Vasquez | Feiner Wolfson LLC |
| The Haber Law Firm, LLC | One Constitution Plaza, Suite 900 |
| 221 Main Street, Suite 502 | Hartford, CT 06103 |
| Hartford, CT 06106 | (860) 713-8900 |
| (203) 522-8888 | (860) 713-8905 fax |
| (203) 915-9555 fax | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

SO ORDERED:

_____
Hon. William G. Young
United States District Judge