UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY)<br><br>April 16, 2013 |

*June 17, 2013*
*Motion withdrawn.*
*William L. Young*
*District Judge*

**PLAINTIFF'S MOTION TO COMPEL CLASS INFORMATION
AND TO EXTEND THE DEADLINE FOR DISPOSITIVE MOTIONS**

Please take notice that Plaintiff Robert G. Kiefer ("Plaintiff"), by and through his counsel, Outten & Golden, LLP and the Hayber Law Firm, LLC, respectfully requests an order: (1) requiring Defendant to comply with the Court's Order on Plaintiff's Motion for Conditional Certification ("Certification Order"), ECF No. 183, and produce email addresses for ASMs; (2) requiring Defendant to comply with the Court's Certification Order, ECF No. 183, and provide contact information for all ASMs for all Save-A-Lot stores (whether or not Defendant describes them as "licensed stores"); (3) ordering production of Opt-In Plaintiffs' payroll and time data within five calendar days of the filing of a consent form; (4) ordering Defendant to comply with the Court's Order on Plaintiff's Motion to Compel, ECF No. 182, and produce payroll information for Opt-In Plaintiffs through the present; (5) extending the deadline for dispositive motions from April 30, 2013 to June 21, 2013; (6) extending the deadline for submission of the Joint Trial Memorandum from June 21, 2013 to July 8, 2013; and (7) adjourning the May 2, 2013 oral argument until after the close of discovery.

1