# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated, | ECF NO.: |
| Plaintiff, | 3:12-CV-00756 (WGY) |
| v. | June 24, 2013 |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; | |
| Defendant. | |

## STIPULATED REQUEST TO STAY PROCEEDINGS

Plaintiff Robert G. Kiefer ("Plaintiff") and Defendant Moran Foods, LLC, f/k/a Moran Foods, LLC, d/b/a Save-A-Lot ("Defendant") propose the following Stipulation and Order staying proceedings for 90 days. In support, the parties state as follows:

**WHEREAS,** on May 18, 2012, Plaintiff filed a class action complaint on behalf of himself and assistant store managers ("ASMs") alleging that Defendant violated the Fair Labor Standards Act (the "FLSA") by misapplying the fluctuating workweek (the "FWW") (the "FLSA Claim") and the Connecticut Minimum Wage Act (the "CMWA") by using and allegedly misapplying the FWW (the "State Law Claims");

**WHEREAS,** on February 15, 2013, the Court denied Defendant's motion to dismiss the State Law Claims and stayed the State Law Claims (ECF No. 162);

**WHEREAS,** on March 12, 2013, the Court granted Plaintiff's motion for conditional collective action notice (ECF No. 183);

WHEREAS, on May 2, 2013, the Court denied Defendant's motion for summary judgment (ECF No. 225);

**WHEREAS,** on June 7, 2013, the Court granted the parties' joint motion seeking to extend the deadline: (1) for discovery to June 28, 2013, (2) for Plaintiff's expert report to July 24, 2013; (3) for Defendant's rebuttal expert report to September 9, 2013; (4) to move for exclusion of experts to September 18, 2013; (5) to file dispositive motions, motion for class certification and motion for decertification to October 9, 2013; and (6) to submit a Joint Trial Brief from July 8, 2013 until after resolution of dispositive motions (ECF No. 261);

**WHEREAS,** taking into account the burdens and expense of protracted litigation, including the risks and uncertainties associated with class action litigation, protracted trials and appeals, the parties have decided to engage in settlement discussions to determine whether a speedy and efficient resolution to this case may be achieved;

**WHEREAS,** the parties have agreed to hire a private mediator to assist them in their efforts to resolve this matter, and to attend private mediation;

**WHEREAS,** the parties seek an entry of an Order staying these proceedings and all aspects of this case (other than the time for putative class members to opt-in to this litigation, which expires on July 9, 2013 and the filing of consent forms) to enable the parties to preserve resources and focus their efforts on resolution of this matter;

**WHEREAS,** the parties further agree that if they are unable to resolve this matter during the requested 90-day stay, the parties will complete discovery and motion practice promptly, according to the schedule set forth below;

**NOW THEREFORE,** the parties hereby **STIPULATE** and **AGREE** as follow:

(1)     These proceedings and all aspects of this case are hereby stayed for ninety (90) days through and including September 16, 2013;

(2)     If the parties are unable to resolve this matter during the requested 90-day stay, discovery will be completed by October 31, 2013; Plaintiff will produce his expert report by November 29, 2013; Defendant will produce its expert rebuttal report by January 13, 2014; the parties will move to exclude experts by January 27, 2014; and the parties will file dispositive motions, motion for class certification and motion for decertification by February 10, 2014.

### IT IS SO STIPULATED AND ORDERED

Justin M. Swartz
Cyrus E. Dugger
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245-1000
(212) 977-4005 fax

Richard Hayber
Erick I. Diaz Vasquez
The Haber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT 06106
(203) 522-8888
(203) 915-9555 fax

*Attorneys for Plaintiff Robert G. Kiefer*

Eve I. Klein
Evangelos Michailidis
Duane Morris LLP
1540 Broadway
New York, NY 10036
(212) 692-1000
(212) 214-0650 fax

John M. Wolfson
Feiner Wolfson LLC
One Constitution Plaza, Suite 900
Hartford, CT 06103
(860) 713-8900
(860) 713-8905 fax

*Attorneys for Defendant Moran Foods, LLC,*
*d/b/a Save-A-Lot Ltd.*

SO ORDERED:

_____

Hon. William G. Young
United States District Judge