IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>      Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY) |

**NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF FORMS**

  The following plaintiffs are hereby joined to the instant action by the signed Consent to Become Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A as follows:

1. Wali Armstead
2. Nathan Bernard
3. Leilani G. Bradshaw
4. Robert E. Brown
5. Frank Cacciavillani
6. Christine L. Cardinale
7. Derrick J. Davault
8. Thomas E. Hill, Jr.
9. Robert J. Impson
10. Ferlicia Jenrette
11. Jeanine C. Kiefer
12. Peter Lawton
13. Anthony M. LoSchiavo
14. Frank M. Martin
15. Daniel R. Partridge
16. Stanley M. Redden, II.
17. Raymond Rivera, Jr.
18. Richard Santos
19. LJ Taylor, Jr.
20. Robert L. Taylor
21. Antwon E. Thomas
22. Nicholas C. Verderese
23. Timothy P. Weckbacher

Dated: July 1, 2013
   New York, New York

Respectfully submitted,

**OUTTEN & GOLDEN LLP**
By:

*/s/ Justin M. Swartz*
Justin M. Swartz (phv03853)
Cyrus E. Dugger (phv05016)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com


**THE HAYBER LAW FIRM, LLC**
Richard Hayber (ct11629)
Erick I. Díaz Vázquez (ct27023)
221 Main Street, Suite 502
Hartford, CT  06106
Telephone:  (203) 522-8888
Facsimile:  (203) 915-9555
rhayber@hayberlawfirm.com
ediaz@hayberlawfirm.com

**CERTIFICATION OF SERVICE**

I hereby certify that on July 1, 2013, a copy of the foregoing Notice of Filing of Consent to Become Party Plaintiff Forms was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin M. Swartz*
Justin M. Swartz