IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>                      Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY) |

**NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF FORMS**

The following plaintiffs are hereby joined to the instant action by the signed Consent to Become Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A as follows:

1. Adrian Garza
2. Brian C. Wells
3. Michael B. Keels
4. Daleen Culver-Siegert
5. David Villafuerte
6. Johari Powell
7. Garv Vanstrom
8. Timothy S. Graham II
9. David. S. Shadler
10. Daniel Baker
11. George A. Collins
12. Bryan Crosswant
13. Kevin W. Thomas
14. Terry L. Seymour, Sr.
15. Karl D. Edmondson
16. Juan J. DeJesus
17. Sherman M. Williams
18. Robert H. Ridge
19. Jon A. Leaphart, Jr.
20. Stephen D. Rives
21. Christina K. Borgnis
22. Roderick J. Stephens
23. Otis Melvin
24. Richard E. Swegheimer, Jr.
25. Philip A. Maiorano, Jr.
26. Nathan P. Jones
27. Paul C. Schmidt
28. Paula E. Ford
29. Laura-Lee A. Michel
30. Edward F. Ensly
31. Bryan L. Hoffman
32. Eric S. Wood
33. Jennifer L. Suntala
34. Zayne Larsen
35. Lawrence A. Hall
36. Lamar J. Jones
37. Syndi K. Cobb
38. Barry E. Nedelman
39. Brittney Howard

Dated: July 8, 2013
      New York, New York

                                       Respectfully submitted,

                                       **OUTTEN & GOLDEN LLP**
                                       By:

                                       */s/ Justin M. Swartz*
                                       Justin M. Swartz (phv03853)
                                       Cyrus E. Dugger (phv05016)
                                       3 Park Avenue, 29th Floor
                                       New York, New York 10016
                                       Telephone:  (212) 245-1000
                                       Facsimile: (212) 977-4005
                                       jms@outtengolden.com
                                       cdugger@outtengolden.com

                                       **THE HAYBER LAW FIRM, LLC**
                                       Richard Hayber (ct11629)
                                       Erick I. Díaz Vázquez (ct27023)
                                       221 Main Street, Suite 502
                                       Hartford, CT  06106
                                       Telephone:  (203) 522-8888
                                       Facsimile:  (203) 915-9555
                                       rhayber@hayberlawfirm.com
                                       ediaz@hayberlawfirm.com

**CERTIFICATION OF SERVICE**

I hereby certify that on July 8, 2013, a copy of the foregoing Notice of Filing of Consent to Become Party Plaintiff Forms was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin M. Swartz*
Justin M. Swartz