IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br>v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>                         Defendant. | ECF NO.: 3:12-CV-00756 (WGY)<br><br>**CONSENT TO JOIN** |

**IF YOU WISH TO PARTICIPATE IN THE LAWSUIT, YOU MUST COMPLETE AND RETURN THIS FORM BY 5:00 P.M. (E.D.T.) ON [date 90 days from mailing date]**

      1.      I consent to be a party plaintiff in a lawsuit against Moran Foods, Inc. d/b/a Save A Lot, Ltd. ("Save-A-Lot") and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). If this case or a similar case is transferred to or re-filed in another court, I agree to be a party plaintiff in the new court and that this consent form may be filed in the new court.

      2.      By signing and returning this consent form, I designate Outten & Golden LLP and Hayber Law Firm, LLC ("the Firms") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firms will petition the Court for attorneys' fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

Full Legal Name (print) _Euren Anderson_

*Address  REDACTED

*City, State, and Zip _Powder Spring, Ga, 30127_

*Telephone Number REDACTED    *E-mail Address  REDACTED

Signature: _Euren Anderson_    Date _6-23-2013_

* You do not have to provide this information in order to participate. If you do provide it, it is only for your attorneys. It will be covered over when filed in court.

## CERTIFICATION OF SERVICE

    I hereby certify that on July 15, 2013, a copy of the foregoing Consent to Join Form was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/ Justin M. Swartz*  
                                            Justin M. Swartz