AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| ROBERT KIEFER | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 12-cv-00756 WGY |
| MORAN FOODS, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: 07/19/2013

/s/ Juno Turner
*Attorney's signature*

Juno Turner
*Printed name and bar number*

Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Bar No. phv06141
*Address*

jturner@outtengolden.com
*E-mail address*

(212) 245-1000
*Telephone number*

(212) 977-4005
*FAX number*