## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br>                    Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY)<br><br>July 18, 2013 |

### JOINT MOTION FOR TOLLING ORDER

The parties respectfully request that the Court "So Order" the Stipulation and [Proposed] Tolling Order attached as Exhibit A, in which the parties agreed to toll the statutes of limitations for state law wage and hour claims under the laws of Illinois, Maryland, Massachusetts, New Jersey, New York, North Carolina, Ohio, and Oregon in light of the parties' upcoming private mediation.

We thank the Court for its attention to this matter.

Dated: New York, New York
July 18, 2013

*July 23, 2013*
*Motion allowed.*
*William D. Young*
*District Judge*

/s/ *Juno Turner*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz (*pro hac vice*)
Cyrus E. Dugger (*pro hac vice*)
Juno Turner (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
jms@outtengolden.com
cdugger@outtengolden.com
jturner@outtengolden.com