# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORAN FOODS, INC., d/b/a SAVE A LOT LTD.;<br><br>Defendant. | ECF NO.:<br><br>3:12-CV-00756 (WGY)<br><br>July 17, 2013<br><br>Stipulation and [Proposed] Tolling Order |

This agreement is entered into by and between Plaintiff and Defendant in the above-captioned matter, by and through their counsel and hereby referred to collectively as the "Parties."

**WHEREAS,** the operative complaint in this case brings class and collective claims under the Fair Labor Standards Act (the "FLSA") and the Connecticut Minimum Wage Act (the "CMWA") on behalf of Assistant Store Managers ("ASMs") who have worked for Defendant;

**WHEREAS,** Plaintiff contends that individuals who have joined this case as opt-in plaintiffs wish to bring additional class claims under Illinois, Maryland, Massachusetts, New Jersey, New York, North Carolina, Ohio, and Oregon wage and hour laws (the "New State Law Claims") either in this case or in separate actions;

**WHEREAS,** taking into account the burdens and expense of protracted litigation, including the risks and uncertainties associated with class action litigation, protracted trials and appeals, the parties have decided to attend private mediation and attempt to negotiate a global resolution;

**WHEREAS,** the parties by separate a stipulation sought entry of an order staying

proceedings in this case for 90 days to enable the parties to preserve resources and focus their efforts on resolution of this matter and related matters filed elsewhere;

**WHEREAS,** the parties wish to avoid the expense of filing and responding to any of the New State Law Claims, should they be filed, while they are attempting to reach a negotiated resolution;

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1. The statutes of limitations for all overtime claims for all ASMs who worked for Defendant in Illinois, Maryland, Massachusetts, New Jersey, New York, North Carolina, Ohio, and Oregon ("Tolled Claims") are tolled between June 17, 2013 and the date that this Agreement terminates in accordance with Paragraph 3 below ("Tolling Period"), and shall not run during the Tolling Period. The tolling effectuated by this agreement survives its termination. Nothing contained in this Agreement shall be deemed as an admission by any party with respect to any allegations or claims.

2. Defendant reserves the right to oppose Plaintiff's motion to amend the complaint to add any additional claims. Plaintiff will not file the Tolled Claims during the Tolling Period in this or any action.

3. Either party may terminate this Agreement at any time upon fourteen days' written notice of cancellation to the other (with notice by email being sufficient). In the event this Agreement is terminated pursuant to this Paragraph, the tolling period shall end on the fourteenth day following the date notice is provided. Upon termination of this Agreement, all applicable statutes of limitations shall again commence running provided, however, that the tolling effectuated by this Agreement survives its termination in computing statutes of limitations in this or any action.

\* \* \*

ACCEPTED AND AGREED ON BEHALF OF THE PARTIES

Dated: July 18, 2013               Plaintiff

By: _____
       Justin M. Swartz

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Juno E. Turner
Cyrus E. Dugger
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245-1000
(212) 977-4005 fax

Richard Hayber
Erick I. Diaz Vasquez
The Haber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT 06106
(203) 522-8888
(203) 915-9555 fax

*Attorneys for Plaintiff Robert G. Kiefer*

Defendant

By: _____ 9/17/13
       Eve I. Klein

**DUANE MORRIS LLP**
Eve I. Klein
Evangelos Michailidis
Duane Morris LLP

1540 Broadway
New York, NY 10036
(212) 692-1000
(212) 214-0650 fax

John M. Wolfson
Feiner Wolfson LLC
One Constitution Plaza, Suite 900
Hartford, CT 06103
(860) 713-8900
(860) 713-8905 fax

*Attorneys for Defendant Moran Foods, LLC,
d/b/a Save-A-Lot Ltd.*