UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT G. KIEFER, individually and on Behalf of all others similarly situated, | : : | CIVIL ACTION NO. 3:12-CV-00756-WGY |
| Plaintiff, | : : | |
| v. | : : | |
| MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; | : : | |
| Defendant. | : | September 6, 2013 |

## JOINT MOTION FOR STAY OF PROCEEDINGS AND DISCOVERY DEADLINES

In light of continued settlement discussions, Plaintiff Robert G. Kiefer ("Plaintiff") and Defendant Moran Foods, LLC, f/k/a Moran Foods, LLC, d/b/a Save-A-Lot ("Defendant"), respectfully request a stay of these proceedings and all aspects of this case until October 16, 2013. Additionally, the parties respectfully request that if the parties are unable to resolve this matter during the requested stay, the following deadlines be extended: discovery will be completed by November 29, 2013; Plaintiff will produce his expert report by December 30, 2013; Defendant will produce its expert rebuttal report by February 13, 2014; the parties will move to exclude experts by February 27, 2014; and the parties will file dispositive motions, motion for class certification and motion for decertification by March 10, 2014.

On June 24, 2013, the parties filed a joint stipulation requesting a 90-day stay of proceedings to September 15, 2013 and extensions of pre-trial deadlines. That request is still pending. Since the filing of the joint stipulation, the parties have engaged in private mediation and continue to engage in very productive settlement discussions to determine whether a speedy and efficient resolution to this case may be achieved. The requested extensions are necessary to enable the parties to preserve resources and focus their efforts on resolution of this matter.

Dated:      New York, New York
            September 6, 2013

Respectfully submitted,

| | |
|---|---|
| */s/Justin M. Swartz* | */s/Eve I. Klein* |
| Justin M. Swartz | Eve I. Klein |
| Cyrus E. Dugger | Evangelos Michailidis |
| Outten & Golden LLP | Duane Morris LLP |
| 3 Park Avenue, 29th Floor | 1540 Broadway |
| New York, NY 10016 | New York, NY 10036 |
| (212) 245-1000 | (212) 692-1000 |
| (212) 977-4005 fax | (212) 214-0650 fax |
| | |
| Richard Hayber | John M. Wolfson |
| Erick I. Diaz Vasquez | Feiner Wolfson LLC |
| The Haber Law Firm, LLC | One Constitution Plaza, Suite 900 |
| 221 Main Street, Suite 502 | Hartford, CT 06103 |
| Hartford, CT 06106 | (860) 713-8900 |
| (203) 522-8888 | (860) 713-8905 fax |
| (203) 915-9555 fax | |
| | *Attorneys for Defendant Moran Foods, LLC,* |
| *Attorneys for Plaintiff Robert G. Kiefer* | *d/b/a Save-A-Lot Ltd.* |

## **CERTIFICATION**

I hereby certify that on this **6th** day of **September, 2013**, a copy of the above was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

/s/ *Evangelos Michailids*
Evangelos Michailidis, Esq.