# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MORAN FOODS, INC., d/b/a SAVE A LOT LTD.; <br><br> Defendant. | ECF NO.: <br><br> 3:12-CV-00756 (WGY) |

## CERTIFICATION OF SERVICE

I hereby certify that on December 10, 2013, a copy of the foregoing Notice of Filing of Consent to Become Party Plaintiff Forms was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Justin M. Swartz
Justin M. Swartz