IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ROBERT G. KIEFER,** individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>**MORAN FOODS, LLC and MORAN FOODS, INC.,** together d/b/a SAVE-A-LOT, LTD.,<br><br>                    Defendants. | No. 12-CV-756 (WGY)<br><br>FEBRUARY 11, 2014 |

**NOTICE OF MOTIONS FOR CONSOLIDATION, LEAVE TO FILE A SECOND AMENDED COMPLAINT, PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASSES, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PLAINTIFF'S PROPOSED NOTICES OF SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motions for Consolidation, Leave to File a Second Amended Complaint, Preliminary Approval of the Settlement, Conditional Certification of the Settlement Classes, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Proposed Notice of Settlement ("Motion for Preliminary Approval") the Declaration of Justin M. Swartz in Support of Plaintiff's Motion for Preliminary Approval ("Swartz Declaration"), and upon consent of Defendants' counsel, Plaintiff respectfully requests that the Court enter an Order:

    (1) Consolidating *Pagano v. Supervalu Inc.*, No. 13 Civ. 1846 (D. Conn.) with this case;

    (2) Granting Plaintiff's unopposed request for leave to file a Second Amended Complaint, attached hereto as **Exhibit A**;

(3) granting preliminary approval of the Joint Settlement and Release ("Settlement Agreement"), attached as Exhibit A to the Swartz Declaration; and

(4) provisionally certifying the following proposed classes under Federal Rule of Civil Procedure 23(b)(3) for settlement purposes:

> all current and former employees of Defendants who have worked as ASMs from June 17, 2010 through June 30, 2012, in Illinois, Maryland, Massachusetts and Rhode Island; from June 17, 2007 through June 30, 2012 in New York; from August 20, 2010 through June 30, 2012 in Missouri, New Jersey, Ohio, and North Carolina; from March 9, 2009, through June 30, 2012 in Connecticut, and from March 25, 2010, through June 30, 2012, in Pennsylvania.

(5)     appointing Outten & Golden LLP ("O&G"), The Hayber Law Firm, LLC ("HLF"), and Winebrake & Santillo, LLC ("W&S") as Class Counsel;

(6)     approving the proposed Notices of Class and Collective Action Settlement attached as Exhibit C to the Swartz Declaration, and directing their distribution;

(7)     approving the Parties' proposed schedule for final settlement approval; and

(8)     granting such other, further, or different relief as the Court deems just and proper.

*     *     *

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto as **Exhibit B**, for the Court's convenience.

Dated: February 11, 2014
       New York, New York

>                               Respectfully submitted,
>                               **OUTTEN & GOLDEN LLP**
>
>                               /s/ *Justin M. Swartz*
>
>                               Justin M. Swartz (admitted *pro hac vice*)
>                               JMS@outtengolden.com
>                               Juno Turner (admitted *pro hac vice*)
>                               jturner@outtengolden.com
>                               3 Park Avenue, 29th Floor

New York, New York 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005

**The Hayber Law Firm, LLC**
Richard Eugene Hayber (ct 11629)
rhayber@hayberlawfirm.com
Erick I. Díaz Vázquez
ediaz@hayberlawfirm.com (ct 27023)
221 Main Street, Suite 502
Hartford, CT 06106
Telephone:  (860) 522-8888
Facsimile:  (860) 218-9555

**Winebrake & Santillo, LLC**
Peter Winebrake (admitted *pro hac vice*)
pwinebrake@winebrakelaw.com
715 Twining Rd
Dresher PA, 19025
Telephone:  (215) 884-2491
Facsimile: (215) 884-2492

**Attorneys for Plaintiffs, the Collective, and the Putative Class**