IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, individually and on behalf of others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>MORAN FOODS, LLC and MORAN FOODS, INC., together d/b/a SAVE-A-LOT, LTD.,<br><br>                  Defendants. | No. 12-CV-756 (WGY)<br><br>FEBRUARY 11, 2014 |

**NOTICE OF MOTIONS FOR CONSOLIDATION, LEAVE TO FILE A SECOND AMENDED COMPLAINT, PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASSES, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PLAINTIFF'S PROPOSED NOTICES OF SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motions for Consolidation, Leave to File a Second Amended Complaint, Preliminary Approval of the Settlement, Conditional Certification of the Settlement Classes, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Proposed Notice of Settlement ("Motion for Preliminary Approval") the Declaration of Justin M. Swartz in Support of Plaintiff's Motion for Preliminary Approval ("Swartz Declaration"), and upon consent of Defendants' counsel, Plaintiff respectfully requests that the Court enter an Order:

    (1) Consolidating *Pagano v. Supervalu Inc.*, No. 13 Civ. 1846 (D. Conn.) with this case;

    (2) Granting Plaintiff's unopposed request for leave to file a Second Amended Complaint, attached hereto as **Exhibit A**;

*[Handwritten annotation:]* March 10, 2014

These related motions are all allowed.

William G. Young
District Judge