IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, EDWARD B. ROACH, DAVID PAGANO, MARKITA P. ROBINSON, JASON TURNER, GARLAND OSBORN, STEPHEN MANOLAKIS, FRANK RAKOWSKI, DENNIS SANOSKE, ERIC EVERHART, TIMOTHY PORTER, BRIAN PEREIRA, DONNA OAKES, GREGG SIME, FRANK SEYMOUR, AND ALLEN ZAYAS, individually and on behalf of others similarly situated, <br><br>       Plaintiffs, <br><br> v. <br><br>MORAN FOODS, LLC and MORAN FOODS, INC., together d/b/a SAVE-A-LOT, LTD., <br><br>       Defendants. | No. 12-CV-756 (WGY) <br><br> JULY 21, 2014 |

**NOTICE OF PLAINTIFFS' MOTIONS FOR CERTIFICATION OF THE
SETTLEMENT CLASSES, FINAL APPROVAL OF THE CLASS ACTION
SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Motion for Final Approval"), the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, Approval of the FLSA Settlement, Approval of Attorneys' Fees and Reimbursement of Expenses, and Approval of Service Awards ("Swartz Decl.") and the supporting exhibits attached thereto, Plaintiffs

respectfully request that the Court enter an Order:

(1) Certifying the following classes under Federal Rule of Civil Procedure 23(a) and (b)(3) for settlement purposes:

> all current and former employees of Defendants who have worked as ASMs from June 17, 2010 through June 30, 2012, in Illinois, Maryland, Massachusetts and Rhode Island; from June 17, 2007 through June 30, 2012 in New York; from August 20, 2010 through June 30, 2012 in Missouri, New Jersey, Ohio, and North Carolina; from March 9, 2009, through June 30, 2012 in Connecticut, and from March 25, 2010, through June 30, 2012, in Pennsylvania.

(2) Granting final approval of the Joint Stipulation of Settlement and Release, attached as Exhibit A to the Swartz Decl;

(3) Granting final approval of the FLSA Settlement; and

(4) Granting any other relief that the Court deems just and proper.

*     *     *

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: July 21, 2014
New York, New York

> Respectfully submitted,
> **OUTTEN & GOLDEN LLP**
>
> /s/ *Justin M. Swartz*
>
> Justin M. Swartz (admitted *pro hac vice*)
> JMS@outtengolden.com
> Juno Turner (admitted *pro hac vice*)
> jturner@outtengolden.com
> 3 Park Avenue, 29th Floor
> New York, New York 10016
> Telephone: (212) 245-1000
> Facsimile: (212) 977-4005
>
> **The Hayber Law Firm, LLC**
> Richard Eugene Hayber (ct 11629)

rhayber@hayberlawfirm.com
Erick I. Díaz Vázquez
ediaz@hayberlawfirm.com (ct 27023)
221 Main Street, Suite 502
Hartford, CT 06106
Telephone:  (860) 522-8888
Facsimile:  (860) 218-9555

**Winebrake & Santillo, LLC**
Peter Winebrake (admitted *pro hac vice*)
pwinebrake@winebrakelaw.com
715 Twining Rd
Dresher PA, 19025
Telephone:  (215) 884-2491
Facsimile: (215) 884-2492

**Attorneys for Plaintiffs, the
Collective, and the Putative Class**

**CERTIFICATION OF SERVICE**

I hereby certify that on July 21, 2014, a copy of the within document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  A complete, duplicate copy of this document will be forwarded directly to Judge Young in Boston, MA. Parties may access this filing through the Court's CM/ECF System.

                                                 */s/ Justin M. Swartz*
                                                Justin M. Swartz