IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, EDWARD B. ROACH, DAVID PAGANO, MARKITA P. ROBINSON, JASON TURNER, GARLAND OSBORN, STEPHEN MANOLAKIS, FRANK RAKOWSKI, DENNIS SANOSKE, ERIC EVERHART, TIMOTHY PORTER, BRIAN PEREIRA, DONNA OAKES, GREGG SIME, FRANK SEYMOUR, AND ALLEN ZAYAS, individually and on behalf of others similarly situated,<br><br>                      Plaintiffs,<br><br>   v.<br><br>MORAN FOODS, LLC and MORAN FOODS, INC., together d/b/a SAVE-A-LOT, LTD.,<br><br>                      Defendants. | No. 12-CV-756 (WGY)<br><br>JULY 21, 2014 |

## NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF SERVICE AWARDS

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Approval of Service Award ("Motion for Service Award"), the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, Approval of the FLSA Settlement, Approval of Attorneys' Fees and Reimbursement of Expenses, and Approval of Service Awards ("Swartz Declaration"), and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order granting Service Awards for Named Plaintiff Edward B. Roach in the amount of $30,000; for Named Plaintiffs Robert G. Kiefer and David Pagano in the amount of

$10,000 each; and for Named Plaintiffs Markita P. Robinson, Jason Turner, Garland Osborn, Stephen Manolakis, Frank Rakowski, Dennis Sanoske, Eric Everhart, Timothy Porter, Brian Pereira, Donna Oakes, Gregg Sime, Frank Seymour, and Allen Zayas in the amount of $2,000 each, in recognition of the services they rendered on behalf of the class.

Dated: July 21, 2014

New York, New York

    Respectfully submitted,
**OUTTEN & GOLDEN LLP**

/s/ *Justin M. Swartz*

Justin M. Swartz (admitted *pro hac vice*)
JMS@outtengolden.com
Juno Turner (admitted *pro hac vice*)
jturner@outtengolden.com
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005

**The Hayber Law Firm, LLC**
Richard Eugene Hayber (ct 11629)
rhayber@hayberlawfirm.com
Erick I. Díaz Vázquez
ediaz@hayberlawfirm.com (ct 27023)
221 Main Street, Suite 502
Hartford, CT 06106
Telephone:  (860) 522-8888
Facsimile:  (860) 218-9555

**Winebrake & Santillo, LLC**
Peter Winebrake (admitted *pro hac vice*)
pwinebrake@winebrakelaw.com
715 Twining Rd
Dresher PA, 19025
Telephone:  (215) 884-2491
Facsimile: (215) 884-2492

**Attorneys for Plaintiffs, the
Collective, and the Putative Class**

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 21, 2014, a copy of the within document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. A complete, duplicate copy of this document will be forwarded directly to Judge Young in Boston, MA. Parties may access this filing through the Court's CM/ECF System.

 */s/ Justin M. Swartz*
Justin M. Swartz