IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT G. KIEFER, EDWARD B. ROACH, DAVID PAGANO, MARKITA P. ROBINSON, JASON TURNER, GARLAND OSBORN, STEPHEN MANOLAKIS, FRANK RAKOWSKI, DENNIS SANOSKE, ERIC EVERHART, TIMOTHY PORTER, BRIAN PEREIRA, DONNA OAKES, GREGG SIME, FRANK SEYMOUR, AND ALLEN ZAYAS, individually and on behalf of others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>MORAN FOODS, LLC and MORAN FOODS, INC., together d/b/a SAVE-A-LOT, LTD.,<br><br>                Defendants. | No. 12-CV-756 (WGY)<br><br>STIPULATION AND [PROPOSED] ORDER |

      This agreement is entered into by and between Plaintiffs and Defendants in the above-captioned matter, by and through their counsel and hereby referred to collectively as the "Parties."

      WHEREAS, the Court granted final approval of the settlement in this matter on July 31, 2014; and

      WHEREAS, it has come to the Parties' attention that, certain Class Members[1] were incorrectly assigned to the wrong Group for purposes of calculating their awards pursuant to the Allocation Formula set forth in Section 4.4 of the Joint Stipulation of Global Settlement and

---

[1] All capitalized terms herein shall have the same meaning as defined in the Joint Stipulation of Global Settlement and Release.

Release; and

WHEREAS, the Notice sent to some of those Class Members incorrectly informed them that their share of the Settlement Fund was *more* than the amount to which they are actually entitled; and

WHEREAS, the Notice sent to other Class Members incorrectly informed them that their share of the Settlement Fund was *less* than the amount to which they are actually entitled; and

WHEREAS, the Parties wish to ensure that no Class Member will receive less than the amount listed on his or her original Notice and that all Class Members receive accurate information to enable them to determine whether they wish to participate in the Settlement;

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1. Class Members who were incorrectly informed that their share of the Settlement Fund was *more* than the amount to which they are actually entitled[2] will receive the award amount indicated on the notices previously sent by the Claims Administrator. The difference shall be paid from the Reserve Fund.

2. Class Members who were incorrectly informed that their share of the Settlement Fund was *less* than the amount to which they are actually entitled – and who filed a Claim Form[3] – shall receive the higher amount to which they are actually entitled. Amounts paid to these Class Members exceeding the award amounts listed on the notices previously sent to them by the Claims Administrator shall be paid from the Reversion.

3. Class Members who were incorrectly informed that their share of the Settlement Fund was *less* than the amount to which they are actually entitled – and who *did not* file a Claim

---

[2] A complete list of these Class Members is attached as hereto Exhibit A.
[3] A complete list of these Class Members is attached as hereto Exhibit B.

Form[4] – shall receive a new Notice (attached as Exhibit D) informing them of the higher amount to which they are actually entitled and giving them an opportunity to file a Claim Form within 30 days. Amounts paid to these Class Members exceeding the award amounts listed on the notices previously sent to them by the Claims Administrator shall be paid from the Reversion. The Claims Administrator shall set aside sufficient funds to cover administration costs and payroll taxes for additional Claim Forms submitted pursuant to this paragraph, if any, prior to issuing any checks.

4. The Claims Administrator shall perform all necessary recalculations within 5 days of this Order.

5. The Claims Administrator shall issue settlement checks to all Class Members within 10 days of this Order.

ACCEPTED AND AGREED ON BEHALF OF THE PARTIES:

Dated: ~~September~~ October 15, 2014        Plaintiffs

By: _____
         Justin M. Swartz

**OUTTEN & GOLDEN LLP**
Justin M. Swartz (admitted *pro hac vice*)
JMS@outtengolden.com
Juno Turner (admitted *pro hac vice*)
jturner@outtengolden.com
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

---

[4] A complete list of these Class Members is attached as hereto Exhibit C.

Facsimile: (212) 977-4005

**The Hayber Law Firm, LLC**
Richard Eugene Hayber (ct 11629)
rhayber@hayberlawfirm.com
Erick I. Díaz Vázquez
ediaz@hayberlawfirm.com (ct 27023)
221 Main Street, Suite 502
Hartford, CT 06106
Telephone: (860) 522-8888
Facsimile: (860) 218-9555

**Winebrake & Santillo, LLC**
Peter Winebrake (admitted *pro hac vice*)
pwinebrake@winebrakelaw.com
715 Twining Rd
Dresher PA, 19025
Telephone: (215) 884-2491
Facsimile: (215) 884-2492

Dated: ~~September~~ October 9, 2014

Defendants

By: _____
Eve I. Klein

**Duane Morris LLP**
Eve I. Klein
Evangelos Michailidis
1540 Broadway
New York, NY 10036
(212) 692-1000
(212) 214-0650 fax


SO ORDERED

Dated: *October 30*, 2014

_____
Hon. William G. Young

4